**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: METHOD FOR | ) | |
| PROCESSING ETHANOL | ) | **1:10-ml-02181 LJM-DML** |
| BYPRODUCTS AND RELATED | ) | |
| SUBSYSTEMS ('858) PATENT | ) | |
| LITIGATION, | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| **1:10-cv-8005-LJM-DML** | ) | |

**DESIGNATION OF EVIDENCE BY DEFENDANTS**
**IN SUPPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

SJ Ex. A        Monceaux Expert Report

SJ Ex. B        Riley Expert Report

SJ Ex. C        U.S. Patent No. 2,325,327

SJ Ex. D        Eckhoff Deposition

SJ Ex. E        Evolution of the Lab Centrifuge, Lab Manager

SJ Ex. F        http://www.delaval.com/en/About-DeLaval/The-Company/History-of-the-company/Product-timeline-1878-/

SJ Ex. G        http://local.alfalaval.com/en-us/key-technologies/pages/default.aspx

SJ Ex. H        http://local.alfalaval.com/en-us/keyl-technologies/separation/Pages/default.aspx

SJ Ex. I        Hummel Deposition

SJ Ex. J        Vick Deposition

SJ Ex. K        AGP060

SJ Ex. L        McKenna Deposition

1

| | |
|---|---|
| SJ Ex. M | U.S. Patent No. 4,944,954 ("Strop") |
| McKenna Deposition | Stanley Deposition |
| SJ Ex. O | U.S. Patent No. 5,250,182 ("Bento") |
| SJ Ex. P | Monceaux, D.A. and Madson, P.W., Fuel ethanol production, Katzen International, Inc., Cincinnati, Ohio, USA |
| SJ Ex. Q | The Alcohol Textbook 4th Ed |
| SJ Ex. R | U.S. Patent No. 5,958,233 ("Wilgohs") |
| SJ Ex. S | Hammond Affidavit |
| SJ Ex. T | Cantrell Deposition |
| SJ Ex. U | Winsness Deposition |
| SJ Ex. V | Hammond Deposition |
| SJ Ex. W | U.S. Patent No. 8,008,516 |
| SJ Ex. X | Reilly Deposition |
| SJ Ex. Y | U.S. Patent No. 4,137,335 ("Holm '335") |
| SJ Ex. Z | Industrial Fish Processing |
| SJ Ex. AA | Westfalia Fish Processing |
| SJ Ex. BB | UN Fish Paper |
| SJ Ex. CC | Whey Line |
| SJ Ex. DD | Greenshift Cached Webpage |
| SJ Ex. EE | Barlage Deposition |
| SJ Ex. FF | Dyer Deposition |
| SJ Ex. GG | Greenshift Form 10-K 2007 |
| SJ Ex. HH | Greenshift Form 10-K 2012 |
| SJ Ex. II | Greenshift Form 10-K 2010 |

