# EXHIBIT G

# To Defendants Joint Motion For Summary Judgment

Key technologies, Alfa Laval

[Go to local web site]    ▾    »     Log in to eBusiness|

**About us**    Products    Industries    Service and support    Customer stories    Contact us

About us

   Our company

     History

     Key industries

     Key technologies

       Heat transfer

       Separation

       Fluid handling

     Organization

     Our mission

   Investors

   Press room

   Press

   Career

   Sustainability

   For suppliers

# Key technologies

Alfa Laval is the global leader in its three key technologies

- heat transfer
- separation
- fluid handling

all of which are of vital importance for industrial processes.

**Heat transfer** products accounted for **54%** of sales in 2012; **separation** products for **22%** and **fluid handling** products for **10%**.

The strongest market position is in plate heat exchangers, with an estimated market share of more than 30%. The combined market share for separators and decanters is estimated to be 25-30%, with fluid handling accounting for a global market share of 10-12%.



Search for products

Career     Legal terms and conditions