# EXHIBIT Q

# To Defendants Joint Motion For Summary Judgment

Case 1:10-cv-08003-RLM-DML    Document 274-9    Filed 09/24/13    Page 2 of 5 PageID #: 8199



# THE ALCOHOL TEXTBOOK

## 4TH EDITION

*A reference for the beverage, fuel and industrial alcohol industries*

ETHANOL (E85) OR UNLEADED GASOLINE ONLY

THIS VEHICLE IS CAPABLE OF OPERATING ON ETHANOL FUEL. SEE OWNERS MANUAL FOR IMPORTANT OPERATING AND SERVICE INFORMATION

L 19505

*Edited by KA Jacques, TP Lyons and DR Kelsall*

# The Alcohol Textbook

4th Edition

A reference for the beverage, fuel and industrial alcohol industries

K.A. Jacques, PhD
T.P. Lyons, PhD
D.R. Kelsall

Nottingham University Press
Manor Farm, Main Street, Thrumpton
Nottingham, NG11 0AX, United Kingdom

NOTTINGHAM

Published by Nottingham University Press (2nd Edition) 1995
Third edition published 1999
Fourth edition published 2003
© Alltech Inc 2003

All rights reserved.  No part of this publication
may be reproduced in any material form
(including photocopying or storing in any
medium by electronic means and whether or not
transiently or incidentally to some other use of
this publication) without the written permission
of the copyright holder except in accordance with
the provisions of the Copyright, Designs and
Patents Act 1988.  Applications for the copyright
holder's written permission to reproduce any part
of this publication should be addressed to the publishers.

ISBN 1-897676-13-1

Page layout and design by Nottingham University Press, Nottingham
Printed and bound by Bath Press, Bath, England

**164**  *D. Livermore, Q. Wang and R.S. Jackson*



**Figure 19.** Effect of a nitrogen supplement to corn fermentations on fermentation time.

liter fermentor contains 50 metric tonnes of corn and finishes at 10.0% alcohol, then final yield is 400 liters of absolute alcohol per tonne of grain. But theoretical yield is 451; therefore, this fermentation was 89% efficient.

The efficiency of the distillation column can also be determined. If the above fermentor contained 20,000 liters of ethanol, and the tank that recovered the ethanol contained 20,500 liters at 96.0% ethanol, then the distillation efficiency was 98.4%.

Calibration models for rye mash, barley mash, and molasses have also been developed at Hiram Walker & Sons distillery. Optimization studies, efficiency determinations, and troubleshooting currently are carried out for these types of fermentations. A future calibration model also possible using NIR technology is determination of the percent solids in mash prior to exiting the pre-liquefaction tank or prior to fermentation. This can help quickly identify if there are milling problems or belt scale problems.

DRYHOUSE OPERATIONS

There are several applications for NIR analysis in the dryhouse. The first application is the determination of the percent solids in solubles, or the condensed syrup discharged from the evaporators. After the third effect of a falling film evaporator, the desired level of solids is around 40%. If the solids level gets much higher, it can cause fouling and eventual plugging of the discharge lines. It is very expensive to clean pipes plugged with solid material; therefore it is highly desirable to have a quick and easy method to determine the percent solids. NIR has the ability to measure the percent moisture of the syrup in a Pyrex beaker at very warm temperatures with the integrating sphere accessory. After the percent moisture is determined, simply subtract this value from 100 to get the percent solids. At Hiram Walker & Sons, the RMSECV for this calibration model is +/- 0.8%.

The most important application for NIR analysis in the dryhouse area is DDGS analysis. After the rotary driers, most distilleries will guarantee to their customers minimum levels for protein and fat; while there are maximum levels for moisture, fiber, and ash. Protein levels for DDGS are probably the most important guarantee for the end customer. The most accurate wet chemical method for protein is the Kjeldahl method. Figure 20 illustrates the cross validation for a calibration model using the Kjeldahl method as the reference method.

Moisture analysis is also important for the