# EXHIBIT Z

# To Defendants Joint Motion For Summary Judgment



# The latest on industrial fish processing

# magazin

no. 3

international



▲ Decanter, model CA 650-000, for the clarification of cooked-fish liquor in Norway

▼ Separators, models SB 80-33-177 and SA 40-03-107, for press water de-oiling in Denmark



# magazin

**WESTFALIA SEPARATOR**

# CONTENTS

Since 1929 centrifuges have been used for industrial fish processing    2

The production of fish meal and fish oil with special consideration of centrifugal clarifying and separation processes    5

Machines for clarifying and separating the press liquid    10

Decanters    10

Variation of mechanical features to ensure optimum use of decanters    11

Self-cleaning separators    13

De-Sludgers keep fishermen ahead of their catch    18

Notes on the design of decanters and separators    20

# magazin

Published by:
Westfalia Separator AG
Marketing Separation Technology
Advertising/Communication
Postfach 3720
D-4740 Oelde (F.R. Germany)
Telephone (02522) 77–0
Telefax (02522) 77–2488
Telex 89474

Dear Reader,

before you can procure and utilise technical innovations, you must be familiar with them. Westfalia Separator AG would like to assist you by informing you in this magazine about our range of products and their possible applications.

Over the last 50 years we have built up a reputation as a progressive and highly efficient partner in the field of industrial fish processing. The separators and decanters made by Westfalia Separator AG have been continually developed and satisfy the highest technical requirements. They find application in the processing of fish oil, liver oil, fish protein, and in refining and effluent treatment.

The trend in the fish processing industry towards continuously operating machines was met by Westfalia Separator AG with the development of larger machines and separators with self-cleaning bowl.

This magazine shows you the technology and possibilities offered by Westfalia Separator AG with up-to-date information and reports based on practical applications.

If you require further information or if you would like advice on a particular problem, our qualified consultants will be happy to assist you.

**magazin**

# Since 1929 centrifuges have been used for industrial fish processing

## General

The beginnings of centrifugal force utilization for processing liquids are lost in the greyness of antiquity. One can easily satisfy oneself as to this by acquainting oneself with ancient buttermaking in India or the production of fruit and berry juices in China.

The use of centrifugal force for technical purposes and the application of centrifuges in the most diverse technological fields began at the turn of the nineteenth century.

Centrifuges underwent a period of rapid development following the discovery by Freiherr von Bechtolsheim in 1888 that maximum separating efficiency could be achieved by using a spiral or disc type insert and dividing up the separating chamber into many parallel connected separating chambers with very short distances to be travelled by the material. Westfalia Separator has been building centrifugal separators since 1893. During the earlier years the firm applied itself mainly to the manufacture of separators for the dairy and food industries.



Fig. 1: Whale oil separators on board the "Southern Princess", 1929



Fig. 2: "Southern Princess"

The first use of centrifuges in industrial fish processing was in 1929 when the British whaling factory ship "Southern Princess" was equipped with centrifuges. Personnel of Westfalia Separator tested the centrifuges on the ship's one year's voyage in order to gather experience in fish processing, and it is reported that the eight whale oil separators functioned properly.

2

**magazin**

# Principles

The centrifugation effect depends on centrifugal acceleration and the associated inertial forces, causing separation of the phases of a mixture according to their mass. The following procedures are mainly used for mechanical clarification of liquids and separation of solids.

# Principle of clarification

Clarification = the separation of solids from a liquid medium. If a liquid-solid mixture is poured into a static vessel, the heavier solid particles will sink to the bottom under the influence of gravity (fig. 4).



Fig. 4: Stationary settling vessel

The larger the settling area and the shallower the vessel, the shorter is the settling time required to achieve a given degree of clarification for a specified volume of liquid. Furthermore, the greater the difference in density between the liquid and solids, the more effective is the clarification.



Fig. 3: Mechanical separating processes

# Effect of centrifugal force

Centrifugal force is an inertial force. If a particle with mass m on a circular path with radius r moves with a velocity v, a centrifugal acceleration $\frac{v^2}{r} = r \cdot \omega^2$ and thereby a centrifugal force C acts on the particle.

$$C = m \cdot r \cdot \omega^2$$

Whereas in a static vessel the force of gravity effects a constant gravitational acceleration of $g = 9.81$ m/s², the centrifugal force in a rotating vessel is so great that it is many thousand times the force of gravity. Therefore, centrifugal separation processes take place in extremely small spaces in extremely short periods of time. This is particularly true of continuous centrifuges which are also called separators.

3

# magazin

In a rotating vessel the heavier particles settle much faster on the internal peripheral wall of the vessel under the influence of centrifugal force (fig. 5).



Direction of the centrifugal force

Fig. 5: Rotating settling vessel

In contrast to the non-continuous clarification described, with continuous clarification the height of the settling vessel hardly influences the settling effect. Here, the useful length of the tank, over which the liquid flows in a thin layer, is the important factor. In practice the height of the liquid stream is the settling height. It can be seen from fig. 6 that with an increasing flow route a larger number of finer and lighter solid particles settle.



Fig. 6: Flow configuration

# Principle of separation

Separation = the separation of two liquids with simultaneous removal of solids.
Fig. 7 shows a settling tank with one feed inlet and two outlets, which can be used for continuous separation of a liquid-liquid mixture with simultaneous removal of the solids. The height differential between the two outlets must be adjusted in accordance with the difference in density between the two liquid phases so that, in accordance with

$$\varrho_1 \cdot h_1 = \varrho_2 \cdot h_2$$

equal hydrostatic pressure is achieved.



Light liquid component

Feed

$\varrho_1$

$\varrho_2$

Heavy liquid component

Fig. 7: Stationary settling vessel

It will be realized that before separating, e.g. an oil-water mixture containing a preponderance of oil, the vessel must first be filled with water (heavy phase) so as to form a water seal. The throughput of a settling tank of this kind is dependent on the standing time required for complete separation of the individual phases.