SJ Ex. JJ            Kreisler Deposition

SJ Ex. KK            Greenshift Form 10-K 2008

SJ Ex. LL            Greenshift Form 10-K 2009

SJ Ex. MM            Greenshift Form 10-K 2011

SJ Ex. NN            Technology Acquisition Agreement 2007

SJ Ex. OO            Greenshift SEC 2010 Form 10-Q

SJ Ex. PP            Greenshift SEC 2010 Form 10-Q/A

SJ Ex. QQ            Hagerty Deposition

SJ Ex. RR            Sommers Deposition

SJ Ex. SS            Trident About US

SJ Ex. TT            Lauderbaugh  Deposition

SJ Ex. UU            Czartoski Deposition

SJ Ex. VV            Rouse Marketing - Home Page

SJ Ex. WW            GCS-01598

SJ Ex. XX            Nelson Deposition

SJ Ex. YY            Babcock Expert Report

SJ Ex. ZZ            Carroll Deposition

SJ Ex. AAA            US Patent Application '152

SJ Ex. BBB            '858 Prosecution History Excerpts

SJ Ex. CCC            '516 Prosecution History Excerpts

SJ Ex. DDD            '517 Prosecution History Excerpts

SJ Ex. EEE            Kemmet Deposition

SJ Ex. FFF            Exhibit 61 - GCS(AD)000001-11 Lab Results

3

| | |
|---|---|
| SJ Ex. GGG | 30(b)(6) Deposition of Townsend, Jason |
| SJ Ex. HHH | Westfalia rotary brush strainer at ADK0000623 |
| SJ Ex. III | BF 12721 and BF 12724 |
| SJ Ex. JJJ | GCS(BF)00001-15 |
| SJ Ex. KKK | Bushmill's Second Supplemental Responses to Plaintiff's First Set of Interrogatories |
| SJ Ex. LLL | Chippewa Supplemental Responses to Plaintiff's First Set of Interrogatories |
| SJ Ex. MMM | Heartland Supp Response to GCS 1st Set of Interrogatories |
| SJ Ex. NNN | Deposition of Richard Brehm and David Somerlot |
| SJ Ex. OOO | Lincolnway Supp Response to GCS 1st Set of Interrogatories |
| SJ Ex. PPP | Affidavit of David Sommerlot |
| SJ Ex. QQQ | GCS(LW)000001-15 Lab Results |
| SJ Ex. RRR | Exhibit 28 - Ex 30 to Defendants' Motion for Summary Judgmeı |
| SJ Ex. SSS | Matlick Deposition |
| SJ Ex. TTT | Lincolnway Spin Test Results |
| SJ Ex. UUU | Expert Report of John V. McKenna re. Infringement |
| SJ Ex. VVV | Declaration of Photographer During Lincolnway's Inspection |
| SJ Ex. WWW | Iroquois Responses to GCS 1st Set of Interrogatories |
| SJ Ex. XXX | 30(b)(6) Deposition Transcript - Greene |
| SJ Ex. YYY | Declaration of Greene |
| SJ Ex. ZZZ | Iroquois Response to GCS Requests for Admissions |
| SJ Ex. AAAA | GCS(IR)000001-12 Lab Results |
| SJ Ex. BBBB | IBE001399-1423 Lab Results |

| | |
|---|---|
| SJ Ex. CCCC | Declaration of Gordon |
| SJ Ex. DDDD | UWGP Supplemental Responses to GCS 1st Set of Interrogatories |
| SJ Ex. EEEE | '484 Prosecution History Excerpts |
| SJ Ex. FFFF | Google Maps |
| SJ Ex. GGGG | Monceaux Deposition |
| SJ Ex. HHHH | J. Riley Affidavit |
| SJ Ex. IIII | Declaration of David Rockstraw |
| SJ Ex. JJJJ | Lincolnland Second Supplemental Answer to Plaintiff GS Cleantech First Set of Interrogatories |
| SJ Ex. KKKK | Iroquois Supplemental Interrogatory Answers |
| SJ Ex. LLLL | Al-Corn 30(b)(6) |
| SJ Ex. MMMM | Blue Flint Supplemental Answers to Plaintiff's First Set of Interrogatories |
| SJ Ex. NNNN | Cardinal Ethanol Second Supplemental Answer to Plaintiff GSC First Set of Interrogatories |
| SJ Ex. OOOO | Stanton Supplement Report |
| SJ Ex. PPPP | US Patent No. 7,608,729 |
| SJ Ex. QQQQ | GCS003138 |
| SJ Ex. RRRR | GCS003139 |

## DEPOSITION EXHIBITS

| | | |
|---|---|---|
| DX 101 | Email from David F. Cantrell to Mark Lauderbaugh; Greg Barlage; Beny Ludvigsen; AA-Whit Davis; AA-David Winsness re: Agri Energy, Luvern MN | GCS000655 |