In fig. 8 the settling vessel is shown rotating about an axis. This is a separator bowl in its simplest form and what has been stated above as regards separation is valid here in principle. However, the centrifugal field of a bowl is considerably more effective than the gravitational field operative in the settling tank shown in fig. 7.



R

$r_2$

$\Delta r$

$r_1$

Separating zone

$\varrho_2$  $\varrho_1$

Fig. 8: Rotating settling vessel

Whereas, in the case of the settling tank, the hydrostatic pressure balance was given by

$$\varrho_1 \cdot h_1 = \varrho_2 \cdot h_2$$

with the rotating separator bowl the relationship

$$\varrho_1 (R^2 - r_1^2) = \varrho_2 (R^2 - r_2^2)$$

must be satisfied, since the pressure of the liquid increases as the square of the distance from the axis of rotation.

4

# The production of fish meal and fish oil with special consideration of centrifugal clarifying and separation processes

A feature of modern processes for the recovery of animal fats is the widespread application of centrifugal clarifying and separation techniques. The physical principles of these techniques and machine designs are discussed with consideration of the latest developments.

The optimum use of decanters as preliminary clarifiers is described with reference to their operating principle, construction and mechanical variations.

Self-cleaning separators are used for separation of liquid mixtures. The various possibilities of solids discharge and control are outlined on the basis of the design principles of these machines.

## Introduction

During the past twenty or thirty years the fish-processing industry has passed through a phase of rapid development, which has led to important innovations. Even in the fifties only a few species of fish such as herring, sardines, menhaden and anchovies were being processed into fish meal and fish oil in the large, usually shore-based fish meal factories.

New fishing methods have led to increasing industrialisation of the fishing industry. Fish are now being caught in more distant areas and at greater depths. The fleets of factory ships and trawlers which are equipped for deep-sea fishing are constantly expanding, with the result that more species of fish are being caught for processing. Among the new species caught, capline, grey halibut and sand eel deserve special mention.

Hence a modern fish meal factory must be capable of processing all species of fish and fish waste. In addition, the end products (fish meal and fish oil) should be of optimum quality and independent of the type or condition of the raw material, i.e. the latter should have the least possible effect on the output and operation of the plant.

The first part of the study will deal with the methods applied and the position of decanters and separators in this industry. In the second part decanters and self-cleaning separators will be described, the effects on the clarifying or separation processes discussed and control facilities outlined.

## Processes

The principle of fish meal and fish oil production is based on separation of the three main components of the raw material: dry substance (protein etc.), fat and water. The boiling process is regarded as the most important stage in the production of fish meal, because the protein must coagulate and the cells containing fat should be opened to release the oil.

Separation is effected mechanically by forcing out and separating water and fat and thermally by evaporation and drying. The mean water content of the raw material varies between 65 and 75%, and it is thus self-evident that the separation of water is an important factor in the production process.

Nowadays fish and fish waste are processed into fish meal and oil almost exclusively by the well-known COOKING and PRESSING method, which has been modernised to such an extent that all species of fish can be processed with acceptable throughputs and analyses of the end products. These processing plants are fully automated from the raw material feeder to the filling of whole meal into sacks or the storage of pure oil.

# magazin

# Fish meal and fish oil production plant



Fig. 9: Flow sheet of a plant for the production of fish meal and fish oil (cooking and pressing method)

## Sequence of operations

The figures in brackets refer to the items in diagram 9.

The raw material passes from the raw material bunker (1) via the metering screw conveyor (2) and, optionally, through the crusher (3) to the cooker (steriliser 4). The cooking time, temperature and heating vary according to the type and quality of the raw material. The emerging cooked material is dewatered by a screening screw (5) and fed to the screw press (6). The screen perforation is variable and is selected in such a way that all species of fish can be pressed with satisfactory results and outputs. On leaving the screening screw the liquid mixture (water, oil and solids) passes through the sand trap (7) and is conveyed with the liquid squeezed out of the screw press by an eccentric screw pump (8) into the tank (10). The heating (11) is controlled thermostatically to 92 – 95° C by direct steam

(pH 6.5 – 7.0), sedimentation of the heavy solids being prevented at the same time by the circulation effect. The product should preferably be fed into the decanter (13), via a controllable eccentric screw pump (12), which is electrically interlocked with the control cabinet and switched off if the conveyor screw of the decanter is overloaded.

The task of the decanter is to pre-clarify the press water from which oil is to be separated. The continuously discharged solids (14) are mixed with the press material ahead of the drier (57). The water content varies between 60 and 65%. The clarified liquid leaves the bowl via a regulating ring dam and discharges by gravity from the deaerator. The press water flows into the tank (17) via an eccentric screw pump (15) and is heated to a separation temperature of 92 – 95° C by direct steam (11) with a pH of 6.5 – 7.0.

The product is fed to the separator (21) with its self-emptying bowl by the controllable eccentric screw pump (18). This stage of the process is called press water de-oiling (1st separator stage), where the separated turbid oil with varying water content (1 – 10%) is freely discharged from the bowl into the collecting hood and flows away via a siphon (22) without pressure. The de-oiled press water (stickwater) is discharged under pressure (26) by centripetal pump and flows into the tank (37). The fat content of the stickwater from the first and second separator stages is 0.3 to 0.6%. This fat is combined fat. Centrifugable free fat is not detectable. The periodically discharged sludge (24) enters the tank (37) of the evaporator plant with the stickwater or is mixed with the raw material ahead of the cooker by an eccentric screw pump (25). In this separator stage partial or total emptying of the bowl is

magazin



**Legend**

initiated by a self-thinker or program control system. The feed pump can be electrically interlocked with the control cabinet.

The discharged turbid oil (22) flows via the eccentric screw pump (23) to the heating tank (27), where it is heated indirectly (28) to a separation temperature of 95° C before it is fed via the controllable eccentric screw pump (29) to the separator (31) with its self-emptying bowl (2nd separator stage, oil polishing).