5

| | | |
|---|---|---|
| DX 102 | Test Results of Thin Stillage Oil Recovery | GCS000490-496 |
| DX 103 | Ethanol Corn Stillage - Oil Recovery System | GCS000516 |
| DX 104 | Supplemental Response | |
| DX 105 | Email from David F. Cantrell to Jay Sommers<br>cc: Mark Lauderbaugh; AA-David Winsness; Gerald Winter<br>re: VDT Ethanol Oil Recovery System with attachments | |
| DX 106 | Email from David F. Cantrell to Mike Stanley<br>cc: Jay Sommers<br>re: Oil Recovery with attachments, Ethanol Oil Recovery Marketing | AGRI0000114-117 |
| DX 107 | Letter from David Cantrell re Alfa Laval Oil Recovery Unit | GCS0003620365 |
| DX 110 | Email from David F. Cantrell to Gerald Winter; Jay Sommers<br>re: FW: VDS system update with attachment, VDS worksheet-backs, skin & offal | |
| DX 111 | Email from David F. Cantrell to Gerald Winter; Jay Sommers<br>cc: Mark Lauderbaugh; AA-David Winsness; AA-Whit Davis; Greg Barlage; Bent Ludvigsen<br>re Oil Recovery | |
| DX 112 | Technical Drawing entitled "Ethanol Systems VDS Process Drawing" | |
| DX 114 | Email from David F Cantrell to Jay Sommers<br>re FW: Ethanol Oil Recovery Testing with attachments Agri-Energy Test Data | |
| DX 118 | Allied Supplier Agreement | GCS000310-340 |
| DX 123 | Executive Summary | VDT000214-235 |
| DX 133 | Test Results of Thin Stillage Oil Recovery | GCS000490-510 |
| DX 134 | United States Patent No. 7601858 B2 | |
| DX 135 | Vistors' Register | AGRI0000070-96 |
| DX 136 | Email from Bill Strong to David Winsness; Don Wirth<br>re: VDS - Agents | GSC006516 |

| | | |
|---|---|---|
| DX 142 | Email from David Winsness to VDT Members<br>re: Update of VDT Markets | VDT000035-54 |
| DX 144 | Email from Whit Davis to Ed Pearce<br>cc: David Winsness<br>re: Alfa Laval invoices | VDT000001-34 |
| DX 145 | Email from David Winsness to Ed Pearce; Rod Lee; Frank Polifka, David Cantrell<br>re: Fw: Ethanol Provisional Patent Application | VDT000024-31 |
| DX 151 | Ethanol Producer Magazine: Bridging the Biofuels Divide | |
| DX 164 | United States Patent Application Publication 2004/0087808 A1 Prevost | |
| DX 166 | Utility Patent Application Transmittal - 2004/0087808 | GCS000018-258 |
| DX 178 | Agreement between VDT and Trident Process | GCS000594-601 |
| DX 192 | Declaration of David Cantrell dated 7/10/12 | |
| DX 189 | United States Patent No. 8008517 B2 | |
| DX 214 | Agri-Energy Weekly Report dated 7/11/03 | |
| DX 216 | Memo from Norm Smeenk to Agri-Energy<br>re: Agri-Energy Board Meeting | AGRI0000104-108 |
| DX 217 | Letter from Sheri Steffen to Agri-Energy Board Members | AGRI0000128-129 |
| DX 219 | Email from David Winsness to Gerald Winter<br>cc: David Cantrell<br>re: Windhexe Dryer | AGRI0000174 |
| DX 222 | Field Test Equipment Proposal | AGRI0000204-206 |
| DX 241 | Email from David Cantrell to Mark Lauderbaugh; Dell Hummel; Brian Pike; Mike Stanley; Jay Sommers; David Kolsrud; Darryl Nelson<br>re: Agri-Energy Quote<br>Attachments: VDS Quote - Agri-Energy | AGRI0000358<br>AGRI0000216-218 |
| DX 242 | Letter from David Winsness to Darryl Nelson<br>re: VDT "Patent Pending" Ethanol Oil Recovery System | AGRI0000221-223 |
| DX 243 | Email from Mark Lauderbaugh to David Kolsrud | AGRI0000224-228 |