The purpose of the hot water supply (30) (about 1 – 10% of the oil output) is to wash the turbid oil during polishing in the case of difficult raw materials.

The pure oil (33) is collected in the storage tank. The centrifugable water content of the separated pure oil is usually less than 0.1%. The discharged heavy component (stickwater) is fed into the tank (37). The sludge (34) discharged during total emp-

1. Raw material bunker
2. Raw material metering screw conveyor
3. Crusher
4. Cooker (steriliser)
5. Screening screw
6. Press
7. Sand trap
8. Controllable eccentric screw pump
9. Press water
10. Press water pre-heater (temp. 92° C)
11. Direct steam supply
12. Controllable eccentric screw pump
13. Decanter for the clarification of press water or cooking liquor
14. Solids (Graxen) screw conveyor
15. Eccentric screw pump
16. Clarified press water
17. Press water pre-heater (temp. 92° C)
18. Controllable eccentric screw pump
19. Hot water (temp. 90° C)
20. Stickwater (temp. 90° C, for displacing)
21. Separator with self-cleaning bowl (1st stage, de-oiling of press water)
22. Crude oil discharge
23. Eccentric screw pump
24. Sludge discharge
25. Eccentric screw pump
26. Stickwater discharge

27. Crude oil pre-heater (temp. 92° C)
28. Steam connection
29. Controllable eccentric screw pump
30. Hot water (90° C, for displacing and filling)
31. Separator with self-cleaning bowl (2nd stage, oil polishing)
32. Eccentric screw pump
33. Pure oil to storage tank
34. Sludge discharge
35. Eccentric screw pump
36. Water discharge
37. Stickwater tank
38. Eccentric screw pump
39. Stickwater to evaporation plant
40. 3-stage evaporator
41. Eccentric screw pump
42. Solubles (concentrate)
43. Solubles pre-heater (92° C)
44. Steam connection
45. Controllable eccentric screw pump
46. Hot water (90° C)
47. Separator with self-cleaning bowl (de-oiling of solubles)
48. Oil discharge
49. Eccentric screw pump
50. Sludge discharge
51. Eccentric screw pump
52. Solubles discharge
53. Operating water (cold, min. 2.5 bar, constant)
54. Press cake
55. Crusher

56. Solids screw conveyor
57. Drier
58. Screw conveyor
59. Vibrating screen
60. Magnetic roller
61. Blower mill
62. Whole meal bunker
63. Blower mill
64. Dust cyclone
65. Waste air
66. Bagging station with automatic scales
67. Whole meal
68. Air inlet
69. Deodorising plant
70. Steam boiler

# magazin

tying of the bowl is returned to the cooker. The bowl is emptied at intervals of about 30 minutes.

The de-oiled press water (stickwater) contains a large proportion of dissolved proteins, salts and vitamins. In medium- and large-capacity fish meal plants it is economical to concentrate the stickwater in an evaporator plant (40), mix the concentrate (solubles) with the press material of the fish meal plant and dry them together. According to the type and quality of the raw material, the yield is increased from 18.5% to 23.5% and the quality of the end product greatly improved. This so-called whole meal has the maximum possible protein content with a digestibility of at least 97%.

However, it is practical to add solubles before drying only if the oil content is very small. With higher oil contents the maximum limit of 9% fat in the whole meal can easily be exceeded and deterioration in the quality may result. Increasing attention is being paid to de-oiling of solubles by centrifugal separators in order to become independent of the raw material processing and to ensure economical production. Separation takes place with a dry substance content of 25 – 30% and at a working temperature of 92 – 95° C.

The solubles are fed from the tank (43) with indirect steam supply (44) via an eccentric screw pump (45) to the separator (47) with its self-emptying bowl. The separator is exactly the same type as that used for de-oiling the press water, and they can be interchanged as required. The oil emerging without pressure (48) via the siphon is added to the turbid oil in the tank (27). The de-oiled solubles are added in this concentration to the press material or returned to the evaporator plant for greater concentration. The residual oil content of the separated solubles varies between 0.8 and 1.3% according to the type and quality of the raw material. Total emptying is initiated every 20 – 25 minutes by a program control unit. The discharged solids (50) are fed to the raw material ahead of the cooker.

Further processing of the press material and decanter solids takes place in the so-called meal line consisting of the drier (57), screens (59), coarse and fine mills (61 and 63), meal bunker (62) and automatic bagging plant (66).

The use of a deodorising plant meets the requirements of the environmental protection authorities with regard to prevention of pollution by the exhaust air from the individual machines.

## Methods

The methods employed by the fish-processing industry can be varied according to the geographical location and to special raw materials (e.g. capling). There is an increasing trend towards the use of the cooker-decanter-press process, because difficulties are encountered and outputs are considerably reduced when pressing soft dissolved raw materials by the standard methods.

Large size centrifugal decanters have proved to be specially suitable for processing raw or cooked material with varying qualities. Being able to discharge the solids with a very low moisture content, they ensure optimum performance of the presses and, thus, increased outputs. In some plants the press water is not de-oiled, but only the so-called solubles with a dry substance content of 18 – 25% by self-cleaning separators.

With the progressive modernisation, rationalisation and automation of the fish-processing plants, increasing attention is being paid to continuously operating machines.

Centrifuges can be used for four different purposes in the production of fish meal and fish oil, viz. clarifying of the press water, de-oiling of the press water, polishing of oil and de-oiling of solubles.

Decanters are used for pre-clarifying the press water or cooked material and achieve throughputs of up to 60000 l/h according to the requirement and the type and quality of the raw material.

Self-cleaning separators, which permit continuous operation and chemical cleaning of the entire station by the CIP-process, are used for de-oiling the press water and solubles and for polishing the oil. They achieve throughputs of up to 30000 l/h when de-oiling press water and 18000 l/h when de-oiling solubles or polishing oil.

In addition, self-cleaning separators permit automatic control on the required scale.

The time-dependent control of total and partial emptying is the most familiar system, but it is conditional upon a constant throughput and solids concentration.