7

cc: David Cantrell
re: VDT Oil Recovery Systems

DX 245     VDT Executive Summary                                                            AGRI0000516-576

Email from David Cantrell to Seth Harder et al.
cc: David Winsness
DX 246     re: 72mmgy VDT Biodiesel Business Plan                                           AGRI0000229-249

Email from David Cantrell to David Kolsrud
cc: Mike Stanley; Jay Sommers; Darryl Nelson
DX 247     Attachment: Biodiesel Business Plan                                              AGRI0000250-266

Ethan-Oil Biodiesel LLC Business Plan
Converting Corn Oil, Extracted From Facilities, into Biodiesel
DX 248     and Refined Glycerin                                                             AGRI0000284-312

Email from David Cantrell to Steve Berry et al.
re: New Proposal for Ethanol Oil Recovery Systems
DX 249     Attachment: MeanGreen Biofuels Corn Oil Extraction Proposal                      AGRI0000267-283

Email from David Winsness to Jay Sommers
re: Early Adopter License for Corn Oil Extraction
DX 250     Attachments: GreenShift License Opp - Agri-Energy                                AGRI0001093-1094

DX 252     Letter from Michael Rye to Ryan Taylor                                           AGRI0000771-772

DX 274     Amendment and response

DX 284     Letter sent in conjunction with

DX 287     Declaration of David F. Cantrell

DX 302     4/16/2010 Ltr. to Czartoski

DX 307     Screenshots from Dyer Production

DX 309     VDT Primary Contacts

DX 310     Call for Funds

DX 311     Cash Equity Accounts with $100,000 Cash Call

| | | |
|---|---|---|
| DX 312 | Email from David Winsness to Ed Pearce; Mike Banks; Dave Cantrell; Doug L. Richardson; Frank Polifka; Jerry Dyer; Keith Rinehart; Rod Lee<br>cc: Whit Davis re: First Order - Confidential | GCS019824-19826 |
| DX 313 | Vortex Dehydration Systems LLC Business Plan January 2003 | GCS043139-43169 |
| DX 315 | Email from David Winsness to Bill Strong; Dave Cantrell; Douglas Richardson; Ed Pearce; Frank Polifka; Jerry Dyer; Keith Rinehart; Lee Jones; Mike Banks; Ray Lanibert; Rod Lee<br>re: Cash Call | |
| DX 316 | Vortex Dehydration Systems LLC Marketing Team | GCS051298-51310 |
| DX 317 | VDS System Sales Training Session | |
| DX 330 | AFPX 610 - Creating Value from Waste Animal and Fish Protein Separator | |
| DX 331 | Letter from David Winsness to Gary Davis<br>re: DAF Processing System/ El Dorado, AR Volume Reduction/ Oil Recovery | GCS018143-18146 |
| DX 333 | Letter from David Winsness to Sam Robertson<br>cc: Lee Jones; David Cantrell<br>re: Case Farms | |
| DX 355 | Independent Contractor Marketing Agreement between Vortex Dehydration Systems and Trident Process, Inc. | Trident_000131-138 |
| DX 356 | Fax From Cantrell to Lauderbaugh re Agency Agreement and Confidentiality Agreement | Trident000112-120 |
| DX 359 | Email from Cantrell to Schoop et al<br>re: Oil Recovery from ethanol production | Trident000102 |
| DX 363 | Purchase Orders | Trident000023-39 |
| DX 365 | Ethanol Plant Development Handbook - Cost of Production | Trident000055-75 |
| DX 376 | Plaintiff's Second Updated Privilege Log | |
| DX 394 | U.S. Patent, Number US 8,283,484 B2 | |