Due to the constantly changing type and quality of the raw material, this "ideal case" does not occur in the fish-processing industry. The normal oil content of the stickwater is often exceeded if the intervals between emptying of the bowl are too long.

The purpose of the self-thinker control of self-cleaning separators is to empty the bowl when the sediment in the solid compartment is at an optimum level. Uniform concentration of the discharged solids and optimum de-oiling of the stick water can be achieved only in this way. The solids are then fed together with the press material to the drier.

During de-oiling of the press water and solubles a throttle in the heavy component discharge line (stickwater outlet) ensures that the oil is fully displaced from the bowl before each emptying without the addition of extraneous water or stickwater. In practice this means that the energy costs of the evaporator plant are reduced (by about 5,400 DM per year and separator) and the output increased.

Fig. 10 shows the control system.

The control unit switches the throttle incorporated in the discharge line for the heavy component consisting of stickwater or solubles from the operating position to a heavily throttled position or to the fully closed position and holds it in this position until the stickwater has displaced the separation zone in the bowl inwards and has forced the oil out of the bowl. Only a quantity of heavy component equal to the volume occupied by the light component in the bowl is required for complete displacement of the oil. The switching time to be set on the control unit is calculated from this volume and the quantity of specifically heavy liquid retained in or fed to the bowl per unit of time.

8

**magazin**

1 Control unit
2 Self-cleaning separator bowl
3 Hot-water supply
4 Press water/solubles supply
5 Operating-water supply
6 Crude oil discharge
7 Stickwater/solubles discharge
8 Solids outlet

## CIP cleaning

To eliminate manual cleaning of the bowl, the separators are cleaned by the CIP process (CIP = cleaning-in-place) according to a specific schedule. This process ensures quick and thorough cleaning, is time-saving and economical and can be carried out during a production stoppage or at the end of the day. Excellent results have been achieved with this process and bowls can remain in service for several months.

The CIP system is shown in fig. 11.



1. Hot water tank (2000 litres)
2. Water inlet
3. Caustic tank (1000 litres)
4. Caustic concentrate inlet
5. Acid tank (1000 litres)
6. Acid concentrate inlet
7. Steam
8. Condensate
9. Centrifugal pump
10. Control cabinet
11. CIP feed line
12. CIP return line
13. Hot water
14. Solubles
15. Crude oil
16. Press water
17. Separator (press water de-oiling)

18. Separator (press water and solubles de-oiling)
19. Separator (oil polishing)
20. Clean oil discharge (hood flushing)
21. Sludge discharge
22. Stickwater discharge
23. Solubles discharge
24. Crude oil discharge (hood flushing)
25. Sludge tank
26. Centrifugal pump
27. Flush water to sewage
28. CIP tank
29. Clean oil tank
30. Crude oil tank
31. Swivel pipe

Fig. 11: CIP system for separators used in industrial fish processing

# magazin

# Machines for clarifying and separating the press liquid

## Decanters

Fig. 12 shows a view of a decanter. The casing contains the bowl, which is driven via V-belts.

The decanter bowl has a drying zone (3) and a clarifying zone (2). The length of each zone depends on the diameter of the liquid phase outlet. The narrower the overflow diameter, the longer is the clarifying zone and the shorter the drying zone and consequently the greater the degree of clarifying. An increase in the outlet diameter shortens the clarifying zone and lengthens the drying zone and thus ensures better concentration, but possibly causes a slightly higher proportion of solids in the liquid phase.

The tapered cylindrical decanter is the most widely used machine because of these adjustment facilities.



Fig. 12: Decanter, model CA 360-000

The decanter is a continuously operating, relatively high-speed machine and is suitable for use as a preliminary clarifier. It can process suspensions with high solids contents. Solid matter and clarified liquid are discharged continuously, the latter freely or under pressure. Gas-tight and pressure-tight decanters can also be supplied.

Fig. 13 shows the schematic cross-section of this machine. The feedstock is fed into one of the feed chambers by the central adjustable feed tube, and enters the actual bowl, where it is accelerated to the operating speed. The solids deposit on the wall of the bowl. A screw rotating at a different speed from the bowl conveys the centrifuged solids continuously to the solids outlet of the bowl, whereas the liquid flows in the opposite direction and is discharged by gravity or under pressure by a paring disc (centripetal pump).

1 Feed
2 Clarifying zone
3 Drying zone
4 Solids discharge
5 Clarified liquid
6 Bowl drive
7 Cyclo Gear
8 Screw drive



Fig. 13: Cross-section of a decanter with tapered cylindrical bowl (schematic)

10

# Variation of mechanical features to ensure optimum use of decanters

The selection of the suitable bowl type is determined by the properties of the product and the required clarifying, dewatering and throughput data. The following factors affect the operation of the decanter:
Bowl speed
Bowl type (bowl with low-angle or steep-angle taper)
Screw type (number of threads and pitch)
Differential speed
Adjustment of the overflow diameter (long or short drying zone)
Feed zone (displacement of feed tube)

## Bowl speed

The higher the speed of a decanter, the higher is the centrifugal acceleration that can be achieved. This is important for dewatering and clarifying. The speed limits are determined by
the permissible material strength,
the maximum load capacity of the bowl bearings,
the permissible torques between the screw and bowl casing, caused essentially by the force (dependent on the speed) with which the solids are pressed against the bowl wall,
the permissible radial acceleration of the product in the feed space of the bowl.
It may be necessary to reduce the bowl speed if the machine achieves the required degree of clarification of the liquid, but the discharge of solids is impeded to such an extent by the high pressure of the solids against the bowl wall that the permissible torques between the screw and bowl are exceeded.

## Bowl type

In the case of tapered cylindrical bowls a distinction is made between steep-angle and low-angle tapers. It is assumed that both bowls have the same overall length and the same liquid level in the bowl when making the comparison.

### Degree of dewatering

The bowl with a low-angle taper has a longer drying zone than the bowl with a steep-angle taper. Hence the optimum degree of dewatering is usually achieved in bowls with a low-angle taper, although the liquid flows away less easily from the drying zone because the inclination between the screw threads is smaller. The dewatering capacity of the product is thus also an indication of the residual moisture in the dry material.