| | | |
|---|---|---|
| DX 398 | Email from Randall Besecker to David Cantrell cc: Mike Schmoll; Ray Rouse; Randall Besecker re: Corn Oil Marketing Program | GCS000622-623 |
| DX 398 | Email from Randall Besecker to David Cantrell cc: Mike Schmoll; Ray Rouse; Randall Besecker re: Corn Oil Marketing Program | GCS000622-623 |
| DX 399 | Email from Randall Besecker to David Cantrell, cc: Mike Schmoll, Ray Rouse, Randall Besecker re: Information on Laboratory Analyst | GCS000630 |
| DX 400 | Report: Initial Customer Target Base for Corn Oil Production | GCS000629 |
| DX 401 | Heads of Agreement between Agri-Vest LLC, Kindstrom-Schmoll, Inc. & Rouse Marketing, Inc. | |
| DX 434 | Expert Report of Dr. Steven Eckhoff in rebuttal to the expert report of Dale Monceaux | |
| DX 435 | Picture Diagram | |
| DX 436 | Picture Diagram | |
| DX 461 | Greenshift Resumes | GCS023102-23107 |
| DX 462 | B.3.1 Greenshift Organization | GCS014323-14325 |
| DX 466 | GCS003033-3069 | |
| DX 469 | Second Amended and Restated Technology Acquisition Agreement | GCS002919-2933 |
| DX 484 | Greenshift and Subsidiaries release shareholder letter | |
| DX 487 | Letter from Peter Hagerty to Neal Kemmet re: Corn Oil Extraction System and process at Ace Ethanol | |
| DX 488 | Letter from Peter Hagerty to Bary Frazier re: Corn oil extraction system and process at center Ethanol | |
| DX 507 | Letter from Peter Hagerty to Raymond Defenbaugh re: Corn Oil extraction system and process at Big River Resources | |
| DX 508 | Letter from Peter Hagerty to Steve Roe re: Corn Oil extraction system and process at Big River Resources | |

| DX 518 | Alfa Laval Separation Operator's Manual; Separator MiS 600 PX TGD-14CGRX | ALFA000306-375 |
|---|---|---|
| DX 520 | Email re: AFPX Centrifuges - Oil recovery ethanol industry from Greg Barlage to Andrew Logan | ALFA000073-74 |
| DX 521 | Email re: AFPX Centrifuges - Oil recovery ethanol industry from Andrew Logan to | ALFA000072 |
| DX 532 | McKenna Expert Report | |
| DX 535 | Collins English Dictionary Re. Mostly | |
| DX 549 | "Almost Entirely" Search | |
| DX 565 | US Patent Publication US 2006/0160189 | |
| PX 1089 | Drawn Diagram | |
| PX 1483 | Stanton Expert Report | |
| PX 1504 | Babcock Expert Report | |
| PX 1521 | Expert Report of Peter J Reilly | |
| PX 1525 | United States Patent No. 2615029 | |
| PX 1526 | United States Patent No. 2325327 | |
| PX 1527 | United States Patent No. 1200672 | |
| PX 1531 | Expert report by Michael T. Harris | |
| PX 1550 | Expert Report of David Rockstraw, PhD | |
| PX 1551 | Rockstraw Rebuttal Report | |
| PX 1565 | Expert Report of Mark Yancey | |
| PX 1588 | Expert Report of Jon Van Gerpen, PhD | |

Dated:  September 24, 2013

/s/Daniel J. Lueders
Spiro Bereveskos
judy@uspatent.com
Daniel J. Lueders
lueders@uspatent.com

11

**Woodard, Emhardt, Moriarty,**
  **McNett & Henry LLP**
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137
Phone: 317-634-3456
Fax: 317-637-7561

*Attorneys for Defendant*
*Iroquois Bio-Energy Company, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of September, 2013, a true and correct copy of the foregoing was filed electronically with the Court.  Service of this filing will be served by the Court's electronic filing system to all attorneys of record.  Parties may access this filing through the court's system.

/s/Daniel J. Lueders
Daniel J. Lueders