### Degree of clarifying

The clarifying zone of a bowl with a steep-angle taper is longer than that of the bowl with a low-angle taper, i.e. more effective clarifying is achieved in the former. The clarifying effect of a decanter also depends on the smoothness of the flow in a bowl, i.e. also on the feed conditions. Assuming the same liquid level and the same position of the feed tube, the feedstock enters a deeper liquid sump in a bowl with a steep-angle taper than is the case with a low-angle taper. There is thus less risk that already deposited solids will be disturbed in a bowl with steep-angle taper.

## Screw type

Selection of the screw type is determined exclusively by the nature of the solids. The double-threaded screw with a large pitch is generally used when the centrifuged solids do not cause any problems in the flow. In single-threaded screws with the same pitch as the above-mentioned double-threaded screw the distance between blades is doubled, thus making them particularly suitable for all solids which tend to form bridges between the screw blades during conveyance, i.e. a heap of material is formed in front of a screw

blade because the screw and bowl rotate at different speeds. The material is conveyed towards the solids outlet because the friction of the solid matter on the bowl wall is greater than that on the screw threads. If this heap of solid matter increases until it reaches the back of the front thread, the frictional resistance at the threads of the screw blades is greater than that on the bowl wall. In such a case, the material is no longer conveyed. The solid matter between the screw blades also rotates and the bowl is blocked. Formation of these bridges between the screw blades may be caused, for example, by a sudden sharp fluctuation in the supply of solid matter in the feed pipe. A disadvantage of the single-threaded screw with a large pitch is the higher residual moisture of the discharged solids. The liquid cannot flow as easily from the thicker solids layer in front of the threads as from a double-threaded screw with the same pitch.
If the solids in a processed suspension cannot be easily centrifuged because of a slight difference in the density and/or their small particle size, they deposit loosely on the bowl wall and can easily be disturbed again by the screw. The smaller the screw pitch, the smaller is the axial conveyance of the solids and accordingly the risk of turbulence is also reduced. Hence single-threaded screws with a small pitch are preferably used for these solids. However, their use is practical only when the solids content of the suspension is small and it is possible to operate with a low differential speed. A higher differential speed would increase the amount of turbulence caused by a screw of this type.

# magazin

## Differential speed

The screw pitch and the differential speed determine the speed at which the solids are conveyed. With the same screw pitch the conveying speed and thus the quantity of discharged solids is greater, the higher the differential speed. However, there is a risk of turbulence with a high differential speed. The optimum clarifying and dewatering are thus achieved at that differential speed which is just sufficient to discharge the solids entering the bowl with the suspension. The usual differential speeds vary between 20 and 30 rev/min. Dewatering of the solid matter is affected by the time it spends in the drying zone and its height in front of a screw blade. A longer retention time in the drying zone has more effect on the degree of dewatering than reduction of the solids layer. The differential speed is therefore determined by
the screw type,
the quantity of solids to be conveyed,
the nature of the solid matter,
the permissible torque between the screw and bowl.

## Adjustment of the overflow diameter

The drying zone and clarifying zone are adjusted by means of the overflow diameter according to the clarifying and dewatering requirements. A large overflow diameter means a long drying zone and good dewatering of the solid matter, while a small one means a large clarifying zone and optimum clarifying of the liquid. The depth of the sump also affects the clarifying with regard to the effect of the feed jet on the turbulence of deposited solids, because the zone between the inlet and start of the dewatering zone often cannot be used for the clarifying process because of this turbulence.

## Feed zone

The effective length of the dewatering and clarifying zone can be modified by the possibility of displacing the feed zone, i. e. the entry of the liquid into the centrifuging compartment of the bowl. The closer the inlet is moved to the clarified liquid outlet, the shorter is the actual clarifying zone and the more effective the dewatering of the solids.

## Adjustment of the decanter for clarifying cooked material and press water

The important task of the decanter is to separate the solids (Graxen) with low water and fat contents and to thoroughly clarify the liquid phase. The screw is single-threaded and has a steep pitch because of the variable solids content. The bowl with a low-angle taper has proved to be the most suitable type.



Fig. 14: Separator, model SB 80–33–177

magazin

# Self-cleaning separators

Whereas decanters are primarily solids-orientated and are thus used as preliminary clarifiers, the separators are liquid-orientated and designed for fine clarifying and separation of liquid mixtures. Self-cleaning separators are equipped with bowls with built-in discs. Clarifying or separation takes place between these discs.

## Effects on separation and clarification

Fig. 15 shows a simplified schematic representation of the flow in an individual separation space between two discs. The liquid (Q) entering the disc assembly is distributed uniformly to the individual spaces between discs. A particle of solid matter has a radial velocity $V_r$ and a drag velocity $V_s$, and is regarded as separated from the liquid when it has reached the upper conical area of this individual separation space. The sediments then flow in a continuous layer into the solids compartment. Similar conditions prevail when a liquid mixture is separated. The heavier components then take the place of the sediments.



Fig. 15: Individual separation space between two discs (schematic)

Under greatly simplified conditions a throughput equation can be derived for disc-type separators[1]).

$$Q = \frac{D^2 \cdot \Delta \varrho}{18 \cdot \eta} \cdot g \cdot \frac{2\pi}{3g} \cdot \omega^2 \cdot \operatorname{tg}\varphi \cdot z \left[ r_1^3 - r_2^3 \right]$$

$$Q = V_{st} \cdot \Sigma_T$$

| | | |
|---|---|---|
| D | = | particle diameter |
| $\Delta \varrho$ | = | difference in density |
| $\Sigma_T$ | = | equivalent clarifying area |
| $\eta$ | = | dynamic viscosity |
| g | = | acceleration due to gravity |
| z | = | number of discs |

The important parameters for disc-type separators will be discussed on the basis of this equation.

The first part of this equation is a term for Stockes's sedimentation rate, whereas the second term indicates the equivalent clarifying area of a clarifying bowl. The particle diameter, the difference in density, the viscosity and the acceleration due to gravity appear in the Stockes's sedimentation formula. The first three values can be controlled by the process. The sedimentation rate can be increased:

by increasing the diameter D by agglomeration of several particles, e.g. with the aid of flocculants,

by bursting the outer skin of particles with wetting agents and thus increasing the difference in the densities $\Delta \varrho$,

by reducing the viscosity $\eta$ by heating or by admixing thin components.

The second part of the equation, which represents in physical terms the clarifying area of a settling tank equivalent to the separator, includes only design values and serves as a comparative value for similar separators. The clarifying and separating effect of a separator increases, if the speed, outer radius of the discs, the disc angle and the number of discs increase.

The speed is limited by the permissible material stress. The disc angle and the angle of the double conical walls of the solids compartment must be smaller than the angle of slope of the solids, so that the separated solids can slide. The bowl height is defined with the fixed bowl diameter and after selection of the angle. The number of discs can then be varied only by selection of the disc thickness and spacers, which are 0.75, 1.5 and 2.5 mm in the fish-processing industry according to the requirement.

## Principle of a self-cleaning separating bowl

Fig. 16 shows the principle of a bowl of this type.



Fig. 16: Principle of a self-cleaning separating bowl

The separating bowl has an inlet and two outlets for the liquid phases. The liquid is fed into the disc assembly through riser channels and then distributed into the individual spaces between the discs. The outlet radii of the fat and water phases $r_F$ and $r_W$ and the radius of the separating zone R are determined by the difference in densities of the phases to be separated.

[1]) H. Hemfort, Motortechnische Zeitschrift 21, No. 3 (1960)

# magazin



Fig. 17: Position of the riser channels (schematic)

The position of the riser channels and the outlet of the light phase are fixed and the outlet diameter of the heavy phase is adapted by a regulating ring dam in such a way that the separating zone between the light and heavy liquid lies within the riser channels. Fig. 17 shows the position of the riser channels.

The position of the riser channels and thus of the separating zone within the bowl is determined by the process requirement. The largest separating area is assigned to the component which is to be separated most cleanly. If, for example, oil is to be dewatered, the riser channels are moved outwards. If water is to be de-oiled, however, they are moved inwards. If both phases are to be separated to roughly the same extent, the riser channels are positioned in the centre.

## Discharge of the separated liquid phases

A distinction is made between the open and closed separator with regard to discharge of the separated liquid phases. In the open separator the clarified phases flow via the ring dams into the collecting hood and are discharged by gravity. In the closed separator the separated liquid phases are discharged by paring discs under pressure, whereby the stationary paring discs immerse in the rotating liquid and convert the rotational energy into pressure energy.

Fig. 18 shows the principle of the bowl design commonly used in the fish-processing industry with free discharge of the oil phase and discharge of the water phase under pressure.



Fig. 18: Principle of the self-cleaning separating bowl with water centripetal pump

## Solids discharge

The solids compartment of this separato has a double conical shape. The solid accumulating during separation a discharged periodically while the bo rotates at full speed. The design of th emptying mechanism can be based o various principles[2]). A self-cleaning sep rator bowl with fixed centrifuging con partment walls and a movable, intern piston will be described here (Fig. 19).



Fig. 19: Design principle of a self-cleaning separator bowl with fixed centrifuging compartment walls and movable internal piston

The bowl has a piston (2), which mov between the fixed bottom (3) of the centi fuging compartment and the bowl botto (1). The opening chamber (4) is formed l the piston and the bottom of the centrifu ing compartment, the closing chamber ( by the piston and the bowl bottom. In tl closing chamber the sealing liquid is a ways at the level of the hole (6).

The sealing liquid pressure generated d ring rotation forces the piston against tl main seal (7) of the bowl and seals it (le hand side, fig. 19). If liquid is fed into tl opening chamber (right-hand side, fig. 1 by the operating-water system (8), tl chamber is completely filled in contrast the closing chamber. The opening for exceeds the closing force and moves tl piston downwards, thereby opening tl discharge ports (9) on the periphery of tl solids compartment and discharging tl centrifuged solids at full speed.

A nozzle (10) is installed on the periphe of the opening chamber. After the open ing water supply is shut off, the openi chamber is emptied through this nozz The sealing liquid remaining in the closi chamber forces the piston into its closi position and the separation process c start anew. The entire emptying oper

14

# magazin

ion takes only a few seconds. It can be initiated manually by operation of the quick-closing valve or by an automatic control unit. The consumption of operating liquid is only about 3 to 10 litres per emptying operation and is dependent on the size of the bowl. No operating liquid is supplied during the separation process.

2) H. Hemfort, Chemiker-Zeitung 90, 247 (1966)

## Partial and total emptying

It is necessary to distinguish between two types of emptying of self-cleaning separators, viz. total and partial emptying. With total emptying the piston moves to its lower end position and the bowl is emptied completely. Hence in this case the feedstock feed valve is closed immediately before the bowl is emptied. The feed valve normally remains open for partial emptying. The quick-closing valve in the operating-liquid feed line is opened only momentarily, so that the piston can just rise from the seal, i.e. the bowl is "untight" only for an instant. Only part of the solid matter is discharged from the bowl and the remainder prevents the penetration of the liquid phase. Hence the maximum solids concentration ratio is achieved during partial emptying, because ideally no centrifuged liquid at all is discharged with the solid matter from the bowl.



Fig. 20: Self-cleaning separator model SA 45-03-177

ion takes only a few seconds. It can be initiated manually by operation of the quick-closing valve or by an automatic control unit. The consumption of operating liquid is only about 3 to 10 litres per emptying operation and is dependent on the size of the bowl. No operating liquid is supplied during the separation process.

[2]) H. Hemfort, Chemiker-Zeitung 90, 247 (1966)

## Partial and total emptying

It is necessary to distinguish between two types of emptying of self-cleaning separators, viz. total and partial emptying. With total emptying the piston moves to its lower end position and the bowl is emptied completely. Hence in this case the feedstock feed valve is closed immediately before the bowl is emptied. The feed valve normally remains open for partial emptying. The quick-closing valve in the operating-liquid feed line is opened only momentarily, so that the piston can just rise from the seal, i.e. the bowl is "untight" only for an instant. Only part of the solid matter is discharged from the bowl and the remainder prevents the penetration of the liquid phase. Hence the maximum solids concentration ratio is achieved during partial emptying, because ideally no centrifuged liquid at all is discharged with the solid matter from the bowl.



Fig. 20: Self-cleaning separator model SA 45-03-177

**magazin**

## The control of self-cleaning separators

All control operations can be performed manually. They include the actuation of all feed and discharge valves and of the operating-water valve. However, the automated emptying process is usually initiated by an automatic control unit. The pulse for actuation of this unit can be generated in various ways: a timer indicates the bowl emptying cycle or the bowl itself transmits the emptying pulse when the solids compartment is filled to the optimum level.

The time-dependent method is the simplest control system for self-cleaning separators. A constant throughput and constant solids content in the feed are required in this case. The intervals between emptying can easily be determined if the throughput, solids content and volume of the solids compartment are known.

Self-thinker control by sensing of the solids compartment of the bowl by a sensing liquid is acquiring increasing importance and will therefore be described in more detail below.

## Separators with self-thinker control

If the solids content in the feed varies, time-dependent emptying of self-cleaning separators is not advantageous, because the solids compartment is not completely full or is overfilled at the moment of emptying. The aim of further development of machines with time-dependent control into self-cleaning separators with self-thinker control is to initiate the emptying cycle at the moment when the solids compartment is filled with sediment to the optimum level. A separator of this type automatically transmits the pulse for emptying its bowl.

## Separator with self-thinker control (sensing of the solids compartment by sensing liquid)

These separators are being successfully used for fine clarifying and separation of liquid mixtures, e.g. de-oiling of press water and solubles.

The "liquid-liquid-fat" self-thinker control system has been developed to make the separator independent of possible variations in the solids content.

Fig. 21 shows a separator of this type.



Fig. 21: Self-thinker control system of a "liquid-liquid-solid" separator

The water phase (stickwater) is fed via the lower separating disc into the upper centripetal pump chamber where it is removed continuously by centripetal pump. The oil phase is discharged freely into the collecting hood and leaves the separator through a siphon.

The separator bowl is equipped with two separating discs. The lower one removes the separated heavy water phase (stickwater), the upper one a small proportion of sensing liquid, which is identical with the heavy phase in this case. At (1) the sensing liquid flows via the upper separating disc to the sensing liquid pump (2), which forces it through the hole (3) into the upper centripetal pump chamber, from where it leaves the separator with the separated water phase. The sensing liquid pump (2) generates a pressure, which is applied to the pressure switch (4). If the flow of sensing liquid is stopped at (1) by obstruction with solids, the pressure below the pressure switch (4) is reduced. The emptying pulse for the control unit (5) is generated at the same time. In CIP systems a flow monitor is used instead of the pressure switch. The hole (3) is not required in this case.

A uniform solid matter with a low liquid content is achieved with this type of separator regardless of the output and solids content in the feed.

**magazin**



▲ Fig. 22: Separators, model SA 45-03-177, for de-oiling press water and solubles

▼ Fig. 23: Decanters, model CA 360-000, for the clarification of press water



# magazin

# De-Sludgers of Westfalia Separator keep fishermen ahead of their catch

From Cape Cod almost to Tampico, men of the sea speak with awe about the way the "Haynie Boats" mine the ocean of its treasure. Automation is the word you hear most often.

So efficient is the sea phase of Zapata Haynie's operation that until recently it sometimes produced an embarrassment of riches, with fish coming in from sea faster than the company's four plants could process them. When that happened, the company had to provide expensive refrigerated storage space or accept a large amount of spoilage. Because neither alternative was attractive, the company recently improved the efficiency of its Atlantic and Gulf Coast plants by a wide margin through installation of De-Sludger/Separators to recover fish oil and fish solubles. With the new machines, the company now has no trouble keeping processing operations in step with the hauls from the sea.

Zapata Haynie fishes only for menhaden, a species practically unknown to the general public but highly valued commercially as a source of fish meal, fish oil and fish solubles. Found in schools along the northern Gulf Coast and Atlantic Seaboard as far north as New England, the fish can be captured only be scining. Once caught, they must be processed quickly. At Zapata Haynie's one Atlantic Coast and three Gulf Coast plants the process is an automatic operation that involves continuous cooking, pressing, drying and extraction of fish oil and fish solubles.

The operation is basically the same at all four plants. First, the fish are steamed in continuous cookers. While still hot they are moved to plant screw presses that drive out most of the oil and water. The resulting "press cake" of solids is then completely dried in rotary kilns, treated with anti-oxidants and ground into fish meal.

The new efficiency recently introduced to the process is found on the liquid side of the operation. The oil and water mixture from the screw presses, appropriately called "press water", contains about 20 percent solids in addition to oil, soluble proteins and water. This press water is fed to a decanter type centrifuge which removes most of the remaining solids.

The liquid discharge from the decanter goes to a battery of SA 40 Automatic De-Sludgers, each operating at a rate of about 3,500 US gallons per hour. Running in parallel, the SA 40's quickly remove nearly all of the remaining solids from the press water while simultaneously separating the oil and the water. The solids collect in a holding space around the periphery of the bowl and are ejected automatically when they build up to a predetermined level. The ejecting of solids – de-sludging – is done without interruption of the process and without loss of liquid.

The oil phase discharge from the SA 40's feeds directly to a battery of polishing separators which remove all traces of water from the fish oil before the oil is shipped to customers.



Fig. 24: The seine net is drawn in to the mother ship where the catch is hydraulically bailed into refrigerated holds



Fig. 25: Separators at the Cameron (Louisiana) plant of Zapata Haynie Corporation

The water phase discharges of both the SA 40's and the polishers, now called "stickwater", are combined and fed to an evaporator which concentrates the fish solubles by removing about 90 percent of the water. Because the stickwater contains some traces of fish oil and some finely suspended solids, it is cycled through a second battery of SA 40's while it is being concentrated. Working in parallel, the SA 40's operate at rates of 1,000 to 1,200 US gallons per hour to remove all remaining oil and solids.

Recovery of concentrated fish solubles is a relatively recent development. Once discarded as waste material, the solubles are now recognized as being valuable for their high protein and nutrient content. In large measure this recent appreciation of their value results from Zapata Haynie research that has discovered several new uses for them. Among such uses are that of serving as a medium for growing bacterial cultures

necessary for production of certain antibiotics.

The first of the SA 40's, seven in all plus a smaller SA 18 as a backup machine, were installed in the company's plant at Reedville, Virginia. Earlier the company had been using nozzle bowl centrifuges at Reedville for separation of press water. The old machines have been left in place for use on a standby basis when an exceptionally heavy catch arrives at the plant. This happens occasionally in an industry where the catch can vary from 10,000 fish to well over a million.

Not only do the SA 40's have a high rated capacity, they also are self-cleaning and thus can run without interruption day after day. With a processing season limited to about eight months, Zapata Haynie believes the self-cleaning feature is extremely important.

With the new centrifuges, the Zapata Haynie operation is now as mechanized as

is possible in an enterprise that is totally dependent on the vagaries of the sea. Spotter aircraft search out the fish for sleek steel-hulled fishing vessels. Purse boats quickly ring a school with 1,200-foot long seines. As the net is drawn into the mother ship, the captured menhaden are hydraulically bailed into refrigerated holds. Its catch aboard the mother ship proceeds to the company's nearest processing plant.

Because it is so fully automated, the company is able to avoid sharp peaks and valleys in production much of the time. But when its 38 modern fishing vessels and 19 spotter aircraft all "hit color" at about the same time, the demands on the shore facilities can be enormous. Thanks to the new centrifuges of Westfalia Separator, every Zapata Haynie plant can now handle anything the fishing boats can bring home.

# magazin

# Notes on the design
# of decanters and separators

### CA 360-000 Decanter

For the continuous centrifugal separation of solids up to 60% by vol. from press water, cooking liquor or hydrolysates. The clarified liquid leaves the bowl via the interchangeable regulating ring. The drive is by a motor designed for start under heavy load conditions. The motor must be started by a star-delta switch.
Materials:
All parts coming into contact with the feedstock and the discharged solids are made of high-grade stainless steel.
Housing: grey iron

### SB 80-33-177
#### Separator with self-cleaning bowl

Intermittent solids ejection at full bowl speed, initiated by a self-thinker control system. Feed via closed piping system. Discharge of heavy component (stickwater) under pressure by centripetal pump. Light component (oil) discharged by gravity via siphon. Individual programme setting. Cleaning-in-place is possible.
Materials:
All parts coming into contact with the feedstock and the discharged solids are of high-grade stainless steel.

### SA 45-03-177
#### Separator with self-cleaning bowl

Intermittent solids ejection at full bowl speed, controlled by a timing unit allowing individual programme setting; on type SA 45-33-177 initiated by a self-thinker control system. Feed via closed piping system. Discharge of heavy component (stickwater) under pressure by centripetal pump. Light component (oil) discharged by gravity via siphon. Cleaning-in-place is possible.
Materials:
All parts coming into contact with the feedstock and the discharged solids are made of high-grade stainless steel.

### SA 45-03-107
#### Separator with self-cleaning bowl

Intermittent solids ejection at full bowl speed, controlled by a timing unit allowing individual programme setting; on type SA 45-33-107 initiated by a self-thinker control system. Feed via closed piping system. Heavy component (stickwater) discharged under pressure by centripetal pump. Light component (oil) discharged by gravity via siphon.
Materials:
All parts coming into contact with the feedstock are made of high-grade stainless steel.
Sediment collector: grey iron

   

   

### CA 650-000 Decanter

For continuous clarification of suspensions with very high solids content (up to 60%). Concentration of solids, classification of solids according to particle size.
The clarified liquid leaves the bowl via adjustable slides. The decanter is driven by a standard three-phase motor. The conveyor screw is V-belt driven via Cyclo Gear.
Materials:
All parts coming into contact with the feedstock and the discharged solids are made of high-grade stainless steel.
Housing: grey iron

### SA 35-03-076
#### Separator with self-cleaning bowl

Intermittent solids ejection at full bowl speed, controlled by a timing unit allowing individual programme setting; on type SA 35-33-076 initiated by a self-thinker control system. Feed via closed piping system. Discharge of heavy component (stickwater) under pressure by centripetal pump. Light component (oil) discharged by gravity via siphon. Cleaning-in-place is possible.
Materials:
All parts coming into contact with the feedstock and the discharged solids are of high-grade stainless steel.

### SA 20-03-076
#### Separator with self-cleaning bowl

Periodic solids ejection at full bowl speed, controlled by a timing unit allowing individual programme setting. Feed via closed piping system. Heavy component (stickwater) discharged under pressure by centripetal pump. Light component (oil) discharged by gravity via siphon. Cleaning-in-place is possible.
Materials:
All parts coming into contact with the feedstock and the discharged solids are made of high-grade stainless steel.

### OSA 20-03-066
#### Separator with self-cleaning bowl

Periodic solids ejection at full bowl speed, controlled by a timing unit allowing individual programme setting. Feed via closed piping system. Heavy component (stickwater) discharged under pressure by centripetal pump. Gravity discharge of the light component (oil). Hinged hood. With is rugged design the separator meets the requirements the classification societies. Available optionally with single gear pump for clean oil discharge.
Materials:
Hood: silumin
Sediment collector: grey iron
Bowl and centripetal pump: high-grade stainless steel

20