# EXHIBIT BB

# To Defendants Joint Motion For Summary Judgment

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 2 of 81 PageID #: 8307

FAO CORPORATE DOCUMENT REPOSITORY

Originated by: Fisheries and Aquaculture Department

Title: The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# The production of fish meal and oil



Table of Contents

**FAO FISHERIES TECHNICAL PAPER - 142**
**FOOD AND AGRICULTURE ORGANIZATION OF THE UNITED NATIONS**

**FAO, Fishery Industries Division**
FAO Fisheries Department
Food and Agriculture Organization of the United Nations
Via delle Terme di Caracalla, Rome, Italy

**FOOD AND AGRICULTURE ORGANIZATION OF THE UNITED NATIONS**
**Rome, 1986**

The designations employed and the presentation of material in this publication do not imply the expression of any opinion whatsoever on the part of the Food and Agriculture Organization of the United Nations concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

ISBN 92-5-102464-2

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the copyright owner. Applications for such permission, with a statement of the purpose and extent of the reproduction, Should be addressed to the Director, Publications Division, Food and Agriculture Organization of the United Nations, Via delle Terme di Caracalla, 00100, Rome, Italy.

**@ FAO 1986**

*This electronic document has been scanned using optical character recognition (OCR) software and careful manual recorrection. Even if the quality of digitalisation is high, the FAO declines all responsibility for any discrepancies that may exist between the present document and its original printed version.*

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 3 of 81 PageID #: 8308

# Table of Contents

PREPARATION OF THIS DOCUMENT

l. INTRODUCTION

2. RAW MATERIAL

   2.1 Resources
   2.2 Composition of the Fish
   2.3 Sampling of Raw Materials
   2.4 Economic Evaluation of the Raw Material
   2.5 Methods of Analysis
   2.6 Deterioration of the Raw Fish

      2.6.1 Autolytic deterioration
      2.6.2 Oxidation
      2.6.3 Microbial spoilage

   2.7 Preservation of the Raw Material

      2.7.1 Draining
      2.7.2 Preservation by chilling
      2.7.3 Refrigerated (chilled) water systems
      2.7.4 Preservation by ice
      2.7.5 Chemical preservation

3. THE PROCESS

   3.1 The Principal Method of Processing

      3.1.1 Heating ("cooking")
      3.1.2 Pre-straining
      3.1.3 Pressing
      3.1.4 Centrifugation instead of pressing
      3.1.5 Separation of press liquor
      3.1.6 Oil polishing
      3.1.7 Evaporation of stickwater
      3.1.8 Drying

   3.2 Milling and Storage of Fish Meal

      3.2.1 Milling
      3.2.2 Addition of antioxidant
      3.2.3 Weighing out fish meal into bags
      3.2.4 Cooling
      3.2.5 Pelletizing
      3.2.6 Storage

   3.3 Special Methods of Processing

      3.3.1 Centrifugal methods
      3.3.2 Packaged fishmeal plants
      3.3.3 Meal production without cooking
      3.3.4 Simplified wet processing
      3.3.5 Solvent extraction
      3.3.6 Enzymatic treatment

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 4 of 81 PageID #: 8309

3.3.7 Fish silage

    3.4 Fish Protein Concentrates (FPC)

4. POLLUTION ABATEMENT

    4.1 Pollution from Emission of Malodours
    4.2 Pollution from Liquid Effluents

5. INSTRUMENTATION

6. STEAM PRODUCTION AND POWER PLANT

7. CONSUMPTION OF FUEL, ELECTRIC POWER AND WATER

    7.1 Fuel Oil Consumption
    7.2 Electric Power Consumption
    7.3 Water Consumption

8. STAFF

    8.1 Administration and Sales
    8.2 Laboratory
    8.3 Unloading and Transportation to the Plant
    8.4 Manufacture, Bagging and Storage

9. INVESTMENT AND OPERATING COSTS

    9.1 Investment Decision
    9.2 Investment Cost and Size of Fishmeal Plant
    9.3 Annual Production Costs

10. THE PRODUCTS

    10.1 Fish Meal

        10.1.1 Fishmeal production
        10.1.2 Quality of fish meal related to raw material and conditions of manufacture and storage
        10.1.3 Salmonella control
        10.1.4 The nutrient content of fish meal
        10.1.5 Analysis and quality assessment of fish meal
        10.1.6 The role of fish meal in animal feeds
        10.1.7 Commercial value of fish meal

    10.2 Fish Oil

        10.2.1 Fish oil composition
        10.2.2 Fish oil properties
        10.2.3 Edible applications of fish oils
        10.2.4 Technical applications of fish oils
        10.2.5 Commercial value of fish oils
        10.2.6 Fish oil quality

11. REFERENCES

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 5 of 81 PageID #: 8310



FAO CORPORATE DOCUMENT REPOSITORY

Originated by: Fisheries and Aquaculture Department

Title: The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PREPARATION OF THIS DOCUMENT

This document was first published in 1975 in response to frequent requests for information on the production of fish meal and oil. and the feasibility of setting up an industry. As the paper has proved popular. this revision has been prepared by the Fishery Industries Division to include developments that have taken place during the last 10 years.

**ACKNOWLEDGMENTS**

FAO acknowledges the assistance received in the preparation of this document from the International Association of Fish Meal Manufacturers and its members. The following consultants prepared substantial sections: Dr. E. Ettrup Petersen, Dr. G.M. Dreosti, Mr W. Schmidtsdorff, Mr G. Sand, Dr. S.M. Barlow and Dr I.H. Pike. The assistance of those individuals, too numerous to mention. who have provided information and commented on the draft version, is also gratefully acknowledged.

Distribution:

FAO Fisheries Department
FAO Regional Fishery Officers
HP Mailing List
International Association of Fish Meal Manufacturers

For bibliographic purposes this document should be cited as follows:

FAO, Fishery Industries Division
The production of fish meal and oil.
FAO Fish. Tech. Pap., (142) Rev. 1: 63p.

**ABSTRACT**

The paper provides advice and guidance on the production of Fish meal and oil. It is intended to give information to potential investors in the industry as well as to government officials considering whether an industry is feasible. Included in the paper are chapters on raw material requirements, methods of processing, pollution abatement and investment and operating costs. Quality control of the various products, consumption of fuel, power and water and staffing requirements are also covered.

**FOREWORD**

I am pleased to commend this revised issue of the FAO publication "The Production of Fish Meal and Oil" to its readers. I particularly hope that it will be of help to those who are planning to establish new fishmeal and oil industries, especially in developing countries. I hope, too, that it will be of value to those operating established fishmeal and oil plants. My Association, which has specialized liaison

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 6 of 81 PageID #: 8314

status with FAO, has collaborated very closely with FAO in the preparation of this publication. The information which it contains is practical, up-to-date and shows a sophisticated and forward looking industry. It does not attempt to set out quality standards or processing guidelines, but it gives a detailed survey of all aspects of fishmeal and oil production from resource to marketing.

The methods described in the document, if carefully applied, will yield products that can be marketed internationally. Attempts should not be made to produce fish meal and oil by sun drying or by the use of unhygienic equipment and methods which can result in infected and tainted products or meal with too high an oil content. Criticism is sometimes levelled at the fishmeal and oil industry for using fishery resources which ought to be used directly for human consumption. Plainly, where fish can be beneficially caught and used for human consumption, this is most desirable. Even with established human food fishing industries there is the potential waste of by-catch or the residues left after filleting or other processing. These can be turned into fish meal. In addition, there are major stocks of fish around the world, mainly small pelagic species which at present, for palatability and other reasons, cannot be beneficially used for human food or which can be used only in small quantities.

Some 30% of the world's fish catch is processed into fish meal and oil, but of this 90% is manufactured from species which are currently regarded as unsaleable in the human food market. However, the preferred species are now reaching maximum levels of exploitation. In order to satisfy projections of demand, it seems likely that more of the raw material currently used for fish meal will be diverted to direct human consumption. At the same time, unconventional resources (mesopelagic species, etc.), which are not suitable for human consumption, will be a future source of raw material for fishmeal production.

I must stress that fish meal and oil are of major value in human feeding and increasingly in developing countries which are themselves developing intensive livestock production. Fish meal is a high quality ingredient in feeds for animals including fish raised by aquaculture. In this way, it makes a significant indirect contribution to human nutrition. At the same time, the fish oil is put to many good uses - for human food such as in margarine and shortenings, and for medical and industrial purposes. Fish protein concentrates are suitable for direct human consumption as food ingredients.

Finally, I wish to point out that the FAO Technical Conference on Fishery Products, held in Tokyo in December 1973, had concluded that conversion of fish to meal and oil was a major factor in preventing waste and ensuring the beneficial exploitation of fish which cannot be gainfully used for direct human feeding, and that the fishmeal and oil industry had a useful role to play in the future progress of fisheries in the developing countries.

S.M. Barlow

Director General, International Association of Fish Meal Manufacturers (IAFMM)
Hoval House, Orchard Parade, Mutton Lane, Potters Bar
Herts, EN6 3AR, United Kingdom

 

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 7 of 81 PageID #: 8312



FAO CORPORATE DOCUMENT REPOSITORY     Originated by: Fisheries and Aquaculture Department

Title: The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# 1. INTRODUCTION

The world's fish catch is of the order of 75 million tons per year, but only about 1% of man's food is fish, although 10% of his animal protein intake is fish protein. The fraction of the annual catch used for reduction to fish meal and oil is about one third.

The fishmeal and oil industry, which started in northern Europe and North America at the beginning of the 19th century, was based mainly on surplus catches of herring from seasonal coastal fisheries. This was essentially an oil production activity; the oil finding industrial uses in leather tanning and in the production of soap and glycerol and other non-food products. The residue was originally used as fertilizer, but since the turn of this century it has been dried and ground into fish meal for animal feeding. In fact, one definition of fish meal is that it is a solid product, ground, that has been obtained by removing most of the water and some or all of the oil from fish or fish waste (Windsor, 1971). Its main use is in the diets of poultry, pigs and fish which need higher quality protein than does other farm stock, such as cattle and sheep.

Some doubts have been expressed that the world fish catch can be increased substantially; a figure around 100 million tons being regarded as a reasonable maximum. The first aim should be to produce fish for direct human consumption and there will be considerable pressure to reserve the extra production for human feeding. Only where it is uneconomic or impracticable should the catch be reduced to fish meal and oil. Ninety percent, however, of the fish that are currently reduced to fish meal and oil, the so-called industrial fish (menhaden, sand-eel, sardine, anchoveta, pout, etc.) are presently unmarketable in large quantities as human food. Much of the increased catch will be previously unexploited resources of unknown and perhaps unpalatable species and will thus be available for reduction. Apart from unpalatability, the reasons why this portion of the catch cannot be used for direct consumption include the facts that the fish are too small or break down or turn rancid too quickly for economic storage and subsequent heading, gutting, cleaning and processing. Turning high quality fish into fish meal and oil should not be encouraged. It is obviously more efficient, however, in a protein-hungry world to harvest the unacceptable species for feeding to animals, subsequently consumed by man, than to leave them unharvested in the sea.

Small oily fish are the mainstay of the fishmeal and oil industry. Even in frozen storage these fish turn rancid rapidly unless special and expensive precautions are taken. With present knowledge they can be used best by reducing them to fish meal for animal feeding and using the oil for direct human consumption in products such as margarine. There is a good demand for high quality fish meal and oil and production can be highly remunerative if suitable raw material is available. The industry can also utilize the offal - from filleting, gutting and other fish processing operations - which often poses disposal problems.

The most efficient course would be to feed the powdered products resulting from reduction directly to humans. This introduces the technology of fish protein concentrates (FPC). Direct feeding reduces the losses of cycling through poultry or pigs, which may take 3 kg of fish to produce 1 kg of edible chicken or pork, and also the losses involved in preparing fish for direct consumption. A fillet may contain only half the protein of the original fish after heading, gutting, filleting and skinning.

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 8 of 81 PageID # 8313

The production of FPC is within the capacity of the fishmeal and oil industry. There are problems as the hygienic requirements must naturally conform with those for human food. The fish must be fresh and sound and the plant must be easy to clean and sterilize after use. These are technological problems and although the solutions are expensive, the industry already possesses the design and organizational expertise. Two types of FPC have been and are being produced: a type A, with a fat content of less than 0.5% and a type B, with a fat content of less than 10%. The major problems of using FPC are social rather than technological; these are the difficulty and expense of incorporating new powdered products in the diet. FPC type B tastes fishy after production and "fishmealy" or rancid after storage, because most of the flavour is in the oil fraction. FPC type A is flavourless, but the removal of the oil, by solvent extraction, is expensive. In some areas, the rancid flavours are accepted as they are similar to those of traditional products. FPC must also be milled finely as it has little water holding capacity and would taste gritty when incorporated in food; this process is expensive. It is hoped that technological solutions to these problems will be developed and that FPC for human feeding can be made available at competitive prices. Meanwhile, the search for socially acceptable methods of incorporating it in food must go on. For example, type A can be chemically refined to impart functional capacities (water holding, jelling) to the powder. This raises the cost, but it is nevertheless cheaper than meat and can be used profitably as a meat extender, for instance, in sausages. From the above, it can be seen that the production of FPC is an enterprise which should be embarked upon only when a ready market for the products has been established.

The industry can make a valuable contribution to human nutrition both directly and indirectly. Wherever there is an abundance of fish that, for one reason or another, cannot be used for direct human consumption, the establishment of a fishmeal industry should be strongly encouraged and assisted, not least as a start to rational utilization. However, the uninitiated should beware of trying to start an industry without proper planning and with inexperienced staff or inadequate equipment.

The purpose of this document is to explain the complexity of the industry and to provide information on the planning and operation of a fishmeal and oil industry. The production of meal and oil is a sophisticated process requiring considerable skill and experience. The products will meet commercial and international standards only if they are manufactured under hygienic conditions in properly operated and controlled plants.



Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 9 of 81 PageID #: 8314



FAO CORPORATE DOCUMENT REPOSITORY

Originated by: Fisheries and Aquaculture Department

Title: The production of fish meal and oil...

More details

---

# 2. RAW MATERIAL

---

2.1 Resources
2.2 Composition of the Fish
2.3 Sampling of Raw Materials
2.4 Economic Evaluation of the Raw Material
2.5 Methods of Analysis
2.6 Deterioration of the Raw Fish

    2.6.1 Autolytic deterioration
    2.6.2 Oxidation
    2.6.3 Microbial spoilage

2.7 Preservation of the Raw Material

    2.7.1 Draining
    2.7.2 Preservation by chilling
    2.7.3 Refrigerated (chilled) water systems
    2.7.4 Preservation by ice
    2.7.5 Chemical preservation

---

## 2.1 Resources

Fish used for reduction to meal and oil may be divided into three categories:

a. fish caught for the sole purpose of fishmeal production (for example by Chile, Peru, Norway, Denmark, South Africa and the USA);
b. by-catches from another fishery (by most fish-producing countries);
c. fish offcuts and offal from the consumption industry. (The UK and Germany use these materials to produce white fish meal; South Africa makes rock lobster meal from the carapaces and other parts which are not utilized).

A fishmeal industry requires a regular supply of raw material. When planning fishmeal factories, it is necessary to know the type of fish species available, the length of fishing season, the location of the fish, the catchability of the fish by different fishing gear and, if possible, the attainable catches per year for a continuous period.

## 2.2 Composition of the Fish

Practically all fish species as well as most other marine animal life may, in principle, be converted into fish meal. A wide variety of fish species is used for the production of fish meal and oil in different countries. Table 1 gives some examples of constituents of whole fish from

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 10 of 81
PageID #: 8315

different stocks. The composition and quality of the raw material are predominant factors in determining the properties and yield of the products. A separation of fatty substances (lipids) from the other constituents of fatty marine animals is one of the major operations in the manufacture of fish meal and oil.

Gadoids (the cod-like fishes) comprise a number of fish species which can be classified as lean. It is characteristic of these species that most of their fat is located in the liver. Fish meal made from these lean species of fish is called white fish meal.

Clupeids (the herrings) provide the largest single source of raw material for production of fish meal and oil. They may be classified as fatty although the fat content may vary from 2% to 30%, depending on species and season. The fat is not, as in lean fish, concentrated in the liver, but is generally distributed throughout the body.

Scombroids (the mackerels) are also fatty fish species.

Elasmobranchs (the sharks and the rays) are not specially caught for meal and oil production. Some species, however, provide raw material as trash fish and as offal from processing.

Salmonoids (the salmons and other closely related fish) are generally not harvested for fishmeal production, but offal from salmon is used. However, there is one species, the capelin, that has become a considerable source of material for meal and oil.

Crustaceans. The carapaces and shells are used, as well as small crustaceans that are unmarketable for direct human consumption.

**Table 1** Composition of whole fish; average values over a number of years (in percent)

| Fish species | Protein | Fat | Ash | Water |
|---|---|---|---|---|
| Gadoids | | | | |
| Blue whiting. North Sea | 17.0 | 5.0 | 4.0 | 75.0 |
| Sprat. Atlantic | 16.0 | 11.0 | 2.0 | 71.0 |
| Hake. South Africa | 17.0 | 2,0 | 3.0 | 79.0 |
| Norway pout | 16.0 | 5.5 | 3.0 | 73.0 |
| Clupeids | | | | |
| Anchoveta | 18.0 | 6.0 | 2.5 | 78.0 |
| Herring. spring | 18.0 | 8.0 | 2.0 | 72.0 |
| Herring. winter | 18.2 | 11.0 | 2.0 | 70.0 |
| Pilchard. South Africa | 18.0 | 9.0 | 3.0 | 69.0 |
| Anchovy. South Africa | 17.0 | 10.0 | 3.0 | 70.0 |
| Scombroids | | | | |
| Mackerel, spring, North Sea | 18.0 | 5.5 | 1.6 | 75.0 |
| Mackerel, autumn, North Sea | 15.0 | 27.0 | 1.4 | 56.5 |
| Horse mackerel, North Sea | 16.0 | 17.0 | 3.8 | 62.7 |
| Horse mackerel, South Africa | 17.0 | 8.0 | 4.0 | 72.0 |
| Elasmobranchs | | | | |
| Dogfish | 19.0 | 8.9 | 2.3 | 70.0 |

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 11 of 81
PageID #: 8316

| | | | |
|---|---|---|---|
| Salmonoids | | | |
| Capelin, Norway | 14.0 | 10.0 | 2.0 | 75.0 |

## 2.3 Sampling of Raw Materials

As the composition of the fish may vary widely during the year, systematic sampling and analysis of seasonal variations provide important information when considering the establishment of a fishmeal industry.

## 2.4 Economic Evaluation of the Raw Material

From reliable analyses of the raw material one may estimate the amount of fish meal and oil which may be produced, and hence the value of the raw material. The water content gives basic figures for the cost of drying. There is an interrelationship between fat and water in fish: fat and water are complementary constituents inasmuch as fat replaces water in the flesh due to seasonal variation. For a given quantity of raw material, increasing fat content will lead to improved oil yield, reduced demand on drying energy and increased processing capacity of the plant.

In some countries where the fishing fleet and the fishmeal industry are separate commercial entities, the composition and extent of deterioration of the raw material are often used for evaluating the price. Where the fishing fleet is operated as an integral part of the industry, such evaluation may be used to predict product yield and quality and as a control of production efficiency.

Evaluation requires that representative samples from each catch be submitted for analyses at a control laboratory. Sampling is not straightforward because considerable variations in fish size and quality may exist within the same catch. In purse seines, for example, there appears to be a tendency for the smaller fish to sink to the bottom while the larger fish mass in the upper part of the nets. When the catch is transferred, there is therefore a corresponding segregation of fish; consequently the collector must exercise care to obtain samples representative of the whole catch.

Most conveniently the sampling is done during the unloading of the fishing vessel. An automatic sampling device, installed immediately after the weighing equipment, is recommended, but sampling might be done by hand. Stratified spot sampling of 4-5 kg samples of fish should be made no less than 30 times during unloading of a vessel containing industrial fish. The sampling container will finally hold about 250 kg fish which has to be ground and thoroughly mixed before further sub-dividing of the sample can take place. The final sample of fish for laboratory examination will be approximately 500 g.

## 2.5 Methods of analysis

The evaluation of raw material requires the carrying out of a number of proximate methods of analysis, mainly to determine protein, fat, water and ash contents, and the determination of volatile basic nitrogen (usually expressed as $mg\text{-}N/l00$ g minced fish) (see Section 2.6.3). Under practical conditions it is often sufficient to make determinations only of water and volatile basic nitrogen in the samples.

## 2.6 Deterioration of the Raw Fish

The rapid deterioration of fish is due to the action of bacteria from the surfaces and the digestive tract and to autolytic breakdown caused by enzymatic action in the tissues and in the tract. Bacterial and autolytic deterioration result in breakdown of both the lipid and protein fractions.

## 2.6.1 Autolytic deterioration

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 12 of 81 PageID #: 8317

In a number of fish species used for fishmeal production, particularly small pelagic fish species such as sardines, anchovies and herring, the digestive enzymes may cause extensive autolysis leading to softening of the meat, rupture of the belly wall and formation of considerable amounts of blood water containing both protein and oil. This process is aggravated by the production of large quantities of gastric enzymes at the time of feeding. Such solubilization causes difficulties in handling and processing and may lead to serious losses of both protein and oil.

Fat deterioration (lipolysis) caused by different fat splitting enzymes (lipases) is a general feature in fatty fish. Fish oils are largely composed of glycerol combined with fatty acids to form glycerides. Splitting of the glycerides of the oil and formation of free fatty acids (FFA) result in reduced quality of the oil with economic consequences.

## 2.6.2 Oxidation

Oxidation of lipids (rancidity) and browning of the oil occurs under aerobic (in the presence of oxygen) storage conditions; but in transport vessels and storage bins the condition in the interior of the mass of fish is anaerobic (oxygen is absent).

## 2.6.3 Microbial spoilage

The anaerobic conditions of bulk storage of whole fish create a complex medium in which microbes can grow, with formation of a variety of chemical spoilage products. Some important end products are the volatile basic nitrogenous compounds (mainly ammonia and trimethylamine) and the amount of total volatile basic nitrogen (TVB-N) is often used as a measure of deterioration. Some volatile bases are formed by the bacterial breakdown of amino acids, in turn derived from protein, but the trimethylamine is formed by bacterial metabolism of trimethylamine oxide. The extensive production of ammonia in a load of deteriorating fish may result in significant losses of protein. In elasmobranchs ammonia is also produced from the urea which is a constituent of their blood and muscle.

The chemical compounds resulting from bacterial activity are numerous and some are not yet well described, but the sulphur containing compounds, which seem to be formed mainly under anaerobic conditions, are significant. Hydrogen sulphide ($H_2S$) and mercaptans may be produced by decomposed fish in lethal concentrations in the holds of fishing vessels and in closed fish bins. In Denmark, for example, thorough ventilation is compulsory before and during the unloading of fish.

Another feature of bacterial deterioration is the transformation of sulphur from sulphur containing amino acids into compounds which are catalyst inhibitors; that is they inactivate the catalyst used in subsequent hydrogenation of the oil into fat for margarine production.

During meal production, the aqueous phase is particularly vulnerable to bacterial putrefaction. Bacterial breakdown, besides affecting the yield and quality of the end products and the production capacity, also results in the formation of malodorous compounds. Consequently efforts should be made to minimize bacterial spoilage.

## 2.7 Preservation of the Raw Material

The production of fish meal and oil from fresh raw material gives the highest yield and the best quality final products.

In many cases, however, it is difficult to avoid partial spoilage as the fish has to be collected from remote areas. The search for economic means of preserving the catch during periods of transport and storage, exceeding about 30 h, has been a continuing challenge to the industry. As breakdown of fish protein and oil are due to, both autolytic and microbial activity, the preserving method should preferably retard both bacterial growth and autolysis by digestive and tissue enzymes. The storage life of fish can be extended either by physical or chemical means.

### 2.7.1 Draining

Proper draining of the fish, both aboard and ashore, is a simple and effective method of extending the short-term storage life of fish. Aboard the fishing vessels proper drainage reduces the amount of rubbing together and breakage of the fish during rolling and pitching of the fishing vessel. Moreover, the spreading and rapid growth of bacteria is reduced by restricting the presence of free water containing body slime, gut contents and the bacteria contained therein.

## 2.7.2 Preservation by chilling

During storage of ungutted fish in bulk, the rate of breakdown caused by bacteria and by digestive and tissue enzymes doubles with an increase of temperature of approximately 4°C. This breakdown leads to losses of protein and oil and reduces the quality of the fish for processing. At temperature higher than 5°C hydrogen sulphide is produced by bacteria, and its formation rapidly increases with temperature. At 0°C hydrogen sulphide is not formed until storage exceeds 9-10 days (Petersen, 1971).

In tropical and temperate areas where the fish may be caught at high temperatures and far from the plant, chilling is the most effective method of preserving bulk-stored fish. In many cases the cost of chilling can be recovered by the reduced losses of protein and oil.

In principle, two methods of chilling may be considered, namely refrigerated or chilled water systems and mixing of ice with fish.

## 2.7.3 Refrigerated (chilled) water systems

Sea water is readily available, but prolonged storage of fish in sea water is limited by absorption of salt; high salt levels are undesired in fish meal. It is therefore preferable to use diluted sea water or fresh water. The method comprises circulating the refrigerated water through the mass of fish. Merely pumping the water over the fish does not effectively chill the whole mass, as there is hardly any penetration of the water through the bulk of the fish, most of it being diverted around the sides. Advanced systems are based on pumping the chilled water upward through the fish from the bottom of the hold. The method is expensive and hardly practical except for long voyages and storage periods.

## 2.7.4 Preservation by ice

Mixing fish and ice in the right proportion for chilling the fish at 0°C is an effective method for preserving raw fish. Fish and ice should be mixed before filling the hold. The melt water is drained off from the bottom leaving the fish dry and compact. The use of ice for preservation is dependent upon the development of rapid, preferably automatic, systems for mixing fish and ice at the high rate necessary in industrial fishing.

In Scandinavia, particularly in Denmark, the following ice mixing (and grading) system has been installed in more than 100 fishing vessels (see Figure l).

The Technological Laboratory of the Danish Ministry of Fisheries has participated in the development of a receiving box on deck equipped with a conveyor continuously feeding a rotating drum. This drum grades the fish into two categories: industrial, which includes fish less than 35 mm thick, and food fish, which are comprised of thicker specimens.

The receiving box is equipped to remove the few large fish and other large objects before the catch enters the conveyor and the grader. The box may receive loads of up to 2 t of fish, which are converted to a continuous flow of up to 1 200 kg/min. The food fish pass through the length of the cylinder, while the industrial fish fall through the grader into a trough equipped with a continuous supply of small pieces of ice to chill the fish to 0°C and maintain this temperature until the fish are landed. A conveyor running along the trough takes the mixture of industrial fish and ice to a vertical conveyor that lifts the mixture 2 m above the deck and releases it into a funnel. Wide plastic tubes connect the funnel to the ice scuttle on the deck over the section of

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 14 of 81 PageID #: 8319

the hold that is to be filled with iced industrial fish.

The continuous supply of ice to the trough under the grader is taken from a. store of bulk ice. At the bottom of the store a horizontal conveyor feeds the ice onto a vertical conveyor to the trough. The conveyor speed is adjustable so that the supply of ice can be varied. At landing, there should be little or no surplus ice. Fish at 15°C when caught requires about 23% of its weight in ice to be chilled and maintained at 0°C for four days in an insulated hold.

## 2.7.5 Chemical preservation

Chemical preservatives for raw fish immediately act on the bacteria on the surface of the fish, but there is some delay in action on the interior (stomach and intestines) depending upon the rate of penetration of the preservative.

Sodium nitrite, sodium sulphite, ascorbic acid, benzoic acid and many more preservatives have been evaluated, but they are used only to a very limited extent. Sodium nitrite has demonstrated comparatively favourable properties for preservation of species such as herring, as it retards significantly the development of spoilage microbes and reduces the formation of free fatty acids, but unless nitrites are added in strictly controlled small amounts (as is the case in Norway) they may react with other components of the raw material and form nitrosamines which are harmful carcinogenic chemical compounds.



**Figure 1** Catch handling equipment for separating industrial from food fish

1. Receiving box covered with steel bars for protection against the large objects
2. Conveyor taking the fish continuously into the grader (3) at a rate of up to 1200 kg/min
3. Rotating grader separating the small industrial fish from the food fish
4. Trough receiving the small fish and ice, coming from the hold (5) via the conveyor (6)

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 15 of 81
PageID #: 8320

5. Ice store in the hold from where the ice is fed into the horizontal part of the conveyor (6)
6. Ice conveyor built into the central gangway of the fish hold. The horizontal part is covered with a safety grid of. bars spaced at about 80 mm, which will allow the broken ice to fall into the conveyor. The vertical part brings the ice into the mixing trough (4) under the grader (3). The conveyor is continuously variable with a capacity of 0-250 kg of ice/min
7. Conveyor lifting the mixture of ice and industrial fish 2 m above deck level and discharging it into the funnel (8)
8. Funnel and plastic tubes reading the mixture to the ice scuttle (9) in the deck
9. One of the number of ice scuttles installed over the hold sections for industrial fish
10. Discharge of food fish from the rotating grader (3)

Special measures must be taken when meal is manufactured from fish which has been preserved by nitrite. The use of nitrite must therefore be permitted only under the most careful supervision and should not be encouraged.

Formaldehyde is widely used and, under certain circumstances, also exerts a beneficial firming effect on the raw material so that it is rendered more amenable to pressing, after cooking, for removal of oil. Formaldehyde combines with protein by a mechanism akin to tanning and the reactive amino acid lysine is involved. The use of small amounts, however, (for example 0.05% formalin based on the weight of the fish) has no detectable deleterious effect on protein quality.



Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 16 of 81
PageID #: 8321



FAO CORPORATE DOCUMENT REPOSITORY

Originated by:  Fisheries and
Aquaculture Department

Title:  The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

◄  ☰  ►

# 3. THE PROCESS

3.1 The Principal Method of Processing

    3.1.1 Heating ("cooking")
    3.1.2 Pre-straining
    3.1.3 Pressing
    3.1.4 Centrifugation instead of pressing
    3.1.5 Separation of press liquor
    3.1.6 Oil polishing
    3.1.7 Evaporation of stickwater
    3.1.8 Drying

3.2 Milling and Storage of Fish Meal

    3.2.1 Milling
    3.2.2 Addition of antioxidant
    3.2.3 Weighing out fish meal into bags
    3.2.4 Cooling
    3.2.5 Pelletizing
    3.2.6 Storage

3.3 Special Methods of Processing

    3.3.1 Centrifugal methods
    3.3.2 Packaged fishmeal plants
    3.3.3 Meal production without cooking
    3.3.4 Simplified wet processing
    3.3.5 Solvent extraction
    3.3.6 Enzymatic treatment
    3.3.7 Fish silage

3.4 Fish Protein Concentrates (FPC)

To understand the principles of fishmeal and oil manufacture, it is necessary to consider the raw material as composed of three major fractions: solids (fat-free dry matter), oil and water. The purpose of the process is to separate these fractions from each other as completely as possible, with the least possible expense and under conditions rendering the best possible products.

Fish can be reduced to meal and oil in a number of ways. Common to all methods of practical importance are the following processing steps:

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 17 of 81
PageID #: 8322

- heating, which coagulates the protein, ruptures the fat depots and liberates oil and physico-chemically bound water;
- pressing (or occasional centrifugation), which removes a large fraction of the liquids from the mass;
- separation of the liquid into oil and water (stickwater). This step may be omitted if the oil content of the fish is less than 3%;
- evaporation of the stickwater into a concentrate (fish solubles);
- drying of the solid material (presscake) plus added solubles, which removes sufficient water from the wet material to form a stable meal,
- grinding the dried material to the desired particle size.

This chapter deals in some detail with the most generally practised method of large-scale production. A more cursory description is given of small-scale processing and plants designed to handle small and irregular landings of fish or to yield products with special properties. Although the basic principles of the process may appear few and simple, a variety of elements is required to make a smooth running and profitable factory. There are also different types of equipment that will do the same job but in different ways. The number of options have increased considerably during the last years, particularly in the fields of energy saving, automation and environmental protection. The prospective manufacturer should therefore devote ample time and attention for consultations with the most competent suppliers of machinery and complete factories, before making his final decisions on layout and equipment.

Here are some factors that need special consideration at the planning stage. The most important prerequisite for a profitable fishmeal project is an ample and regular supply of raw material at an acceptable price. Length of season, that is how many days per year the plant may be in operation, is of the utmost importance for the profitability of the venture. Furthermore, the longer the season, the greater the weight that should be placed on measures to reduce the variable costs, and the more that should be spent on investments to save labour and energy and to ensure higher yields and quality of the products.

Another important point relates to the size of plant needed for the amounts of raw material in question. Capacities given by the equipment manufacturer, particularly for the cooker and press installation, may serve only as indicators at the preliminary discussions. The yield is an empirical value entirely dependent upon the nature of the raw material to be processed, its size, freshness and texture. If experience is not available for the actual fish species it is, therefore, advisable to run some tests to evaluate the behaviour of the raw material and the performance of the cooking/pressing operation.

The composition of the raw material expressed in terms of dry matter, protein and fat, will determine what yield of products may be expected. The fat content is of special importance at the planning stage, because it will decide whether it will pay to install equipment for the recovery of oil, besides telling what yield of oil may be expected. For all practical purposes, one may reckon that for the processing of fish with less than 3% of fat, one may omit the installation of oil- recovery equipment.

Evaporators for the stickwater, however expensive, may today be considered standard items of equipment for fishmeal plants, because they recover dry matter that will increase the yield of meal by 20% or more, depending upon the freshness and nature of the raw material. Furthermore, they eliminate a serious pollution problem that today appears unacceptable, particularly in the vicinity of densely populated areas. For small factories and irregular operation, omission of evaporators may sometimes be justified, but a final decision on this point should be taken only after careful calculations have been made and the pros and cons thoroughly evaluated.

Location of the plant relative to habitation and closed harbours is another feature of the utmost importance for trouble-free operation. Public regulations protecting the environment against undesirable pollution of air and water should be carefully studied, as these will affect the selection of equipment and factory premises and determine the amount necessary for investment in unproductive installations for odour abatement and cleaning of waste water emissions.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 18 of 81 PageID #: 8323

## 3.1 The Principal Method of Processing

The bulk of the world's fish meal and oil is today manufactured by the wet pressing method. The main steps of the process are cooking for coagulation of the protein thereby liberating bound water and oil, separation by pressing of the coagulate yielding a solid phase (presscake) containing 60-80% of the oil-free dry matter (protein, bones) and oil, and a liquid phase (press liquor) containing water and the rest of the solids (oil, dissolved and suspended protein, vitamins and minerals). The main part of the sludge in the press liquor is removed by centrifugation in a decanter and the oil is subsequently removed by centrifuge. The stickwater is concentrated in multi-effect evaporators and the concentrate is thoroughly mixed with the presscake, which is then dehydrated usually by two-stage drying. The dried material is milled and stored in bags or in bulk. The oil is stored in tanks.

Figure 2 shows the flow diagram of a typical fishmeal and oil plant. As already pointed out, there are alternatives to this layout and also different types of equipment to choose among for some of the unit operations. The most important alternatives will be mentioned in the following descriptions of the various processing steps.

Referring again to Figure 2, we shall now follow the material step by step through the factory. The raw material is first unloaded from the fishing vessel by crane, wet fish pump, pneumatic elevator or some sort of mechanical conveyor. The fish is weighed or measured by volume before it is transported to the pits or tanks for the storage of raw material.

Large fish are hashed (A) while smaller fish (for example, those less than 40 cm long) are fed directly at a constant rate by the feeding machine (B) to the indirect steam cooker (C). The coagulated mass is pre-strained in a strainer conveyor (D), or in a vibrating screen, before entering the twin screw press (E). The products from the press (presscake and press liquor) are treated as follows. The presscake is disintegrated in the tearing machine (wet mill)(F) to facilitate mixing with stickwater concentrate (see below) and drying in an indirect steam dryer or a direct flame dryer (G). The meal passes through a vibrating screen (H) furnished with a magnet to remove extraneous matter like pieces of wood and metal (for example, fish hooks) before entering the hammer mill (J). The ground meal is automatically weighed out in bags by the scales (K), the bags are closed (e.g., by sewing) and conveyed to the store. Alternatively, the meal is stored in a holding and blending silo before bagging, pelleting or storing in bulk.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 19 of 81
PageID #: 8324



Vapour

Press liquor

Fish oil

Stickwater

Stickwater concentrate

**Figure 2** Layout of a fishmeal plant

To remove most of the sludge, the <u>press liquor</u> passes through a decanter (N). The press liquor then passes through a buffer tank (O) before separation into oil, stickwater and fine sludge in the stickwater centrifuge (P).

The sludge is added to the presscake. The <u>oil</u> passes through a buffer tank (R) before water f and sludge impurities are removed (polishing) in the oil separator (S). After polishing, the oil often passes through an inspection tank before storage in the oil tank. The <u>stickwater</u> passes through a buffer tank (T) before concentration in a multi-effect evaporator (U). After the buffer tank (V), the concentrate is mixed thoroughly with decanter-sludge and presscake before drying. In some cases the stickwater concentrate, called condensed fish solubles, is sold separately.

As indicated in Figure 2 (heavy dotted line), the factory can be deodorized by air suction from all tanks and machinery. The air passes through a scrubber {L) and is then burned in the steam boiler or treated with chlorine, after which a further scrubber removes residual chlorine. Methods of effective deodorization are still under study and reference should be made to Section 4.

As stated, large fish have to be hashed into smaller pieces before being passed by the feeder into the cooker. This is to ensure uniform processing and equal temperature in the cooked

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 20 of 81
PageID #: 8325

material. Also, the feeder ensures a steady rate of presentation to the cooker. Figure 3 illustrates one type of hasher often used. It consists of a rotor with staggered knives and a frame with a row of stationary knives.



**Figure 3** Hasher

Figure 4 illustrates an example of a feeder. It consists of a hopper from the bottom of which the raw material is carried to the cooker by a screw conveyor. The conveyor's speed may be adapted to the rate of throughput desired by means of a stepless gear. When the hopper is full of raw material, a level control mechanism stops the removal of raw material from the raw fish pits or silos. When the level has sunk to a fixed lower level, another level controller starts the intake flowing again. Today pumps are increasingly used for the transportation of raw material, and these can easily be controlled by the automatic level controller of the hopper.

Figure 5 gives an example of a so-called mass balance. Here we can follow the streams of the three major fractions of the raw material, solids (fat-free dry matter), oil and water, through the factory. The actual figures will, of course, vary with the composition of the raw material, particularly with the oil content, but the diagram is sufficient to illustrate the general trend. The prospective manufacturer may estimate his expected yield of meal on the basis of the dry matter content of his raw material plus moisture and residual fat in the meal. For instance, if the dry matter content of the raw material is 18%, and moisture and fat together make up 20% of the meal. The expected yield of meal will be (18 x 100)/80 = 22.5% by weight of the raw material. Likewise, the yield of oil will be the fat content of the raw material less the small amount (2.5-3%) remaining in the meal.

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 21 of 81
PageID #: 8326



**Figure 4** Feeder

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 22 of 81
PageID #: 8327



**Figure 5** Mass balance in fishmeal production

In the following sections we shall take a closer look at the various unit operations of the process.

## 3.1.1 Heating ("cooking")

The purpose of the heating process is to liberate the oil from the fat depots of the fish, and to condition the material for the subsequent treatment in the various processing units of the plant. "Cooking", as this operation has traditionally been called, is therefore a key process of the utmost importance for the whole functioning of the factory.

Until fairly recently, the general view has been that the best results and optimum performance of the plant would be obtained at the highest possible temperature which, at atmospheric pressure, would be l00 °C. New experiments, however, have shown that the walls of the fat cells are broken down before the temperature reaches 50 °C. The oil is then free, and theoretically it should be possible to separate it from the solid material. Another important observation from recent investigations is that coagulation of the fish protein is completed at about 75 °C and, furthermore, that the process is very rapid. This new experience leads to the conclusion that there is very little, if anything, to be gained by heating the material beyond 75 °C or by using a long heating time. The problem is primarily a question of heat transfer and temperature control to ensure a uniform, optimum temperature throughout the whole mass. Since reduction of heat load on the material, that is the combined effect of temperature and time, tends to improve the quality of the products, we may expect new technological answers to the heating problem, in line with this new knowledge. However, at the present state of

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 23 of 81
PageID #: 8328

technology, we have to accept that optimum conditions for a particular type of raw material must largely be established through practical experience.

The most common practice is to cook the fish in a steam cooker, through which it is conveyed continuously. Heat is generally transferred indirectly from a surrounding jacket and a heated rotary screw conveyor. This is an improvement over the direct steam injection cooker, in which water is condensed in the mass during the process and has to be removed by the press and then evaporated from the press liquor. However, in indirect cookers provision is also made for the admission of live steam directly into the mass as this may sometimes be advantageous.

Cooking is an exacting operation in production and is sometimes difficult to control. Production of cooked material which can be readily pressed is dependent on the quality of the raw material and on the process conditions. A precise time-temperature programme for this process can therefore not be set up and, as mentioned above, a process of trial and error is generally required when fish of unknown history is processed. The most common practice of cooking good raw material, however, is to heat to 95°-100 °C within 15 to 20 min. Most manufacturers operate cookers to ensure rapid heating of the mass to a temperature of about 95° C. The proof of good cooking is good pressability of the mass which leads to proper removal of press liquor and, in particular for fatty fish species, efficient recovery of oil, giving a meal with low fat content which is a criterion of quality. The process must be controlled to ensure sufficient cooking, but overcooking must be avoided as this results in problems with pressing and the presence of large amounts of suspended particles in the stickwater, which makes evaporation difficult.

A typical continuous indirect cooker is shown in Figure 6. The cooker is designed as a cylinder having a steam heated jacket throughout and a steam heated rotor, designed as a screw conveyor with hollow flights. The cooker is equipped with covers throughout for inspection and cleaning and with a nozzle system for blowing direct steam into the mass. The cooker may be provided with automatic temperature control equipment, automatic level control for raw material feeding, discharge control equipment (which is required particularly for handling soft raw material) and a trap for collecting heavy foreign matter like stones and scrap iron. Cookers like this are generally available in sizes which can process from 16 t to 1 600 t of raw material per 24 h.

The capacity of a heat exchanger, such as an indirect steam cooker, is proportional to the area of the heating surfaces and to the temperature difference between the two sides of the wall.



**Figure 6** Cooker

Furthermore, the capacity is influenced by the resistance to heat transfer largely caused by the existence of films and coatings on the heating surfaces. An important way of reducing the tendency to scaling, caused by coagulation of protein on the hot walls, is to use moderate steam temperatures, especially in the early stages of heating. Another measure is, of course, to introduce and enforce good routines for effective cleaning at regular intervals.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 24 of 81
PageID #: 8329

An entirely different type of heating device is the so-called Contherm apparatus, recently tried out in connection with fishmeal and oil manufacture. The results, so far at low rates of throughput, have been quite promising. The apparatus shown in Figure 7 consists of a vertical cylindrical heat exchanger provided with an agitator keeping the material in rapid movement, thus contributing to effective heat transfer. During rotation, the agitator blades (knives) are pressed against the surrounding heating surface in order to prevent the formation of scale. To reduce the viscosity of the material and to increase the rate of heat transfer, some stickwater should be added to the fish. Advantages of the Contherm heater are rapid heating with a holding time less than 2 min, effective temperature control, and quick and easy routines for dismantling and cleaning.

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 25 of 81
PageID #: 8330



**Figure 7** Contherm - the vertical short-time continuous cooker for fishmeal

Another innovation is the tubular heater (pre-cooker) primarily designed and used for the utilization of waste heat, either from the evaporators or from the dryers. Because of the relatively low temperatures of these vapours or gases, they are particularly useful for preheating

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 26 of 81
PageID #: 8331

the raw material. The heater consists of a set of tubes coupled together and surrounded by a cylindrical jacket. The raw material is moved through the tubes by pumping, and on its way it is heated by the hot gases circulating around the tubes, in the space between the latter and the jacket. In practical use, the raw material may reach temperatures in the range of 50° to 60 °C before it leaves the pre-heater and enters the conventional indirect steam cooker. Besides representing an important saving of energy this way of operation reduces the problem of scaling on the heating surfaces considerably, implying that the capacity of the heating units may be maintained at a high level for longer periods.

## 3.1.2 Pre-straining

One result of the heating process is that the oil and a major part of the water is released and to a large extent may be removed from the solids by simple draining. Removal of more liquid is achieved by subsequent treatment of the solid part in presses or centrifuges, or in a combination of the two.

To facilitate the functioning of the press, the liquid liberated in the cooker is drained from the coagulated fish pulp in a strainer conveyor or in a vibrating or rotary strainer. Figure 8 shows a strainer conveyor set at an incline between the cooker and the press. It is designed on the same principle as that of a screw conveyor except that the lower end (that closer to the cooker) is fitted with an easily replaceable strainer in the shape of a half cylinder. Strainers with different sizes of perforations may be required for various types of fish. Figure 9 shows a vibrating strainer. The fundamental principle here is that the cooked material is conveyed to a strainer which is kept vibrating by an electric motor. The liquid phase passes through the strainer holes whereas the solid phase is vibrated along the surface of the strainer to an outlet.

## 3.1.3 Pressing

To ensure free drainage of liquid in the press, the material should be porous; that is, there should be many open channels in its mass for the passage of liquid. Cooked material from small and autolyzed fish will, as a rule, contain large quantities of fine particles (sludge) that tend to clog up these channels. In such cases, the porosity of the presscake may be improved by increasing the diameter of the holes of the pre-strainer. A greater part of the fines will then follow the liquid phase and not hamper the function of the press. To take advantage of this measure, the capacity of the decanters (desludging centrifuges) should be sufficient to handle the increased volume of sludge in the liquid.

The purpose of the press is to squeeze out as much liquid as possible from the solid phase. This is important not only to improve the oil yield and the quality of the meal, but also to reduce the moisture content of the presscake as far as possible, thereby reducing the fuel consumption of the dryers and increasing their capacity.

Two types of continuous press are used in the fishmeal industry; these are provided with either one or two screws. Both work on the principle of helical screw conveyors rotating in a tightly fitting cage, which is provided with perforations for the drainage of press liquid. The screws are made with a taper, thus ensuring that the volume between the flights is gradually reduced. This means that the material, during passage along the press, is subjected to increasing pressures and, as a consequence, additional amounts of liquid are expressed. The performance of the press is largely determined by the profile and the compression ratio of the screws, that is, the ratio between the flight volumes of the inlet and outlet flights. Whether standard screws based on fish of average nature and quality, or screws with a special profile and compression ration should be used, is a question for careful consideration and discussion with the press manufacturer.

Occasionally difficulties are experienced, particularly when processing soft and autolyzed fish. The press "slips", meaning that the screws rotate in the material without conveying it forward. This problem may be minimized by incorporating special devices in the single screw press; but the most efficient measure is to use two screws mounted side by side and rotating them in opposite directions.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 27 of 81
PageID #: 8332



**Figure 8** Strainer conveyor



**Figure 9** Vibrating strainer

For this reason the twin screw press has become the most commonly used type of press. Modern presses are very efficient dewatering devices, yielding presscakes with moisture

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 28 of 81
PageID #: 8333

contents as low as 50%.

Figure 10 illustrates the principle of the twin screw press. Pressing is carried out in a press chamber consisting of two hollow interlocked cylinders. The cylinder wall is made of heavily supported strainer plates made from stainless steel. The two press screws have tapered shafts and the screw pitch varies so that the pitch, and thus the flight distance, is greatest at the thin end of the shafts. The screws rotate in opposite senses. The material is fed in at the end where the shafts are thinner, and is carried towards the end where they are thicker. As can be seen, the space for the material gradually reduces and, to compensate, liquid is pressed out through the strainer plates surrounding the screws.



**Figure 10** Twin screw press

The performance of the press may be regulated in two ways: one may adjust the level of cooked material in the hopper above the press, a high level resulting in higher pressure and consequently a more complete filling of the inlet screw flights; the other factor is the rate of revolution of the screws; increased speed means greater throughput and a shorter pressing time. How to adjust these two factors to obtain optimum performance is largely a matter of experience and skill.

Good performance of the press depends upon relatively tight fitting of the screw flights to the surrounding strainer plates. If the distance between the flight tops and the screens becomes too wide, for instance after long wear and tear, both the efficiency and the capacity will suffer; rebuilding and readjustment of the screw flights are then necessary. Another factor that needs continuous surveillance is the performance of the strainer plates. Regular inspection and cleaning is necessary to ensure that the holes are open and allow free escape of liquid. As pointed out earlier. temperature is a factor of great importance for the whole cooking and

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 29 of 81
PageID #: 8334

pressing operation. Basic information today indicates that moderate temperatures are preferable from the standpoint of release of oil and denaturation of protein. On the other side, high temperatures reduce the viscosity of the oil and tend to facilitate the flow from the solid phase. With the equipment we just have described, we must again rely on experimental data to establish optimum conditions for a particular raw material.

Processing problems may be encountered under two entirely different conditions. One relates to completely fresh fish that tends to retain more oil and water than desirable. For the time being, there is no solution to this problem except by resorting to one of the two equally deplorable measures; either by reducing the speed of the press and thereby the capacity of the whole plant. Or by storing the fish for a day or two before processing. thus leading to deterioration of quality.

The other situation occurs with soft and autolyzed fish. As mentioned in the introduction to this section, the answer to this problem is to bleed off in the pre-strainer more liquid and fines to be handled by the decanters. Some processors will often resort to the use of coagulating agents like formaldehyde, which help to solidify the material and improve the performance of the press. This, practice, however, should be restricted as far as possible because formaldehyde reacts with the essential amino acid lysine, and thereby reduces the nutritional quality of the protein. Calcium chloride ($CaCl_2$) has also been used as a hardener, but this practice was abandoned because it raised the chloride content of the meal to unacceptable levels, particularly in cases where stickwater is incorporated and whole meal produced.

## 3.1.4 Centrifugation instead of pressing

To separate solids from liquid by centrifugation is a standard operation in many industries including the fishmeal and oil industry. With the development of centrifuges that can handle materials with high contents of solids and at high rates of throughput, it 15 now possible to use decanters instead of presses to separate the solids from the liquid in cooked fish. (For a detailed description of the equipment see Figure 11 and Section 3.1.5). The advantages are several. First, it presents a simplification of the process. Secondly, centrifugation is a better known and more controllable unit operation than pressing and filtration. Thirdly, centrifugation is a much quicker process than pressing and significantly reduces the heat load on the material, a factor of importance for the manufacture of special products. Perhaps the most important advantage is the ability of the centrifuge to process soft and very fluid material where the press would fail completely. Better hygiene and simpler procedures for washing operations are further features on the plus side.

On the negative side one should note that the centrifuge will discharge the solids with a higher moisture content than the press. This means increased fuel consumption for the drying operation. Furthermore, the centrifuge tends to produce more emulsions and fines, causing problems in the subsequent separation of oil. water and sludge in the liquid phase.

Plants with decanters instead of presses are in practical operation in many parts of the world, generally with small or medium rates of throughput, ranging from 12 to 300 t of raw material per 24 h.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 30 of 81
PageID #: 8335



**Figure 11** Decanter

Although the use of decanters for the separation of solids and liquid in cooked fish material for the time being appears relatively unimportant, centrifugation is an interesting area where we may expect new developments. Combinations of press, strainer and centrifuge in various ways also open interesting possibilities which should prove worthwhile investigating.

### 3.1.5 Separation of press liquor

The liquor coming from the press and the pre-strainer consists of water and varying amounts of oil and dry matter. The oil content is related to the proportion of oil in the fish. The content of dry matter, occurring both in dissolved and suspended (finely dispersed) forms, varies with the size and quality of the fish and with the extent of mechanical handling prior to processing.

The quantity of press liquor will also vary with the nature and quality of the raw material, and increases particularly with advancing autolysis of the fish. Under average conditions one may estimate the volume of press liquor at about 70% of the raw material while the remaining 30% makes up the presscake.

The separation of the three fractions of the press liquor, sludge, oil and water, is based on their different specific gravities. If press liquor is left for some time in a tank, it will settle out in three layers: sludge at the bottom, water in between and oil at the top. In the early days of fish oil production, this method of settling under the influence of gravity alone was standard procedure. It had many drawbacks such as poor yield, impure fractions and, above all, it was extremely slow. With centrifugation we get several thousand times greater forces at our disposal, and the separation process may now be accomplished in seconds when compared with the hours required for the settling method.

An important prerequisite for efficient separation is high temperature, implying that the press liquor should be reheated to 90°-95°C before entering the centrifuges. This applies to sludge removal as well as to separation of oil and water.

The suspended solids are first to be removed. This is done in a horizontal centrifuge, a so-called decanter or desludger, the principle of which is shown in Figure 11. It consists of a partly cylindrical and partly conical rotor drum (bowl) and, inside this, a screw conveyor of the same shape. The press liquor is fed into the rotor where, by centrifugal force, it is thrown toward the bowl's periphery. The denser solids are rapidly precipitated along the inside rotor surface. The screw conveyor rotates with the bowl, but at a rate some 30 to 50 rpm faster than the speed of

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 31 of 81
PageID #: 8336

rotation of the drum; the deposited solids are thus scraped off continuously. Before being discharged, they are lifted out of the liquid phase and pass through a drying or dewatering zone.

The performance of the decanter may be controlled in two ways. It is possible to adjust the thickness of the liquid layer (a thick layer represents a longer zone and allows more time for clarification of the liquid) and, associated with this, there will be a correspondingly shorter zone of. sludge and less time for dewatering the solids. The reverse will, of course, be the case with a thin liquid layer. The other regulating parameter is the speed of the screw conveyor relative to that of the bowl. The higher the content of solids in the liquid the faster the conveyor should rotate in relation to the bowl in order to remove the precipitate. In addition to these parameters one may naturally influence performance by regulating the feed. Optimum conditions are dependent both on quantity and nature, specially particle size, of the solids in the liquid. Decanters are available in various sizes.

For smaller plants, the investment in a decanter may not be economically justified. In such cases a vibrating strainer, although less efficient, may be a cheaper but entirely satisfactory solution.

Separation of stickwater from oil takes place in vertical disc centrifuges, either of the nozzle type, which discharge the stickwater and remaining sludge continuously, or of the self cleaning type, which is often preferred. In the latter, the stickwater is continuously discharged, whereas the sludge is collected in the bowl and periodically ejected according to a timed programme which depends on the quantity and the nature of the sludge. The stickwater with a dry matter content of 6-9% is concentrated in evaporators. The sludge in most cases can be pumped to the presscake.

Figure 12 illustrates the principle of the self-cleaning disc centrifuge. The main component of the bowl is a stack of conical discs lying on top of each other at distances of 0.5 to 2 mm apart. The discs have a number of distribution holes to provide passages for the liquid from the bottom of the disc stack. The decanter liquid is fed from a control tube (l). The oil moves along the discs toward the centre and discharges through the holes in the nut (3). The stickwater moves toward the periphery and discharges behind the separating plate through the regulation ring (4). This is inter-changeable to adjust the separation. The sludge separates along the bowl periphery and is discharged through the bowl slot into the frame chute at regular intervals (2). Centrifuges are available with rates of throughput ranging from 500 to 25 000 litres/h.

## 3.1.6 Oil polishing

Oil polishing, carried out in special separators, is the final refining step done at the factory before the oil is pumped into storage. Polishing is facilitated by using hot water, which extracts impurities from the oil and thus ensures stability during storage.

The efficiency of separation depends upon both design and mode of operation of the centrifuges. The speed of separation depends upon the motility of the particles and upon the centrifugal force of the separator. Motility depends upon material properties, such as viscosity and specific gravity, which in turn depend upon temperature. Accordingly, good temperature control is required; the temperature of the feed should be maintained at about 95°C, but not less than 90°C. The centrifugal force is proportional to the angular velocity squared and to the radius of the centrifuge bowl, while the stress on the material of construction is proportional to the angular velocity squared and to the square of the radius. Centrifuges are designed to operate at high speeds and are, therefore, generally constructed with small radii. Centrifuges operating at about 5 000 rpm, yielding a centrifugal force of 5 000 x g (natural gravity), are generally used in the fishmeal industry.

## 3.1.7 Evaporation of stickwater

When decanters and separators have removed the major part of oil and suspended solids from the press liquid, we are left with the so-called stickwater. For all practical purposes, one may estimate the amount of stickwater at about 65% of the raw material. Besides water, stickwater will contain the following components:

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 32 of 81
PageID #: 8337

| | |
|---|---|
| • dissolved protein | • minerals |
| • undissolved (suspended) protein | • vitamins |
| • residual oil | • amines/ammonia |

The content of residual oil will depend upon the efficiency of the separating process and should be as low as possible, certainly well below 1%. The other components, usually put together and called stickwater dry matter, amount to 5-6% for fresh fish, and correspond to nearly 20% of the yield of meal. After transportation and storage, specially of small fish caught during the feeding season and at high temperatures, the percentage of stickwater solids may rise to even higher values.



**Figure 12** Self-cleaning disc centrifuge

These figures illustrate clearly the importance of recovery of the soluble dry matter in the stickwater.

To recover the stickwater solids, one has to remove large quantities of water by evaporation and subsequent drying. This requires heat, and the question of heat economy and fuel consumption becomes, therefore, of paramount importance. The usage of heat may be influenced in various ways.

At the planning stage, one should carefully consider what type of evaporating plant to select, and particularly evaluate to what extent it is economically feasible to make use of waste heat, for instance that represented by the vapors in the exhaust gases from the dryer. Furthermore, there is the question of the number of evaporation stages, increasing numbers resulting in significant reductions in steam requirement. Typical figures for steam consumption are 0.6 to 0.65 kg, 0.4 to 0.45 kg and 0.2 to 0.35 kg steam per kilogramme water evaporated in double, triple and quadruple effect evaporators, respectively. On the other hand, the costs of construction rise with increase in the number of evaporator units. Generally, large catches of fish and long periods of operation speak in favour of cutting variable costs by investing in a greater number of evaporation stages. Other factors to be considered are, of course, local prices of fuel, electric energy and capital. For general guidance, it may be mentioned that

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 33 of 81
PageID #: 8338

double effects are used for rates of throughput of 30 to 150 t, triple ones for 200 to 400 t and quadruple for 500 t and more of raw fish per 24 h. If waste heat evaporators can be integrated into the system from the beginning, the picture will be changed significantly and reference is, therefore, made to Chapter 7.

Selection of the operating conditions will also greatly affect the heat economy of the whole factory. Because multiple effect evaporation is a more economical way of removing water than one stage drying, it is specially important to achieve a high concentration of dry matter in the final stickwater concentrate before it is discharged from the evaporating plant and conveyed to the dryers for drying together with the presscake. The factor which largely determines how far you may concentrate the stickwater without running into trouble is the viscosity which rises steeply during the last stage of concentration. As increasing temperatures tend to make the concentrated stickwater less viscous, one may take advantage of this fact by completing the evaporation in the unit with the highest temperature. Another factor that can contribute greatly to the viscosity of the concentrate is the content of suspended solids (sludge), and great care should therefore be taken to keep this as low as possible, both by preventive measures and by efficient removal in decanters or sieves.

Although evaporation at high temperatures offers certain advantages, there are quality considerations that pull in the opposite direction. Some of the vitamins and amino acids are particularly sensitive to heat, and heating for any length of time above 130 °C should be discouraged, as this may lead to considerable losses of vitamin $B_{12}$ and of the important amino acids, cystine, lysine and tryptophan. There are also other changes which take place under the influence of heat, such as degradation of the protein and evaporation of volatile components. Furthermore, there is the problem of discoloration. The significance of these changes should, of course, be carefully considered with special view to the marketing and end use of the products, before making the final decisions on equipment and operating conditions. Quality criteria will naturally centre around the nutritional value of the products but, with a view to a possible development toward products for human consumption, greater weight should be placed on sensory or organoleptic properties, like flavour and odour.

Figure 13 shows a quadruple effect plant for the evaporation of stickwater. This system works according to the I-II-III-IV mode of operation, that is, the stickwater flows in parallel with the flow of steam. It is fed continuously to stage I and progressively concentrated during the subsequent passage through stages II, III and IV. Live steam from the boiler plant is supplied to the pre-heater and to the heat exchanger of the first stage, while the vapour emanating from this stage is used for heating in the second. Vapour from the second stage is used in stage III, and so on to stage IV. Vapour from the last stage is normally condensed in a condensing tower, but it may also be used, for instance, to preheat raw material.

The conventional mode of operation is to feed dilute solution to the first stage operated above atmospheric pressure and to withdraw concentrate from the last, which is operated under reduced pressure. Some factories, however, prefer to feed dilute solution to the second stage and withdraw concentrate from the first. This subjects the concentrate to the highest available temperature in the system (generally above l00 °C), which has the following advantages: (l) reduction of viscosity of concentrate, (2) effective decomposition and removal of nitrogenous contaminants, for example nitrites and dimethyl nitrosamine, and oxides of sulphur if present, and (3) destruction of any pathogenic bacteria, including <u>Salmonella</u>, that might have infected the material in earlier stages. In some factories these effects are attained by treating the concentrated stickwater in separate heated pressure tanks.

During evaporation, solids are deposited on the hot surfaces impeding heat transfer and blocking the tubes. These deposits must be removed regularly, generally during shut-down periods (for example at weekends). Such removal necessitates chemical and mechanical treatments. Chemical treatment should be carried out when required, usually once a week. <u>Mild</u> steel evaporators may be cleaned with about 14% caustic soda solutions, recirculated at about 80°C for 5 h and left standing overnight. The apparatus is then emptied and thoroughly rinsed with water before the factory resumes normal operation. Mechanical scale removal in mild steel evaporators may be necessary several times a year. The weekly cleaning of <u>stainless</u> steel evaporators is usually done with stronger cleansing agents. Two hours' treatment with caustic

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 34 of 81
PageID #: 8339

soda will dissolve protein deposits, and a subsequent one hour's treatment with 5% nitric acid at 60°C will remove more firmly bound material. Mechanical cleaning of stainless steel evaporators should be avoided if possible but, if it should prove necessary, it should be carried out with great care to avoid scratches or other damage to the surface, which would result in loss of an important property of stainless steel, that is its smoothness. The smoother the surface the less firmly does the scale adhere to the surface. Monthly cleaning (caustic soda) on the <u>steam side</u> of the evaporators is also advisable. To prevent corrosion and facilitate cleaning, stainless steel tubes are recommended.



| | | | |
|---|---|---|---|
| Steam | | (A) | Stickwater feed pump |
| Exhaust steam | | (B) | Heat exchanger |
| Condensate | | (C) | Concentrate extraction pump |
| Condensate impure | | (D) | Steam inlet |
| Cooling water | | (E) | Level control |
| Stickwater | | (F) | Condensate extraction pump |
| Concentrate (solubles) | | (G) | Barometric condenser |

**Figure 13** Quadruple effect stickwater evaporator

<u>Oil separation from partly concentrated stickwater</u> is practised by some manufacturers. The density of stickwater is higher in the concentrated than in the diluted state. This greater difference between the density of oil and concentrated stickwater produces an increase in the centrifugal potential and thus facilitates extra oil removal. Consequently, oil separation from the concentrate may lead to slightly leaner "whole" fish meal and will also increase the yield of oil. Oil separation seems to be more efficient after the second evaporation step than after later effects because of the lower viscosity of the concentrate at this stage. The separated oil tends to be rather dark and of less value than oil separated before concentration. High contents of sulphur are particularly harmful because some sulphur-containing compounds act as catalyst poisons during the hydrogenation process of the edible fats industry. "Concentrate oil" should, therefore, preferably be stored and sold separately.

Stickwater concentrate may be sold separately under the name "fish solubles". Because of the character of the product, however, the market is limited and is usually located not too far from

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 35 of 81
PageID #: 8340

the place of production. The most common way of utilizing stickwater concentrate is to mix it with the presscake and to dry the mixture to so-called "whole meal". The dry matter content of the concentrate is determined by the viscosity/dry matter relationship for the actual raw material, and may vary between 30% and 50%.

The commonly used evaporators operate with vertical tubes partly filled with boiling liquid, gradually giving off water vapour while moving upward in the tubes and into the chamber, separating liquid and vapours. The volume of liquid is quite large and it takes, therefore, a long time before the desired concentration has been reached, and concentrate starts flowing to the dryers. This time lag between pressing and concentrating is particularly undesirable and causes problems in factories with the intermittent supplies of raw material. In such cases, the falling film evaporator becomes of special interest because it operates with a short holding time and small liquid volume. Here the stickwater enters at the top of the tubes, which are heated from the outside by steam or hot gases. On its way down, water evaporates and the liquid becomes more and more concentrated, and finally ends up at the bottom as concentrate. The falling film evaporator also offers advantages in connection with energy saving systems using vapour recompression. So far, it has found limited use in the fish-meal industry largely because it requires special skill and attention from the operator. Because of its many advantages, however, the falling film evaporator is definitely a new alternative to consider for furture plants.

## 3.1.8 Drying

The purpose of the drying process is to convert the wet and unstable mixture of presscake, decanter sludge and concentration into a dry and stable fish meal. In practice, this means drying to a moisture content below 12%, which generally may be considered low enough to check microbial activity. This drying is done by heating the material to a temperature where the rate of evaporation of the water is considered satisfactory. Increasing the temperature will speed up the drying process. There are, however, certain critical limits t observe in order to avoid reduction of quality, especially of the protein.

With the equipment and conditions normally used in the fishmeal industry, the temperature of the drying material should not exceed 90°C in order not to impair nutrituional value.

A prerequisite for optimum drying conditions is that the material should be divided into relatively small pieces or particles so as to facilitate the escape of water vapour from below the surface into the air. The presscake is, therefore, passed through a wet mill where it is disintegrated by fast moving hammer heads mounted on a rotor. The presscake is beaten against a screen in the bottom provided with sharp edged, square holes. Figure 14 shows an example of a wet mill.



**Figure 14** Wet mill

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 36 of 81
PageID #: 8341

To avoid sticking and lump formation during one stage drying of presscake to which stickwater concentrate is added, thorough mixing is necessary. This may be achieved by heating the concentrate to a high temperature (about 100°C) before mixing. Such heating also serves to destroy bacteria, including *Salmonella*, if present. Mixing is generally performed in the screw conveyors, the concentrate preferably being added before disintegration of the presscake in the wet mill. In two stage drying the concentrate is added to the presscake between the dryers.

The type of dryer to be chosen will depend on several factors, i.e.:

    i.  the nature of the material to be dried,
    ii.  fuel economy,
    iii.  plant layout,
    iv.  plant capacity,
    v.  odour considerations.

The two main principles of drying are direct heat drying and indirect steam drying.

The <u>direct rotary dryer</u>, also called "flame dryer" or "direct hot air dryer", is used in the production of some 75% of fish meal in world trade. Heat for vaporization is provided by a current of flue gases diluted with secondary air, in direct contact with the fish material being dried. The direct action of the drying medium is both the strength and the weakness of the system. It represents the most efficient mode of heat and mass transfer but, unless operated properly, it may constitute a source of contamination of the product. Flue gas contaminants may range from products of incomplete combustion, for example particles of soot, to oxides of sulphur and nitrogen which are capable of reacting with nutritional components (such as protein and oil) in the meal. Manufacturers should therefore avoid the use of the crudest types of fuel, which may contain up to 1% by weight, or more, of sulphur and nitrogen. The temperature of combustion must be high enough to ensure complete fuel combustion; inlet air temperatures of 500° to 600°C are considered safe levels.

The direct rotary dryer is operated "in parallel" with respect to flow of air and fish material. Consequently, in addition to being the supplier of heat and the carrier of water vapour, the movement of the air also contributes to the transport of meal through the dryer. Accordingly, the air velocity must be adjusted so that the fish material is given sufficient dwell time in the dryer for proper drying. The drying time required, dependent upon process parameters and type of raw material, is established by careful adjustment for air flow coupled with measurement of fishmeal moisture during the start-up period. The average dwell time in the dryer ranges between l0 and 20 min. By adjustment of the heat input, the evaporative capacity of the dryer can be varied. This is of importance to fishmeal manufacturers who have to face large fluctuations in quantity and quality of the raw material. Air temperature is a most important control parameter, since it affects the rate of evaporation. The temperature of the inlet air may range within wide limits without apparent damage to the meal. The reason for this is that the fish itself gets cooled through evaporation and normally does not exceed about 80°C, even though the air temperature may be several hundred degrees.

Adding stickwater concentrate to ground presscake, now almost universally practised, requires high concentration and good mixing to avoid problems of wet material sticking to metal surfaces; but these may be overcome by returning an adequate portion of dried material to the dryer inlet. Two stage drying, that is two rotary dryers operated in series, is practised in many instances on grounds of fuel economy and easier control of moisture content, and in these instances. the solubles are added to the partially dried presscake after the first drying stage.

Estimates of moisture content during drying are carried out manually, primarily and very roughly through "feel" of the fish meal to the hand, and by analysis. Fluctuations in moisture content of the end product are counteracted by manipulation of the hot air. Some factories employ indirect automatic moisture control based on continuous temperature measurement in the exit air. The temperature at this point is sensitive to variables in the process parameters of the system (for example flow, moisture content and homogeneity of the feed). Thus, when the exit air temperature drifts away from a fixed value an automatic device adjusts the oil burner and restores the desired condition. This control prevents gross variation in product quality.

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 37 of 81
PageID #: 8342

A <u>direct fired rotary dryer</u> is illustrated in Figure 15. Rotating at a peripheral speed of about 1 m/s, the cylindrical compartment is equipped with horizontal and helical flights which provide cascading and good agitation of fish material, a large area of contact between fish and air and, accordingly, means for efficient dehydration. As stated, hot air is produced by mixing flue gases from oil gas or coal combustion with a stream of secondary air.

Because large seasonal catches of fish must be processed within relatively short periods of time, there has been a demand for large size rotary dryers in the industry capable of processing up to 1 000 t of raw material per day.

The <u>indirect steam dryer</u> works on the following principle: the mixture of presscake and stickwater concentrate is fed continuously into one end of the rotary apparatus, and is dried in direct contact with steam heated elements (tubes, discs, coils, etc.), emerging at the other end. A counter-current steam of air is blown through the dryer to facilitate removal of water vapour. The heat is transferred from the steam to the pulp through the heating surface, and rotary agitation of the pulp promotes the heat transfer.

The steam temperature (pressure) is limited by the dimensions and strength of materials of construction (discs, tubes or coils). A maximum steam temperature of 170°C corresponding to 6 atmospheres gauge pressure is most frequently used in steam dryers. Overall heat transfer is slower than in the direct dryer and a drying period of 30 min or longer is required. Figure 16 shows a <u>rotary disc dryer</u>. It consists of a steam heated stationary cylindrical jacket and a steam heated rotor equipped with steam heated double walled discs perpendicular to the rotor which provide good agitation and heat transfer to the fish meal. The evaporated water is removed by air drawn through the dryer by a centrifugal fan. There is an air dome on the top of the dryer to allow for the passage of air and water vapour. The entire drying process may be watched through inspection windows. The meal discharge is controlled by a gate valve at the discharge opening. These dryers normally use steam at a pressure of 6 kg/cm² and are designed to remove up to 2 700 kg water per hour, corresponding to about 300 t of raw fish per 24 h. One of the advantages of disc dryers is their ability to dry stickwater concentrate together with presscake without deposits forming on the heating surfaces.

Figure 17 illustrates the interior of a <u>steam heated coil dryer</u>. The main difference between this and the rotary disc dryer is the design of the rotating heating elements. The coils are mounted on a hollow shaft and supplied with steam at a pressure of about 7 kg/cm². These dryers are available with heating surface ranging between 20 and 400 m² and of handling materials corresponding to as much as 400 t of raw fish per 24 h.

The <u>indirect tube dryer</u> is a horizontal rotating cylinder with internal steam heated longitudinal tubes. To transfer heat from the tubes to the pulp and to remove evaporated water, air is drawn through the dryer.

The drying process in steam dryers is controlled by adjusting the steam pressure and by varying the rate of discharge of meal; the latter is done by adjusting the level of the material in the dryer.

In indirect dryers the fish meal is at no stage in contact with flue gases. The gentle transport of material through the stationary cylinder of a disc dryer appears to yield a product with a physical structure different from that of the rotary dryer. The particles are longer and less prone to spillage through grated cage floors and, consequently, the meal is more acceptable for mink feeding.

From a nutritional point of view, direct and indirect drying methods seem to yield products of equivalent value, The steam dryer has an important advantage in regard to air pollution. Owing to the small volume of effluent gases (30% or less of that of a direct heated rotary dryer of comparable capacity), odour abatement is much simpler. The great advantage of the direct dryer is the large drying capacity of each unit making for simpler machinery arrangement and cheaper installation for a given rate of throughput. With respect to heat economy, there is little to be said in favour of one or other type, when the efficiency of the steam dryer and that of the boiler are considered together.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 38 of 81
PageID #: 8343

Indirect hot air dryer have started to attract the interest of the fishmeal industry in recent years. They offer the same advantage as the steam dryers in the sense that the gases of combustion do not come into contact with the drying material. The hot air is generated in a heat exchanger where the gases from the combustion chamber move on one side of the heating surface and uncontaminated air on the other. After having transferred the heat to the current of clean air, the flue gases leave the system through the stack. With respect to the dryer itself, the performance is very much the same as that of the direct fired rotary dryer, the main difference being that clean, hot air replaces the current of flue gases with its various contaminants.



**Figure 15** Direct fired rotary dryer



**Figure 16** Rotary disc dryer

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 39 of 81
PageID #: 8344



**Figure 17** Steam heated coil dryer

## 3.2 Milling and Storage of Fish Meal

### 3.2.1 Milling

Before milling, the meal should pass another vibrating sieve and magnet to remove extraneous matter, like pieces of wood, cloth, fish hooks, and nails, which might still be present. The purpose of milling is to facilitate uniform incorporation in feeds. A properly milled meal has an attractive appearance and is readily mixed into feed rations which require homogeneous blending.

Different users require fish meal of different particle sizes. The ideal in milling is to produce small particles averaging around 40 mesh Tyler screen and of as even a size as possible. In practice, however, there is a great variation in particle size, ranging from 10 mesh to over 100 mesh.

Most purchasing specifications require the fish meal to pass through a 10 mesh screen, otherwise it is too coarse for uniform incorporation.

Production of excessive fines (particles below 150 mesh) should be avoided, for example by screening before milling and passing only the oversize particles through the mill. Large amounts of fines are undesirable for several reasons. They cause dusting when handled, sift through woven bags resulting in loss of weight and in pollution, cause compacting of bulk meal and tend to clog the nostrils of chickens eating the feed.

There are numerous types of dry mill on the market. In view of the need for high rates of throughput and ready access for cleaning, hammer mills have proved particularly suitable. The coarse meal is disintegrated by the impact of rapidly rotating hammers, pivoted on horizontal or vertical shafts. A grating is usually attached around the rotor which retains the meal until it is fine enough to pass through the perforations.

Figure 18 shows an example of a mill specially designed for grinding dried fish meal. The rotor consists of a central shaft to which a number of rotor plates are fastened perpendicular to the shaft. Between the rotor plates, hammers are held in position by bolts so that the hammers are removable. Special grinding plates are fixed inside the housing. At the lower part of the housing, there is a screen with round holes. By rotation of the rotor the material is hit by the hammers and the grinding plates and forced through the screens. The ground meal is cooled by air which is also used for transportation of the meal.

Case 1:10-cv-08003-RLM-DML     Document 274-18    Filed 09/24/13    Page 40 of 81
PageID #: 8345

**Figure 18** Grinding mill

## 3.2.2 Addition of antioxidant

Reactive fish meals are "stabilized" by means of antioxidant immediately after manufacture, and may be stored in bulk or shipped as soon as they are cooled. The amount of antioxidant required for avoiding undue heating depends on the degree of reactivity of the oil (lipid unsaturation), and varies with fish species. Considerable excesses of ethoxyquin are, however, added for safety. Thus, South African pilchard meal (iodine value about 180) is "stabilized" with 400 ppm of ethoxyquin though 200 ppm would suffice, and herring meal (iodine value about 120) by 700 ppm of BHT or 200 ppm of ethoxyquin. The antioxidant is added immediately after drying. Anchoveta meal (iodine value about 190) is generally protected by 400 to 750 ppm of ethoxyquin.

Very careful control is necessary because of the small amount of antioxidant that is added to the fish meal and the need for even dispersion. For this reason the antioxidant is added to the meal in the screw conveyor leading from the dryer to the mill so that mixing can occur en route. Automatic controls are available for the addition of the antioxidant, complete with alarm bells and other devices to warn the factory personnel if anything is amiss, to avoid any fish meal being bagged without having been adequately treated. For ethoxyquin dosage it is essential to install proper automatic control and all fish meal passing the doser after the sounding of the alarm must be diverted. until the correct dosage has been re-established, and passed through the dosing system again.

In some factories the antioxidant is mixed with a constant amount of stickwater concentrate and this solution is then added to the presscake in the screw conveyor to the dryer. The effectiveness of the antioxidant is similar, whether added before or after drying. It must be stressed that stabilized meal retains a small trace of reactivity and is not completely stable. Nevertheless, the oil quality (energy value) is retained during prolonged storage; and, far more importantly, so is the protein quality of the meal, which otherwise could decrease through reaction with oxidized fish oil.

## 3.2.3 Weighing out fish meal into bags

Meal is frequently stored and transported in bags. The manner of weighing the finished meal varies and the degree of automation generally depends upon the processing capacity of the factory. At some fishmeal plants and particularly plants with a processing capacity of less than approximately 60 t of raw fish per 24 h, the bags are weighed and closed using a platform scale. More advanced and automatic methods are generally used in large plants. Stitchers for the bags range from portable sewing machines to large factory floor units. Self closing, valve bags for automatic bags for automatic filling and weighing machines are also used.

Bags: The bags usually hold 50 kg each, and may be open-ended and stitched, or with valves which are tucked in. Bag material ranges from hessian to multi-layer paper (with or without plastic lining), or sheet or woven plastic (low density polyethylene). The hessian bag, made from woven jute, is much used in tropical and sub-tropical countries. The relatively open fabric

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 41 of 81
PageID #: 8346

enables water vapour and heat to escape readily from the meal. The open fabric, however, has a number of disadvantages, such as:

  a. the rapid entry of oxygen from the atmosphere facilitates a high rate of oxidation of residual oil in fish meal not treated with antioxidant. Indeed, the associated heat of reaction may be high enough to cause spontaneous combustion unless the meal is cured (that is allowed to oxidize slowly in single bags or rows of bags) or is protected by means of antioxidant;
  b. the meal is open to rodent and insect infestation and is readily contaminated through bacterial and fungal attacks;
  c. seepage of meal causes loss of product and pollution;
  d. under humid conditions the fish meal absorbs much water and may go mouldy and lumpy.

The paper bag (multi-layer, lined with polyethylene) is widely used by the industry. It keeps out insects and microbes and retards penetration of oxygen and water vapour from the atmosphere. As a result serious temperature increase may be avoided and there is negligible uptake of water vapour during storage.

The (solid sheet) plastic bag offers exceptionally good protection. A large variety of plastic materials (low density polyethylene, PVC, etc.) is now available, and bags may be tailored to suit specific requirements (for example, short- or long-term storage, rough handling, etc.). One of the most important criteria for the quality of plastic packing material is its resistance to penetration of water vapour and oxygen (see Table 2). .

**Table 2** Passage of oxygen through paper and plastic bags

| Material | Temperature (°C) | Area (cm$^2$ x 104) | O$_2$ passage NTP (ml /m$^2$ day atm) |
|---|---|---|---|
| Polythene | 27 | 1.196 | 1 510 |
| Paper 6-ply | 23 | 1.38 | 18 360 |
| Paper 5-ply | 22 | 1.28 | 53 200 |

FIRI Annual Report (1963)

Oxidation and spontaneous heating are reduced to minute proportions only in tucked-in valve bags. If the bags are stitched the stitching holes allow sufficient entry of air to sustain some heating until the meal is cured, especially during handling of the bags. On the other hand, reactive meal in valved bags remains uncured and, if not treated with antioxidant, may be a serious source of spontaneous combustion if bulked immediately after removal from the bags.

Drop testing has indicated that polyethylene bags of 0.25 mm are stronger than multilayer paper bags. Nevertheless, transport and handling frequently result in more serious puncturing damage to polyethylene than to multi-layer paper bags. Also, the filled polyethylene bag is less rigid which, with its relatively low coefficient of friction, tends to make stowage more difficult and may more easily result in slipping and displacement during transport.

Palletizing: Wooden pallets holding about 1.5 t (30 bags) are often used to facilitate handling and stacking of bags after manufacture. Pallets may be stacked three high with fork lift trucks, after the meal has cooled to room temperature.

## 3.2.4 Cooling

Whether the freshly prepared fish meal is stabilized with ethoxyquin or not, it must be cooled to room temperature before it is stored in bulk. Bags of stabilized fish meal are left standing for a few days in single or double rows, or on singly-spaced pallets. Unbagged fish meal should be

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed.09/24/13    Page 42 of 81
PageID #: 8347

cooled by an air current or continually turned till cool. This can be done either in properly designed silos as, for example, in Norway and Denmark, or by turning the heaps of fish meal by means of bulldozers or conveyors as, for example, in the USA. Unstabilized reactive fish meal should be "cured" for 28 days, that is regularly turned if unbagged, or in small units if bagged, before stacking in bulk. For the first few days the bags should be placed on the floor apart from each other, or in single rows, depending on the initial reactivity of the meal; thereafter they may be stacked in double rows for the remaining 28-day period. Handling and storage on the floor involves a certain risk of <u>Salmonella</u> contamination.

## 3.2.5 Pelletizing

Pelletized fish meal, mainly produced by large manufacturers, facilitates bulk storage and transport. The flow properties are improved and dusting is reduced. Pellets do not represent any essential space saving compared with bulk stored meal; nor are oxidation and spontaneous heating retarded by pelletizing. The bulk density of pellets is the same as that of fish meal (generally 600 to 700 kg/m$^3$). During handling, however, some of the pellets break and the broken pieces and meal formed in this way occupy the spaces between the pellets and thus increase the bulk density. Pellet diameters vary between 8 mm and 12 mm. Pelleting machines of 120 hp are capable of turning out about 5 t of pellets or more per hour.

Figure 19 illustrates the principle of the pellet press: (a) is the press mould (matrix), (b) the press rollers, (c) the distributor, (d) the knife, and (e) the pellets. The rollers press the meal through the holes of the matrix, and the knife cuts the pellets to the desired length. Usually, steam or hot stickwater concentrate is added to facilitate the formation of firm pellets. The pellets are usually made from hot meal emerging from the dryer and are cooled with fresh air in a cooling tower.



**Figure 19** Pellet press

## 3.2.6 Storage

Storage methods for fish meal vary, depending upon many factors, including climatic conditions, production capacity, use of antioxidant and transport and marketing arrangements. Factories should have storage capacity for a reasonable buffer stock. In case of difficult marketing and shipping conditions, large storage ,capacities, for instance, sufficient to hold 30 days' production, may be required.

Fish meal must be protected from moisture and fishmeal stores must therefore be moisture proof. If necessary, the inner surface of the roof should be insulated or the stores provided with ceilings to avoid condensation and drip at night, with consequent localized mould growth and lumping in the fish meal. Only in arid regions may fish meal be stored out in the open. Fish meal

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 43 of 81
PageID #: 8348

must also be protected from undue self heating, whether it is treated with antioxidant or stored after curing. For this reason, bulk storage units should not exceed about 5 m in width.

Many different stacking arrangements for cooled bags are available from IAFMM. These arrangements are designed to limit the dimensions of the stacks, or to provide channels or "chimneys" through the stacks to carry away the small amount of residual heat generated. In this way, undue internal temperature rise is avoided and moisture migration from warm to cooler areas inhibited. Moisture migration can result in condensation, mould growth and lumping. Mould growth (as distinct from bacterial growth) may lead to spontaneous heating up to about 40°C at which temperature the moulds are destroyed; but at this elevated temperature spontaneous heating through oxidation of the oil may be accelerated, unless the fish meal is properly cured or stabilized with antioxidant.

Shipping stowage recommendations, also available from IAFMM, provide for athwartship twin columns of bags with 15 to 20 cm gaps between each tier, with cross dunnage.

Bulk storage: It is estimated that about half of the world's fish meal is stored in bulk in sheds and silos. Major manufacturers are taking an increasing interest in bulk storage because:

a. all handling, from production to loading on transport vessels, becomes simpler, cheaper and results in a considerable saving in manpower used in maintenance, filling, weight control and stowage of bags;
b. transport vessels and international receiving centres are being more and more geared to bulk handling, so that bulk storage in the factory is more compatible with modern overall handling systems.

In general, facilities for bulk storage are either of the open type (access of air through doors and other openings) or of the sealed type (space sealed off from the surroundings, as in special silos). The open type predominates in the fishmeal industry, and the ready availability of oxygen causes lipid oxidation of freshly made reactive meal not treated with antioxidant to proceed relatively rapidly. In order to dissipate the heat of reaction, the meal requires frequent aeration. This is particularly important during the initial storage stage when it is most reactive. A suitable practice of aeration involves conveying the meal from one storage space to another. If suitable antioxidant, however, is admixed with the meal, the latter is stabilized and considerably less aeration is required; indeed, only that which is necessary to cool the meal to room temperature. In open storage, special care should be given to pest and rodent control to prevent infection, for example by Salmonella.

The facilities in use for bulk storage of fish meal are the same as those employed in granaries, except for some modifications due to the "compacting" properties of the meal. The two most generally used systems are sheds, divided into several compartments, and silos.

Storage sheds may be of single or multistoried construction. Owing to the weight and the pressures exerted on the walls, such sheds are usually of single floor construction. Multistorage sheds should preferably be of concrete construction throughout, particularly the floors and outer walls.

Silos have found use in the fishmeal industry in recent years, not only because they offer good protection to meal during storage, but also because they increase flexibility in handling. This is perhaps the most important advantage of the silo over other types of storage facility.

Fish meal that is stored in specially designed silos may be kept in motion by continuously extracting it from the bottom and returning it to the top by means of automatic conveyor mechanisms. In this way, the meal is aerated for cooling and curing, and is also blended. It is also prevented from compacting and bridging. Generally, fish meal does not flow readily and tends to compact under pressure, especially at elevated temperature. The silos need special construction because of the relatively poor flow property of fish meal. Cylindrical silos are often preferred, but silos with square or rectangular cross-section are also satisfactory. The ease of discharge depends on the meal's physical properties and in particular on particle size distribution, especially fines content, moisture and fat contents, amount of solubles added, etc.,

Case 1:10-cv-08003-RLM-DML　　Document 274-18　　Filed 09/24/13　　Page 44 of 81
PageID #: 8349

and bridging is best prevented by assuring sufficient ventilation and circulation of meal during storage. The flow properties of fish meal can be improved by reducing the moisture content to 7% or by pelletizing.

The point of discharge at the bottom is the most critical part of the silo and is preferably constructed of steel. Depending on the cross-section of the silo, there may be several points of discharge.

The conical discharge section of cylindrical silos should have a slope at least 10° greater than the meal's angle of repose, which is of the order of 45°. Discharge chutes from corners of square silos are generally wedge-shaped, with three sides vertical and the fourth at an angle. A number of silos are normally arranged in one or more rows, which may take the form of a compact block. The multi-row arrangement is general for square silos since one silo will have walls in common with others, a saving in investment.

Blending silos constitute an integral part of the production and storage system. They are generally smaller than storage silos, and emphasis is placed on the efficiency and rate of their discharge and recirculation mechanisms to handle one to three days of peak fishmeal production. During blending, meals of various qualities are homogenized. This results in an overall quality increase because of:

a.  uniformity of the main constituents, protein, fat and water;
b.  more even grain size, which makes mixing of the meal into animal diets easier, and
c.  uniformity of colour, which improves the meal's market appeal.

Fish oil is stored in conventional tanks made from mild steel. The following design features are usually included:

a.  separation of residual water from the oil during storage necessitates water drainage at the tank bottom;
b.  in cold climates, the tanks must be equipped with steam-heated coils to keep the oil fluid during discharge;
c.  to facilitate good setting oil storage tanks are preferably insulated;
d.  to prevent contamination by sludge and water, unloading should be from a tube situated some way above the bottom of the tank.

## 3.3 Special Methods of Processing

In previous sections we have described the most common processing methods used in large and medium sized factories. For smaller factories and under special circumstances, simplified or entirely different installations may prove economical. In the following we shall give a few examples of different approaches, some of which aim at products with special properties.

### 3.3.1 Centrifugal methods

In these systems, the separation of the coagulated fish pulp is based on centrifugation instead of pressing. In one of these systems (Centrifish, DeLaval pat, Sweden), the fish is cooked in an indirect apparatus heated by flue gases, and the coagulated material separated into an oil-stickwater phase, containing some suspended sludge, and a solid phase in a decanter centrifuge. The liquid phase from the decanter is separated into oil, stickwater and sludge by means of self-cleaning centrifuges. The solids are dehydrated in an indirect tube dryer heated by flue gases.

The compact arrangement, which does not require a steam boiler, has made this system attractive for installation on board the ship. Without evaporation, however, about 20% to 30% of the solids is lost with the stickwater.

### 3.3.2 Packaged fishmeal plants

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 45 of 81
PageID #: 8350

Packaged fishmeal plants of the traditional "press" type have also been developed for shipboard use. The processing capacities of compact plants range from 5 t to about 60 t of raw material per 24 h. Often the equipment is built in units to suit the requirements of the user and to facilitate installation. Such units may be cooker, press and dryer unit, separator and oil unit, evaporator unit, etc. Figure 20 illustrates a cooker, press and dryer unit, with the cooker at the top, the press below it and the dryer at the bottom. This unit has a processing capacity of 60 t of raw fish per 24 h.

Because of the relatively low installation costs and minimum operation attendance, packaged fishmeal plants are also of interest for stationary operation.



**Figure 20** Packaged-fishmeal plant

### 3.3.3 Meal production without cooking

A number of methods have been devised where the raw materials are dried without preliminary cooking. These are particularly suitable for lean fish (less than 3% fat) and offal, but may, in some circumstances, also be adapted to treat fatty fish species.

By the Schlotterhose method, lean fish is dried in two stages, using indirect steam dryers. In stage l, the moisture is generally reduced to about 55% under reduced pressure. The low pressure eases the removal of vaporized water and the relatively low temperature prevents meal from sticking and reduces lump formation. In stage 2, when sticking is less of a problem, drying is completed at atmospheric pressure.

Other methods (for example, Vega) employ two direct rotary dryers operated in series at atmospheric pressure. The feed to the first dryer may consist of a mixture of wet, raw, lean fish and semi-dried material. Due to decreased moisture content through mixing, this compounded feed is less prone to sticking than the wet raw material alone. The semi-dried material is dehydrated to the desirable moisture content in the second rotary dryer.

Dry rendering methods are applicable to some oily raw materials, mainly fish offal. If, however, the raw material contains highly reactive oils, for example from pilchard, there is a risk of inefficient oil removal during pressing.

In one such method (Hartman) the raw material is dehydrated batchwise in a single stage steam dryer to the desired moisture content, whereupon the dried material is treated in a hydraulic press. In order to achieve good pressing, the drying must be properly controlled. If the dried material contains less than 8% of water, there is a risk of inefficient oil removal. There is

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 46 of 81
PageID #: 8351

also a risk of oil darkening by direct contact between oil and meal during the drying process. Such degradation could limit the use of oil or require extra oil refinement and thus decrease profitability.

## 3.3.4 Simplified wet processing

A simplified version of the traditional wet processing method has been developed in recent years. It is applicable only to lean fish, where equipment for oil recovery serves no purpose. Furthermore, it is appropriate only for plants with low rates of throughput, where capital costs have to be reduced to the lowest possible level.

The process starts with cooking the raw material in a conventional indirect steam cooker. The cooked material is then dried to whole meal in a dryer with rotating heating surfaces. Finally, the meal is milled to the desired particle size, and bagged.

Since the evaporation of all the water removed is carried out in one stage, the heat economy is, of course, much inferior to that of the conventional method based on multiple stage evaporation of the stickwater. This drawback, however, should be more than compensated for by reduced investments in equipment.

## 3.3.5 Solvent extraction

For certain special purposes, fish meal from oily fish may not be used because of extremely low tolerance to fat of marine origin. In such cases, the fat content of the meal can be further reduced or practically eliminated by extraction with solvents. This treatment introduces an extra cost that has proved difficult to retrieve from the actual markets, represented particularly by the pig-feeding industry. Solvent extraction for the production of an odourless fish meal for human consumption has so far had little success, but new approaches in this field are still being tried.

Dry extraction of meal is carried out in reaction vessels where meal and heated solvent (for example, ethanol, isopropanol or a hydrocarbon) are given sufficient time for adequate oil extraction. Reduction of the oil content from 10% to 1% in menhaden, pilchard or anchovy meal would require about 4 litres of hexane per kilogramme of meal. More thorough extraction is achieved by successive re-extractions, up to five times or more, or by counter current extraction. After extraction, the meal is put through a process of solvent removal, which may be effected by steam stripping followed by hot air ventilation in a dehydrator. The permissible amount of residual solvent in the meal differs with the type of solvent used, the limits for chlorinated hydrocarbons being very low.

The liquid withdrawn from the extractor is fractionated to separate the fish oil, expel the water and recover the solvent. The oil is frequently dark and polymerized and not suitable for refining for human consumption. The recovered solvent requires additional treatment before it may be re-used for extraction. One of the best methods of removing undesirable fishy odours from the solvent is to pass the vapours through a special grade of active carbon. The active carbon can be regenerated by steaming when saturated with these unpleasant odours. Relatively high temperature boiling solvents, such as ethanol, isopropanol and certain hydrocarbons, are usually employed to obtain more thorough extraction of phospholipids and other odorous and flavorous substances, and on grounds of safety.

Wet extraction is the term given to the process of extracting oil and water from the wet raw material (fresh fish or presscake). From a technical standpoint, ethylene tetrachloride, which forms an azeotrope with water at 87.7°C, is suitable. At this temperature, water boils off together with the solvent, while the oil is simultaneously removed by extraction. As the tolerance for chlorinated solvents generally is very low, adequate removal of these solvents requires extra processing, details of which depend upon the ultimate use of the product.

Because of these objections to chlorinated solvents, alcohols like ethanol and isopropanol present more acceptable alternatives, particularly where products for human consumption are concerned.

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 47 of 81     PageID #: 8352

## 3.3.6 Enzymatic treatment

Several methods have been developed for producing FPC or dried powder for animal feed by proteolysis of fresh whole fish. These methods are suitable for use on board the trawlers. In one method the fresh fish are pasteurized and put into a reaction vessel with papain (or other enzymes) at 55°C for about 1.5 h. The solubilized material is filtered and the cake dried and microground into a greyish product, which has a slight smell. The filtrate is treated in a separator and the oil withdrawn, while the aqueous phase (about 70%) is dehydrated in a spray dryer. The product is light yellow and has a faint smell.

## 3.3.7 Fish silage

There has been growing interest in producing liquid protein fodder from ensiled fish. Among the methods of ensilage used are treatments with mineral or organic acids (sulphuric or formic) and fermentation. In all methods the fish is ground and an example of production of acid silage is mixing with 3.5% of formic acid in a holding tank. The mass is hydrolysed to a stable product at a pH of 4. If mineral acids are used, the acidity must be reduced to pH 2 for stability. In micro-biological methods the ground fish is mixed with a source of carbohydrate (for example, 20% molasses) and a lactic acid producing micro-organism. Alcohol and lactic acid contribute to preservation. The silage products are generally dark brown semi-pastes, not unlike concentrated stickwater in appearance. They are convenient ingredients in liquid feeding compounds used locally, but the high water content makes long distance transport uneconomical.

## 3.4 Fish Protein Concentrates (FPC)

The term fish protein concentrate (FPC) usually refers to fish meal intended for human consumption. The term may apply to a variety of products that, broadly speaking, fall into two categories, FPC type A and FPC type B.

Under the term FPC type A we find fish meals that, through special processing techniques, have been made practically odour-free and tasteless. The most common method commercially used so far is based on wet extraction with isopropanol or ethanol. In spite of its high nutritional value, FPC type A has failed to find a market of commercial interest, largely because of poor so-called functional properties, but also because of the relatively high costs of production. Efforts to improve the functional properties of the product, especially by lowering the processing temperatures, are still being made. Whether this will contribute to the opening of an interesting market., remains to be seen.

The FPC type B category is comprised of products where measures have not been taken to conceal that they originate from fish. Basically, FPC type B is produced by using the same processing principles as are used for ordinary fish meal, that is mechanical extraction of the oil and removal of water by evaporation and drying. The main differences from traditional production methods are stricter requirements for fresh raw material and for better hygienic standards being applied to equipment and premises. Methods of handling all the way from catch to product, as well as the quality of the ultimate FPC, should also comply with the regulations of the food control and inspection authorities. Experience has shown that the bacteriological standard tentatively agreed upon by internationally recognized experts, is difficult to reach by conventional factories, but improved equipment has been developed to facilitate cleaning and inspection. Although FPC type B is being used in relief programmes to improve nutrition in a number of developing countries, no product has so far attained the status of an internationally recognized commercial food commodity. Further development work is needed, firstly to define more precisely the quality criteria of products with the widest possible acceptability and, secondly, to develop technology that combines good performance with sound economics.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 48 of 81
PageID #: 8353

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 49 of 81
PageID #: 8354

FAO CORPORATE DOCUMENT REPOSITORY

Originated by: Fisheries and
Aquaculture Department

Title: The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



# 4. POLLUTION ABATEMENT

4.1 Pollution from Emission of Malodours
4.2 Pollution from Liquid Effluents

Legislation on pollution requires the abatement of malodours and of liquid effluent from the fish factories.

## 4.1 Pollution from Emission of Malodours

Pollution by malodours from fishmeal factories is not considered hazardous to health, but is disagreeable, arid measures to diminish or eliminate inconveniences are required in most cases, specially if a factory is placed near denser population centres.

The human nose is very sensitive to bad smells and the smell impression is reduced to only half if the concentration of odorous components in a gas is reduced to 10%; in other words, a 99.9% reduction in concentration reduces the smell impression to only one eighth. A substance like trimethylamine may be detected at concentrations of down to 0.0002 ppm, which is the so-called threshold value. It is therefore imperative that the procedures for the abatement of malodours are very effective.

The odour from fresh fish of human consumption quality is generally acceptable, but during storage bacteriological and enzymatic decay result in the formation of highly obnoxious substances, such as trimethylamine, ethylmercaptan and even of poisonous ones such as hydrogensulphide, which have to be removed from the exhausts from the factory by special techniques. It is therefore important that the fish raw material is as fresh as possible before entering the process, preferably by preservation by means of ice and, in this connection, it should be remembered that the velocity of decay roughly doubles for each 4°C increase in temperature.

During processing, malodours may be formed, specially by oxidation and pyrolysis in direct fired dryers.

In considering deodorizing possibilities special attention should be given to the following factors:

a. freshness-of raw material as mentioned above;
b. volumes and odour load of gases handled. Gases with high concentrations of odorous substances result from the cooking, pressing and drying operations and their volumes should be kept to a minimum in order to facilitate treatment, but also in order to increase their value for waste heat recovery. Gases with low concentrations of odorous substances (and those which contain less disagreeable ones), but with rather large volumes, may result from conveyors, milling, meal cooling and room ventilation;
c. centralization of exhausts. It is very important to collect the gases with high loads of odour

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 50 of 81
PageID #: 8355

in as few exhaust points as possible, preferably only one or two, in order to facilitate treatment. Special attention should also be given to diffuse exhausts at ground level which, for instance, may occur during unloading of raw fish;

    d.  method of drying. Effluent gases from direct rotary dryers can be difficult to handle because in some circumstances (poor fish, wet milling too finely, etc.) they are prone to form aerosols; and the vapours are emitted in larger amounts than from indirect dryers. In addition, if temperature is not carefully controlled, scorching of the fines of fish meal could occur, and this would greatly increase the problem of abating the odours;

    e.  location of the fishmeal factory. Factories in remote areas may operate without deodorizing, while in some areas regulations may be strict. Clearly then, the solution in one area may not necessarily be the solution in another area;

    f.  meteorological conditions. Prevailing wind directions in connection with the pattern of wind velocity is important when considering the possibilities of efficient dilution in the atmosphere of gases with low odour content by exhaust from chimneys of reasonable height. Winds of low velocity carrying odours into populated areas will almost certainly result in many complaints.

In industry, several methods are practised to minimize odours that would otherwise escape to areas around the factories; it is virtually impossible to abate odours present within the factories.

<u>Scrubbing of effluent gases</u> in properly designed, water-film type scrubbing towers leads to a marked reduction in odour. As cooling condenses most of the water and other condensable vapours, it cuts down the gas volume by some 40% and eliminates the characteristic white vapour from the stack. The vapours are admitted at the bottom and the cooling water (fresh or sea water) at the top of the tower. In order to product a large contact area between gas and cooling water, the tower is filled with packing material such as corrugated plates. Vapour emissions may also be reduced by means of indirect scrubbing towers, that is the gases are not brought in direct contact with the cold water. The main advantage of this method is the conservation of water, as it may be recooled and re-used. The vapours escaping from the scrubber may be burnt in the steam boiler, or the odoriferous gases may be oxidized by chemical treatment with chlorine or other oxidizing reagents.

<u>High temperature combustion.</u> Heating the gases to 750°C for about one second effectively destroys the content of malodorous components. This observation is the basis of the most widely used method of deodorization today. All equipment from which heavily loaded gases may evolve, such as cookers, presses, dryers, tanks and centrifuges, are completely encapsulated and kept at a small under pressure by means of a ducting system, leading to a water scrubber followed by a fan, which in turn delivers the uncondensed gases to the boiler plant, where they are used for combustion in the furnace, the conditions in which comply fully with the above conditions. During starting and stopping of operations the supply of air to the boiler may be surplus to its requirements. The odorous gases will then need to be treated by some other method such as chemical inactivation.

Decades of operation of the system have proved that there is no additional risk of corrosion in boilers when using the washed gases as combustion air.

Deodorizing by combustion is of course specially applicable to plants operating with steam dryers. The system may also be applied to plants using direct fired dryers, but in these circumstances heat exchangers will normally need to be installed or, alternatively, the system may need to be converted to indirect hot air drying.

Surplus air with a low odour intensity such as from the milling and meal cooling plants, and which could not be fully used in the boiler, may in many cases after treatment in a scrubbing tower be satisfactorily dispersed by a chimney of sufficient height.

<u>Chemical inactivation</u> has found some application in the fishmeal industry. The effluent gases leaving the scrubbing towers are brought into contact with strong oxidizing agents such as chlorine releasing compounds or permanganate. These are applied in the gaseous or aqueous state. The use of chlorine gas is generally cheaper than other oxidizing agents.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 51 of 81
PageID #: 8356

In view of the corrosive nature of chlorine in aqueous media, the contacting equipment should be made of stainless steel or reinforced plastics. Moreover, a final scrubbing stage is required, after oxidation, to remove all traces of chlorine from the treated vapours. The escape of chlorine to the atmosphere would be a hazard to health and indeed to life.

An effective deodorizer scrubber for a vapour discharge of about 1 200 m³/min consists of four superimposed units, each having an internal cross-section of approximately 8.5 m², and having 144 corrugated sheets each (3 m long and 1 m wide). The sheets are placed vertically, with the corrugations horizontal (that is on their sides) and spaced about 1.25 cm apart. Water is sprayed downward on the sheets so that the water flows as a downward film and the vapours pass upward in countercurrent, and are chlorinated between the third and top stage of scrubbing. The total sea water consumption is about 4 500 litres/min. Electric power for pumping water and for air movement is of the order of 50 kW. The amount of chlorine used depends on factors such as the quality of the raw fish material and operating temperature.

In another chemical inactivation system the gases are washed with pH adjusted sodium hypochlorite solution in vertical wash towers of acid resisting fibreglass.

In all chemical deodorizing systems it is imperative that the pH and the proper concentration of active reagent are constantly controlled, possibly automatically, as the system may otherwise be utterly inefficient.

Catalytic combustion is also being attempted in the fishmeal industry. In the presence of platinum, alloys of platinum and metallic oxides, the malodorous components are decomposed at 350°C to 400°C. The process may be carried out in two different ways:

a.  the active material adsorbs the odorous components at normal temperatures and is then heated at intervals to the point of combustion;
b.  the gases are continuously heated to the combustion temperature.

Catalytic combustion still needs to be justified by practical experience.

Adsorption by active carbon. This method may be used for treatment of gases with low odour intensity. The applicability of the technique will largely depend upon economic factors which are largely determined by the number of possible reactivations of the active carbon charge.

## 4.2 Pollution from Liquid Effluents

For environmental and economic reasons the organic effluent is kept to a minimum in properly managed factories. Unloading by pumping with addition of sea water and fluming will normally not be allowed inside harbours, for which reason dry unloading by elevators or pneumatic unloaders is preferred in such places. Polluted water, originating from cleaning fish holds, pound boards, etc., can be minimized by using high pressure spraying equipment and can be cleaned in strainers followed by grease separators. In cases where fresh water is used for cleaning, the effluent can be pumped to the blood water tank of the factory and thus enter into the normal production. This procedure could also, in many cases, be applied to blood water from the bottom of the fishing boats.

Pollution of fresh water from factory operations occurs from the centrifuges, pumps and specially from the cleaning of equipment. When high pressure spraying is used for the last mentioned purpose, the quantity will be rather small and it can therefore be collected and pumped to the blood water tank for further processing. This in fact means that the stickwater concentrator is the ultimate purifier for the fresh water effluent. Ample capacity, however, is normally at hand and the contaminating dry matter and oil, which would otherwise be a nuisance, are thereby recovered.

Sea water is used in large quantities in the condensers of the stickwater concentrators and in the deodorizers. Contamination in the effluent stems from volatile components in the raw fish, from dust particles from the dryers and meal equipment and from possible carry-over from the

Case 1:10-cv-08003-RLM-DML   Document 274-18   Filed 09/24/13   Page 52 of 81 PageID #: 8357

concentrators. It appears that minimizing of the pollution is directly connected with strict control of raw fish quality and with the efficiency of cyclone and concentrator operations. Even if the sea water effluent represents by far the largest part of the total liquid pollution, it usually causes no problem, as the polluting components are easily decomposed, as their concentration is normally low and as the receiver conditions in the sea are generally favourable. In cases of low depth and poor current flow authorities may demand that a pipeline should be laid out to a certain distance and/or depth.

Spent caustic solutions used for cleaning concentrator calandrias and cookers can be gradually discharged together with the seawater effluent or possibly treated in a municipal effluent plant.

Stickwater should, for economic and environmental reasons, never be discharged to the sea or to rivers. The contamination from a 500-t/24 h fishmeal plant that does not utilize stickwater may easily correspond to one million personal equivalents in sewage terms.



Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 53 of 81 PageID #: 8358



FAO CORPORATE DOCUMENT REPOSITORY

Title: The production of fish meal and oil...

Originated by: Fisheries and Aquaculture Department

More details

---

# 5. INSTRUMENTATION

---

The industry is conscious of the importance of quality and this has contributed to the increasing use of instrumentation for the automatic control of process machinery and for monitoring and recording performance.

The cooker and the press may be operated at controlled loads by level control of the material in their feed tubes. The temperature of the hot air going into the direct dryer is generally maintained constant by automatic adjustments of the fuel supply. Automatic temperature control, and even automatic fire extinguishers are also available. Stable operation of the ventilation system may be maintained through pressure control of the air in the exit compartment. Pressure deviations may be corrected by manually or automatically adjusting the air shutter in the exhaust tube.

Stickwater concentrators may, in practice, be fully automated. The finally extracted concentrate, the solubles, is continuously controlled for constant viscosity and signals of deviations from the setpoint act on the extraction pump, the revolutions of which are steplessly variable. Alterations in the extracted volume will in turn be automatically compensated for in the individual stages of the plant as these are furnished with level controllers acting on the valves and on transfer pumps between the stages.

Great efforts are being made to effect continuous measurement of the moisture content in the finished fish meal and, based on this, to arrive at complete automation of the whole operation by use of Programmable Logic Control systems. This development will be followed with great interest.

---



Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 54 of 81
PageID #: 8359



FAO CORPORATE DOCUMENT REPOSITORY

Originated by:  Fisheries and
Aquaculture Department

Title:  The production of fish meal and oil...

More details



# 6. STEAM PRODUCTION AND POWER PLANT

Steam production is an essential auxiliary process in meal manufacture because of the steam requirements of the main machines, cookers, presses, steam dryers and evaporators. Principally, two different arrangements for steam supply are utilized: the oil-fired steam boiler (the most widely used; at variable loads it delivers steam at constant pressure, and is automatically controlled) and the supply of steam together with electrical power. The joint generation of electricity and heat is advantageous in regions with unsteady, inadequate and expensive electric power. The principle of this arrangement is to let steam at a pressure of about 40 kg/cm$^2$, expand in a turbine to about 10 kg/cm$^2$. The work of expansion is converted by a dynamo into electric power while the low pressure steam is applied as required for heating processes in the factory. Back pressure turbines capable of generating 15 to 60 MW electricity are available. In regions where the electricity supply is ample and regular, the combined production of steam and electricity is normally not advisable due to difficulties in balancing the consumption and supply of the two.

For large steam boilers the economic advantages of installing refinements such as economizers, combustion air pre-heating, blow-down heat recovery, and so on, should be considered. Furthermore, the use of alternative fuels such as coal, wood or natural gas may, in several places, prove more economical.

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 55 of 81
PageID #: 8360



# 7. CONSUMPTION OF FUEL, ELECTRIC POWER AND WATER

7.1 Fuel Oil Consumption
7.2 Electric Power Consumption
7.3 Water Consumption

The following figures for fuel, electric power and water consumption of fishmeal plants are based on data from existing plants with indirect steam drying. The figures are to be considered, as only indicative since they may vary with many factors such as temperature and oil content of the raw fish, the seawater temperature, the number of stages in evaporation plants and several other plant design features.

## 7.1 Fuel Oil Consumption

The usual type of fishmeal plant with indirect drying requires fuel only for steam production in the boiler. The price of fuel oil varies greatly over the world. Reasonable quotations may, however, often be obtained as fishmeal plants are usually situated near sea ports, and expensive land transportation costs will not be incurred.

The high energy prices ruling during the last decade have inspired most factories to check carefully the opportunities which are present for reducing fuel consumption by improving boiler efficiency, insulation of hot surfaces, recuperation of heat in condensates as well as increasing the number of stages in concentration plants.

A new range of equipment has been developed for utilizing the heat in the vapours from drying and evaporating activities. These vapours are characterized by high calorific values but at rather low temperatures, and their application to heating raw fish and to preconcentrating stickwater has therefore demanded the design of special types of cookers and evaporators. A considerable number of items of such equipment for waste heat recovery are today working satisfactorily in Scandinavian factories. (For details see IAFMM Processing Bulletin No.1. July 1983).

Table 3 gives rough estimates of fuel oil consumed when presscake meal and whole meal are produced.

**Table 3** Consumption of fuel oil

| Size of plant: raw material (ton/24 h) | Fuel oil consumption per ton of raw material (kg) | | |
| --- | --- | --- | --- |
| | Presscake meal | Whole meal | |
| | Without evaporation plant | With evaporation plant | With additional waste recovery heat |

Case 1:10-cv-08003-RLM-DML　　Document 274-18　　Filed 09/24/13　　Page 56 of 81
PageID #: 8361

| | | | |
|---|---|---|---|
| 10-60 | 35 | | - |
| 100-200 | 34 | 50 | 44 |
| 250-500 | 33 | 48 | 41 |
| More than 500 | 30 | 45 | 38 |

## 7.2 Electric Power Consumption

Fair sized fishmeal plants usually receive their power supply as high voltage current from a municipal power works and have power substations of their own.

Table 4 provides rough estimates of the power consumption per ton of processed raw fish.

**Table 4** Electric power consumption

| Size of plant: raw material (ton/24 h) | kWh consumption per ton of raw material | |
|---|---|---|
| | Without evaporation plant | With evaporation plant |
| 10- 60 | 30 | 35 |
| 100- 200 | 28 | 33 |
| 250- 500 | 26 | 31 |
| More than 500 | 25 | 30 |

## 7.3 Water Consumption

Fishmeal plants require water for the following purposes:

a. as feed water for the boiler;
b. for operation of the sludge separators;
c. to clean machinery and tanks;
d. to clean floors, raw fish pits, etc.;
e. for condenser of concentration unit;
f. for cooling and deodorizing;
g. for staff bathroom and canteen.

For purposes (a), (b), (c) and (g) - water has to be fresh.

For purposes (d), (e) and (f) - water could be sea water.

Table 5 gives rough estimates of water consumption.

**Table 5** Water consumption

| Size of plant: raw material (ton/24 h) | For purpose: | | |
|---|---|---|---|
| | a-d m3/t | e m3/t | f m3/t |
| 10-60 | 0.50 | 9 | 22 |
| 100-200 | 0.40 | 7 | 15 |
| 250-500 | 0.35 | 7-5 | 12 |
| More than 500 | 0.30 | 5 | 11 |

Case 1:10-cv-08003-RLM-DML    Document 274-18     Filed 09/24/13     Page 57 of 81
PageID #: 8362

Case 1:10-cv-08003-RLM-DML    Document 274-18     Filed 09/24/13     Page 57 of 81
PageID #: 8362

Case 1:10-cv-08003-RLM-DML     Document 274-18     Filed 09/24/13     Page 58 of 81
PageID #: 8363

FAO CORPORATE DOCUMENT REPOSITORY

Title:  The production of fish meal and oil...

Originated by:  Fisheries and
Aquaculture Department

More details



# 8. STAFF

8.1 Administration and Sales
8.2 Laboratory
8.3 Unloading and Transportation to the Plant
8.4 Manufacture, Bagging and Storage

The number of employees and labourers required for operation and administration of a fishmeal plant depends not only upon its production capacity but also on the qualifications of the staff.

## 8.1 Administration and Sales

In a medium or small sized fishmeal plant the Commercial Manager and the Works Manager may be the same person. The number of employees to assist the manager will depend both upon production capacity and upon the way the final product is marketed, for example to a few steady customers or with sales efforts to many customers, possibly with a view to export. Minimum requirements must be that the manager be assisted by an employee who can handle the accounts, the payroll and the correspondence. In larger plants (above approximately 500-t raw fish/day)J the administration is often divided into production management and sales management.

## 8.2 Laboratory

In larger plants it is essential to have one or two laboratory assistants for continuous control of the raw materials, and of the intermediary and final products.

## 8.3 Unloading and Transportation to the plant

The size of the staff employed in unloading and transporting raw fish is dependent on the way unloading and storage has been arranged.

   a.  The fishermen may take charge of the unloading.
   b.  The unloading, weighing and transporting may be done by clearing and forwarding agents to be paid by suppliers or producer.
   c.  Unloading may be done by staff employed by the producer.

These possibilities may be combined.

At any rate, the factory should employ somebody to control the weighing, or the weighing may be carried out by an outside authorized weigher who will check and certify the weights.

## 8.4 Manufacture, Bagging and Storage

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 59 of 81
PageID #: 8364

No staff is required for raw fish pits. With bins, however, labourers are required to take care of operations and cleaning. The personnel required to control manufacturing depends both on production volume and on number of lines, layout and degree of automation. For a modern plant, Table 6 gives a rough estimate of the number of employees and labourers required in production per shift.



Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 60 of 81
PageID #: 8365



FAO CORPORATE DOCUMENT REPOSITORY

Originated by:  Fisheries and
Aquaculture Department

Title:  The production of fish meal and oil...

More details

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

◀  ▤  ▶

# 9. INVESTMENT AND OPERATING COSTS

9.1 Investment Decision
9.2 Investment Cost and Size of Fishmeal Plant
9.3 Annual Production Costs

## 9.1 Investment Decision

Probably the most important decision which any management has to take is the decision to invest, that is to incur an expenditure now in the hope of realizing benefits that are expected to occur over a reasonably long future period of time. In order to know whether an investment in a plant for production of fish meal is a worthwhile proposition or not, it is necessary to make a financial analysis of the plant for the period during which it is expected to be in service. For the calculation of the Internal Financial Return, which is the most common so-called discounted cash flow indicator used by the business community and development banks to measure the profitability of an investment project (Bierman, 1966), the following hypothetical case is shown in Table 7.

The Internal Financial Return by definition is that rate at which the present value of future operational cash flow equals the investment cost. The rate, 18.5% in the example given, indicates the project can bear a cost of capital (in the form of interest on borrowed money) of 18.5% without showing a net loss.

## 9.2 Investment Cost and Size of Fishmeal Plant

The same financial indicator, Internal Financial Return, used to measure the overall profitability of one investment project is also useful for making comparisons between different scales of a similar type of operation, that is, generally speaking, fishmeal plant A with a production capacity of X tons per day and an Internal Financial Return of 25%, is more profitable than an alternative plant B of Y-ton capacity and a return of 15%. The investment cost per ton of processing capacity for plants of different sizes is another method of determining the economics of scale. To give an idea of how these costs vary depending on the size of plant, Table 8 gives some figures based on 1984 prices. These and all other figures given here should be taken only as indicative of the type of calculations which should be made when construction of a fishmeal plant of any size is being considered. Inflationary trends and differences in geographical locations make it extremely difficult to give precise figures.

In addition to the cost of machinery the investment cost of a fishmeal plant includes costs for possible ocean freight, harbour charges, local transportation, insurance, buildings, sewers, chimney, diesel generator or transformer station, fish unloading and transportation equipment, and tanks for raw fish, fuel and fish oil. Possible public charges, such as import duties and taxes, should also be taken into consideration together with the cost of land, if this is not leased.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 61 of 81
PageID #: 8366

As an example of investment cost calculations, the breakdown of the planned costs of a 150-t/24 h plant is shown in Table 9 (estimate based on 1984 prices).

**Table 6** Staff per shift

| Production lines and capacities | (1) Works Manager | (2) For repairs and relief | For attendance of | | | | |
|---|---|---|---|---|---|---|---|
| | | | (3) Boiler | (4) Raw fish bin | (5) Production lines | Bagging & meal store | |
| | | | | | | (6) Without meal silo | (7) With meal silo |
| Packaged plants: (10-60 t/24 h) | ? | 0 | 0 | 1 | 1 | 0-1 | - |
| 1 line: 100 t/24 h | 1 | 0 | 1 | 1 | 2 | 1 | 2 |
| 1 line: 150 t/24 h | 1 | 0 | 1 | 1 | 2 | 1 | 2 |
| 1 line: 200 t/24 h | 1 | 0 | 1 | 1 | 2 | 2 | 3 |
| 1 line: 250 t/24 h | 1 | 0 | 1 | 1 | 2 | 2 | 3 |
| 1 line: 300 t/24 h | 1 | 0 | 1 | 1 | 2 | 2 | 3 |
| 1 line: 400 t/24 h | 1 | 0 | 1 | 1 | 2 | 3 | 4 |
| 1 line: 500 t/24 h | 1 | 0 | 1 | 1 | 2 | 3-4 | 4-6 |
| 2 lines: each 500 t/24 h | 1 | 1 | 1 | 1-2 | 2 | 4-5 | 8-12 |
| 3 lines: each 500 t/24 h | 1 | 1 | 1 | 1-2 | 3 | 4-6 | 10-14 |
| 4 lines: each 500 t/24 h | 1 | 2 | 1 | 1-2 | 4 | 5-8 | 12-16 |
| 5 lines: each 500 t/24 h | 1 | 2 | 1 | 1-2 | 5 | 6-10 | 15-20 |

Note:

1. This person should have technical qualifications. He could be a dairyman. a laboratory assistant. a mechanical or a chemical engineer -according to the size of the plant. Usually he works day shifts only. You may be able to do without him in small plants.
2. This person should be a craftsman -a fitter. a mechanic. an electrician or similar. He should be available for production relief. Works day shifts only
3. The law may demand in certain countries that there should be a trained boiler attendant on each shift
4. Unskilled labourers
5. Unskilled labourers; more conscientious. however. than those of (4)
6. Unskilled labourers; qualified. however. like those of (5)
7. Same as (6); day shifts only

It is advisable to employ an engineer and steady staff with good qualifications and experience

## 9.3 Annual Production Costs

In contrast to investment analysis where earnings and costs for the whole service life of the plant are calculated. periodical financial statements are concerned with costs and earnings that accrue in small periods of time -usually of one year's duration. but sometimes even less. While the purpose of the investment analysis is to decide whether to invest or not. the main purpose

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 62 of 81
PageID #: 8367

of periodical statements is to measure the economic performance in the various phases of operations.

**Table 7** Calculation of internal financial return

| Year | Investment Cost | Earnings | Operational costs a/ | Net cash flow | Discount factor | | Present value | |
|---|---|---|---|---|---|---|---|---|
| | | | | | at 18% | at 19% | at 18% | at 19% |
| 0 | -10 000 | | | -10 000 | 1.00 | 1.00 | - 10000 | - 10000 |
| 1 | | 8 000 | 6 000 | +2 000 | 0.85 | 0.84 | +1700 | +1680 |
| 2 | | 9 000 | 6 000 | +3 000 | 0.72 | 0.71 | +2160 | +2130 |
| 3 | | 11 000 | 7 000 | +4 000 | 0.61 | 0.59 | +2440 | +2360 |
| 4 | | 11 000 | 7 000 | +4 000 | 0.52 | 0.50 | +2080 | +2000 |
| 5 | | 11 000 | 7 000 | +4 000 | 0.44 | 0.42 | +1760 | +1680 |
| Total net present value<br>Internal financial return = 18.5% | | | | | | | +140 | -150 |

a/ Excluding depreciation or interests

**Table 8** Investment costs per ton of installed capacity (US$ ÷ 1000)

| | Nominal daily raw material capacity | | | | |
|---|---|---|---|---|---|
| **Description** | 60 t | 150 t | 250 t | 500 t | 1 000 t |
| Fishmeal line | 390 | 530 | 685 | 1 021 | 1 792 |
| Fish oil line | 77 | 161 | 201 | 292 | 554 |
| Concentrator | 97 | 152 | 197 | 302 | 510 |
| Deodorizer and seawater pump common to concentrator and deodorizer | 22 | 49 | 68 | 94 | 127 |
| Boiler | 43 | 138 | 190 | 342 | 535 |
| | 629 | 1 030 | 1 341 | 2 051 | 3 518 |
| Panels, electric cables, pipes, valves, cocks, electric and pipe installation, supervision of erection and erection, insulation 20% of the total value | 126 | 206 | 268 | 410 | 704 |
| **Investment per ton of raw material capacity** | 12 583 | 8 240 | 6 436 | 4 922 | 4 222 |

Apart from the requirement to produce financial statements for official purposes (for example, calculation of income taxes) plant management needs financial information to facilitate decisions on, for example (a) changes in production volume, (b) pricing of the final product, and (c) prices to be paid for raw material and other inputs.

For the calculation of production costs for fish meal, it is convenient to separate such costs that vary in proportion to the volume of production from those costs that, over a certain period of

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 63 of 81
PageID #: 8368

time, are fairly independent of changes in volume. The latter costs, usually called fixed costs, include capital costs (depreciation and interest on capital invested), insurance, lease of land, maintenance, management and supervision, and permanent labour costs. The former costs, variable costs, include outlays for raw material, electricity, fuel, daily labour, water and packaging. Table 10, which shows annual production costs (at 1984 prices) for two different levels of production for the 150-t/24-h plant described in Table 9, will serve to illustrate the costing procedure. It is assumed that the plant on the average day of operation will be utilized to two thirds of its nominal production capacity.

**Table 9** Investment cost of a complete plant (150 t of raw fish/24 h)

| | US$ ÷ 1000 |
|---|---|
| Plant machinery | 1 030 |
| Mechanical and electric installations | 206 |
| Freight, insurance (12%) | 124 |
| Plant building, including sewers, chimney, etc.: 300 m² at US$ 3 000/m² | 90 |
| Office building: 100 m² at US$ 400/m² | 40 |
| Tanks: 4 × 100 m³ at US$ 10000 each | 40 |
| Fishmeal store: 600 m² at US$ 200/m² | 120 |
| Unloading and transport equipment for raw fish | 25 |
| Miscellaneous equipment, consultants and contingencies | 50 |
| **Total investment costs, <u>exclusive</u> of import duties, taxes and other public expenses** | **1 725** |

**Table 10** Annual production costs of fish meal in US dollars (example only)

| | | Raw material (in tons) | |
|---|---|---|---|
| | **Cost (US$)** | **11300 113 days op** | **22500 225 days op** |
| **Annual fixed plant cost** | | | |
| Amortization (depreciation and interest in equal annual amounts) | 311 500.00/a | | |
| Insurance: 2% investment costs | 34 500.00 | | |
| Maintenance and repairs: 5% of investment costs | 86 250.00 | | |
| Management | 70 000.00 | | |
| Supervision and permanent labour | 80 000.00 | | |
| Interest on working capital | 20 000.00 | | |
| Lease of land | 10 000.00 | 611 250 | 611 250 |
| **Variable costs** | | | |
| Cost of raw material at US$ 50/ton | | 565 000 | 1 125 000 |
| **Plant costs:** | | | |
| Fuel: 50 kg/ton of fish × US$ 0.23/kg fuel | 11.25 | | |
| Electricity: 40 kWh × US$ 0.12 × 24 h ÷ 100 | 1.15 | | |

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 64 of 81
PageID #: 8369

| | | | |
|---|---|---|---|
| Bags: 4 at US$ 0.30 each | 1.20 | | |
| Labour | 2.00 | | |
| Water | 0.20 | | |
| **Total plant costs/ton of raw material** | **15.80** | **178 540** | **355 500** |
| **Total annual production costs** | | **1 354 790** | **2 091 750** |
| **Per ton of meal/oil at 25% yield** | | **480** | **372** |

a/ US$ 310 500 = US$ 1 725 000 x 0.18 (0.18 is the annuity factor for amortization in 10 years at 12% interest)

Given a meal/oil yield of 25%, the annual costs for the plant, shown in Table 10, can be broken down in the following costs per ton of meal or oil:

| Output per year | 2825 t | 5625 t |
|---|---|---|
| Fixed costs | 216 - 45% | 108 - 29% |
| Raw material costs | 200 - 42% | 200 - 54% |
| Other variable costs | 64 - 13% | 64 - 17% |
| **Total production costs** | **480 - 100%** | **372 - 100%** |

When planning a new fishmeal enterprise a careful survey of the items influencing the costs and the ex-factory sales prices must be accomplished. Some of these items could be listed as follows:

Raw material. The cost of raw material constitutes in many cases more than 50% of the total production costs of the products. A low price of raw fish is therefore an essential advantage, which could counterbalance possible disadvantages such as high transportation costs to the main international markets. To illustrate variations in raw fish prices it could be mentioned that Danish fishmeal factories may pay up to US$ 70 to 80 per ton of raw fish, whereas in Chile the price could be as low as US$ 25 per ton.

Composition of the raw material. The content of oil-free dry matter and of oil varies considerably in the different fish species caught and with the season of the year. A North Atlantic blue whiting may, in the spring, contain only 14% oil-free dry matter and 3% oil, whereas a Chilean horse mackerel may at best contain 18% to 20% oil-free dry matter and 16% to 20% oil.

It is therefore imperative to perform a careful survey of available raw material with respect to variations in species and composition when planning a new fishmeal enterprise.

Number of working days per year. The influence of the number of working days is illustrated in Table 10, which shows the lowering of the percentage by which the fixed costs contribute to the total production costs when the number of working days is doubled.

Another advantage of a regular supply of raw material is that the number of stops and starts of the plant operation is low with subsequent savings in fuel and labour.

Location of the plant relative to its main markets. A large part of the world production of fish meal is sold on the USA and European markets and the ruling prices are normally indicated CIF main import harbours, for instance CIF Rotterdam. The manufacturer will have to bear the freight costs of his products and normally also a broker's commission, when calculating his ex-factory price. For Chilean meal these costs could amount to US$ 60 to 80 per ton, when selling to Western Europe, whereas freight costs from Denmark to the same market would constitute only a fraction of this.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 65 of 81
PageID #: 8370

Many developing countries are building up a poultry industry feeding fish meal, and a local factory covering these needs would have an immediate advantage in freight costs.

Financing costs. The financing costs, specially interest charges, may constitute a rather heavy burden for a newly established enterprise. A company in a developing country should therefore seek maximum benefit from the low interest arrangements made available by international development, banks and from the special export credit terms given by many countries.

In countries where fish meal is produced on a large industrial scale (in plants with over 500 t/24 h processing capacity), the fixed plant costs are usually much lower than those for smaller plants. As a result, the value of such plants is often largely written down as the serviceable lifetime of the machinery will normally exceed the budgeted depreciation period.

Fuel costs. The price of fuel oil internationally shows rather small variations, but some countries subsidize the fuel costs to their industries.

New developments in fuel saving equipment may have a positive effect on fuel costs, but the effect of increased investment costs must be carefully balanced against the savings. Alternative fuels, such as coal or natural gas, may under certain circumstances offer considerable savings, specially if the plant is operating with steam heating from central boilers.

Labour, electricity and water. Fishmeal production is not very sensitive to variations in the above factors. Low labour salaries are often balanced by low efficiency. Authority demands for environmental protection. Fishmeal plants placed in populated areas will practically always be met with demands for elimination of nuisance from odour and liquid effluents, which could incur rather heavy investment and operation costs. In the case of quite a few factories, originally established in rather remote areas, dense populations have in time grown up around them with consequent intensification of the demands for environmental protection.

Prices. The influence of freight costs and commissions has already been mentioned.

The basic price of fish meal is large determined by the prices of competing protein feeds, specially of soya. As the price is calculated on the basis of protein content, and as fish meal normally contains 68% to 72% protein as against 40% to 42% for soya, the nominal price should be correspondingly higher for fish meal than for soya. To this should be added a premium because fish meal contains certain growth promoting factors which are appreciated by farmers.

High quality fish meal has found wide application in aquaculture and in mink farming and obtains for these purposes a price premium over conventional meal, but to benefit from this the control of raw fish quality and of processing conditions must be very strict. Special types of fish meal have proved beneficial for feeding ruminants and as a whole, there is little doubt that in future a wider differentiation in the products of the fishmeal industry will take place, subsequently diminishing the influence of competition from soya.



Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 66 of 81
PageID #: 8371



FAO CORPORATE DOCUMENT REPOSITORY

Originated by: Fisheries and Aquaculture Department

Title: The production of fish meal and oil...

More details

◄ ▤ ►

# 10. THE PRODUCTS

10.1 Fish Meal

> 10.1.1 Fishmeal production
> 10.1.2 Quality of fish meal related to raw material and conditions of manufacture and storage
> 10.1.3 Salmonella control
> 10.1.4 The nutrient content of fish meal
> 10.1.5 Analysis and quality assessment of fish meal
> 10.1.6 The role of fish meal in animal feeds
> 10.1.7 Commercial value of fish meal

10.2 Fish Oil

> 10.2.1 Fish oil composition
> 10.2.2 Fish oil properties
> 10.2.3 Edible applications of fish oils
> 10.2.4 Technical applications of fish oils
> 10.2.5 Commercial value of fish oils
> 10.2.6 Fish oil quality

The two commercially significant products of the Industry are a protein-rich meal and oil.. In 1983 the values of the world production of these products were around US$ 2500 million and US$ 400million, respectively. The meal has a high content of protein which is of high nutritional quality, and is used to supplement other proteins, especially vegetable proteins, in diets for farmed animals. The oil is used principally for human consumption in margarines and edible oils, following refining and hardening. There is interest currently in the direct human consumption of refined fish oils with a high content of n-3 fatty acids for the prevention and treatment of coronary heart disease.

## 10.1 Fish Meal

### 10.1.1 Fishmeal production

The production of fish meal in the main producing countries between 1979 and 1983 is shown in Table 11. There has been little change in overall world production (around 5 million tons) in the past five years, though there have been changes in certain parts of the world. The most noteworthy changes have been declining production in Peru and Iceland and increasing production in Chile. Adverse sea temperatures off the coast of Peru (El Niño effect) have reduced fish stocks, resulting in reduced fishmeal production.

About 90% of world fishmeal production is from oily fish species such as mackerel, pilchard,

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 67 of 81
PageID #: 8372

capelin and menhaden. Less than 10% is from white fish offal such as from cod and haddock. Only 1% is produced from other sources such as shellfish and whales. The majority of fish meal is "whole", that is, only water and some oil are extracted from the fish.

## 10.1.2 Quality of fish meal related to raw material and conditions of manufacture and storage

The quality of the protein in fish, that is the make-up of amino acids in relation to an animal's requirement, and their availability to the animal, are high, particularly in whole fish. The quality of the protein in skin, connective tissue and bone is lower; consequently, the quality of the protein in offal is somewhat lower than that in whole fish. For example. the proportion of the essential amino acids methionine and lysine in the protein in white fish offal is approximately 10% lower than that in whole oily fish such as anchovy and pilchard.

**Table 11** Fishmeal[a]: world production (in '000 t)

| Country or area | 1976 | 1977 | 1978 | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 |
|---|---|---|---|---|---|---|---|---|---|
| World | 4997001 | 4571618 | 4899371 | 5067071 | 4959455 | 5050932 | 5389253 | 5229731 | 5944193 |
| AFRICA | | | | | | | | | |
| Angola | 5000b/ | 3500b/ | 5000b/ | 4000b/ | 5188 | 5202 | 5205 | 5000b/ | 3000b/ |
| Cape Verde | 204 | 102 | 23 | 87 | 232 | 143 | 174 | 137 | 165 |
| Cote d'Ivoire | 1388 | 1781 | 1337 | 2222 | 2303 | 2620 | 3074 | 3700 | 3300b/ |
| Libya | 300b/ | 82 | 185 | 147 | 160 | 296 | 261 | 244 | 250b/ |
| Mauritania | 1742 | 6400 | 8000 | 3150 | 8849 | 5862 | 13525 | 31064 | 22372 |
| Mauritius | ... | 214 | 270 | 302 | 285 | 309 | 348 | 562 | 558 |
| Morocco | 25379 | 12700b/ | 21228 | 17400b/ | 22600b/ | 22000b/ | 17500b/ | 26900b/ | 27000b/ |
| Senegal | 1855 | 4377 | 5681 | 7896 | 6646 | 5037 | 2741 | 4630 | 2244b/ |
| South Africa | 211800 | 176268 | 190639 | 174442 | 154904 | 155385 | 142453 | 172316 | 118600b/ |
| Tunisia | | | | | | 60b/ | 400b/ | 300b/ | 260b/ |
| Total | 247668 | 205424 | 205424 | 209646 | 201167 | 196914 | 185681 | 244853 | 177749 |
| AMERICA, NORTH | | | | | | | | | |
| Bermuda | 18700 | 33400 | 25190 | 17000b/ | 15000b/ | 1000b/ | - | - | - |
| Canada | 59900 | 56396 | 74295 | 68782 | 66361 | 76207 | 63460 | 61223 | 63201 |
| Cuba | 9300 | 7300 | 8900 | 4900 | 8486 | 6020 | 8297 | 5685 | 5996 |
| El Salvador | 70 | 79 | 42 | - | 76 | 806 | 166 | 319 | - |
| Greenland | 966 | 1718 | 1578 | 1477 | 1457 | 1477 | 1814 | 1497 | 592 |
| Mexico | 37747 | 44925 | 53577 | 68753 | 99897 | 106604 | 98496 | 64244 | 56170 |
| Panama | 23142 | 30947 | 17584 | 26041 | 35200 | 22080 | 15070 | 26084 | 21860 |
| St Pier Miqu | 600 | 500b/ | 500b/ | 482 | 646 | 1069 | 954 | 809 | 1165 |
| USA | 403700 | 367900 | 476700 | 461700 | 449800 | 405635 | 477119 | 490131 | 444693 |

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 68 of 81

PageID #: 3373

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total | 554125 | 543165 | 658366 | 649??? | ??????? | 620898 | 665376 | 649992 | 593677 |
| AMERICA, SOUTH | SOUTH | | | | | | | | |
| Argentina | 21405 | 23996 | 20199 | 33101 | 28211 | 22000 | 21000 | 17000 | 12500 |
| Brazil | 20200 | 26261 | 17987 | 20230 | 26398 | 26566 | 25069 | 29100b/ | 31100b/ |
| Chile | 250441 | 251999 | 374675 | 512162 | 571409 | 688154 | 795707 | 827465 | 1022727 |
| Colombia | 1918 | 2449 | 2000b/ | 2000b/ | 4500b/ | 1599 | 703 | 651 | 47 |
| Ecuador | 42700 | 69800 | 100000 | 77481 | 102933 | 123386 | 114061 | 21889 | 132748 |
| Peru | 886372 | 496954 | 669658 | 687953 | 458125 | 478277 | 665499 | 219325 | 492000 |
| Uruguay | 2191 | 2900 | 4921 | 8635 | 8255 | 10492 | 7257 | 11787 | 10869 |
| Venezuela | 10800 | 5887 | 5791 | 5285 | 6133 | 4206 | 5502 | 4639 | 5107 |
| Total | 1236027 | 880246 | 1195231 | 1346847 | 1205964 | 1354680 | 1634798 | 1131856 | 1707098 |
| ASIA | | | | | | | | | |
| China | ... | ... | ... | ... | ... | ... | ... | 50000 | 53000 |
| Hong Kong | 1300b/ | 1300b/ | 1400b/ | 1500b/ | 2000b/ | 2100b/ | 2300b/ | 2400b/ | 2550b/ |
| India | 20400b/ | 21500b/ | 17800b/ | 20400b/ | 21300b/ | 27500b/ | 23000b/ | 25000b/ | 24000b/ |
| Indonesia | 2385 | 3961 | 900 | 1209 | 1072 | 1300 | 2481 | 3967 | 4500 |
| Japan | 867580 | 851766 | 884264 | 883670 | 869799 | 902089 | 1006041 | 1135121 | 1262649 |
| Korea, Rep. | 13395 | 13560 | 21822 | 17715 | 9616 | 15221 | 24860 | 33035 | 28228 |
| Malaysia | 7800 | 11935 | 12159 | 21120 | 32973 | 42661 | 36290 | 51823 | 31493 |
| Other nei | 4797 | 2057 | 2037 | 3233 | 3000 | 2259 | 2598 | 836 | 679 |
| Pakistan | 11000 | 17300 | 20100 | 27700 | 25600 | 26300 | 29600 | 28300 | 32655 |
| Singapore | 714 | 1286 | 1309 | 3319 | 1197 | 2417 | 2673 | 3223 | 3158 |
| Sri Lanka | 203 | 171 | 204 | 214 | 94 | 147 | 126 | 459 | 157 |
| Thailand | 119880 | 141600 | 218165 | 186437 | 194200 | 201701 | 211814 | 204811 | 219763b/ |
| Turkey | 2500b/ | 2800 | 7000 | 12570 | 13250 | 15000 | 13850 | 19000 | 40000b/ |
| Yemen, Dem. | - | 1544 | 1288 | 626 | 1315 | 1378 | - | - | - |
| Total | 1051954 | 1070780 | 1188448 | 1179713 | 1175416 | 1240073 | 1355633 | 1569658 | 1701069 |
| EUROPE | | | | | | | | | |
| Belgium | 3300 | 3000 | 2500 | 2500 | 1900 | 1900 | 1900 | 1500 | 1890 |
| Bulgaria | 10300 | 9000 | 6500 | 5000 | 7800 | 6500 | 7400 | 9399 | 8254 |
| Denmark | 349656 | 316209 | 278076 | 336096 | 357933 | 337788 | 319640 | 321540 | 318790 |
| Faeroe Islands | 28631 | 27895 | 24318 | 19386 | 19535 | 20086 | 16371 | 24419 | 24881 |
| Finland | 6 | 7000 | 10000 | 10000 | 6000 | 4000 | 4000 | 2000 | 1200 |
| France | 18223 | 22971 | 24990 | 21993 | 14039 | 15963 | 17509 | 18392 | 21502 |
| Germany, Fed. Rep. | 53031 | 48550 | 44690 | 40008 | 36992 | 38514 | 36882 | 35803 | 36782 |

Case 1:10-cv-08003-RLM-DML　　Document 274-18　　Filed 09/24/13　　Page 69 of 81
PageID #:8974

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Iceland | 110531 | 162667 | 202165 | 20780 | 178374 | 148436 | 51062 | 68077 | 171974 |
| Ireland | 2033 | 1889 | 2764 | 1551 | 2041 | 1554 | 1881 | 1363 | 1233 |
| Italy | 1215 | 1030 | 4830 | 6650 | 6300 | 7565 | 9092 | 3291 | 3554 |
| Norway | 464000 | 464800 | 331524 | 327940 | 297700 | 299500 | 284301 | 346858 | 286589 |
| Poland | 58700 | 66958 | 56637 | 64809 | 76799 | 58316 | 46216 | 83405 | 81952 |
| Portugal | 7692 | 8316 | 8409 | 11390 | 11870 | 19531 | 28805 | 14400b/ | 10000b/ |
| Romania | 7500 | 7800 | 8000 | 11294 | 9533 | 10942 | 12401 | 11653 | 10480 |
| Spain | 38348 | 37654 | 34116 | 339.78 | 40108 | 37178 | 38952 | 28874 | 37137 |
| Sweden | 15205 | 10252 | 9483 | 8050 | 11519 | 13128 | 11351 | 11461 | 11500b/ |
| UK | 81000 | 78000 | 66000 | 58600 | 68300 | 59735 | 56437 | 54200 | 55000 |
| Yugoslavia | 1502 | 1997 | 2355 | 2519 | 2549 | 2366 | 2697 | 2260 | 2073 |
| Total | 1256867 | 1275988 | 1117357 | 1169624 | 1143927 | 1083002 | 946838 | 1038895 | 1084791 |
| OCEANIA | | | | | | | | | |
| Australia | 4800 | 4100 | 3847 | 937 | 451 | 325 | ... | ... | ... |
| Fiji | 130 | 305 | 400b/ | 500b/ | 357 | 640 | 717 | 960b/ | 683 |
| New Zealand | - | - | - | - | - | - | - | - | 3793 |
| Total | 4930 | 4405 | 4247 | 1437 | 808 | 965 | 717 | 960 | 4476 |
| USSR | | | | | | | | | |
| USSR | 645430 | 591610 | 503359 | 510669 | 555250 | 554400 | 600210 | 605200 | 673570 |
| Total | 645430 | 591610 | 503359 | 510669 | 555250 | 554400 | 600210 | 605200 | 673570 |

a/ Meals, solubles and similar feedingstuffs or aquatic animal origin; including fish meals from "white fish", oily fish and fish solubles. Whale meal and solubles, crustacean and seal meal and fish silages are also included.

b/ FAO estimates

Freshness of raw material is important in its effect on the quality of the protein in the end product. The importance of minimizing the time between catching fish and processing, and of keeping the fish at low temperatures by icing has already been mentioned (see Chapter 2) as a means of reducing spoilage. As a guide to freshness of raw material the content of total volatile nitrogen in the fish can be measured; it should be less than 80 mg-N per 100 g raw material.

Process control in the factory is necessary for the manufacture of high quality fish meal. Excessive temperatures (over 120OC) for prolonged periods in the cooking, evaporating and drying should be avoided since fish proteins are sensitive to excessive heat. It has been shown that the rate of loss in available lysine (see Section 10.3.1) is less than 1% per hour at temperatures below 120 °C; above this temperature the rate increases very rapidly (10% per hour at 140°C) (Carpenter and Booth. 1973).

The meal should be allowed to cool gradually with air circulation, that is, controlled "curing" after leaving the dryer. Use of an antioxidant such as ethoxyquin at 700 ppm is desirable for the oily fish species, especially in hot climates, for the purpose of stabilizing the oil in the fish meal by preventing oxidation. Rapid oxidation in fish meal can result in overheating in the stored product. Use of antioxidant is required by the International Maritime Organization if fish meal is to be shipped in a low hazard category. Correct "curing" and/or antioxidant treatment of fish meal will produce a product which can be stored indefinitely under dry conditions without deterioration.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 70 of 81
PageID #: 8375

During cooking and drying, any harmful bacteria in fish are killed. Subsequently, contamination of fish meal is possible; good hygiene is necessary at all stages in handling and storage if this is to be avoided.

## 10.1.3 Salmonella control

Precautions must particularly be taken against Salmonella contamination. This organism is destroyed in the cooking plus pressing process provided the temperature is raised above 80°C, but poor hygiene beyond this point could result in re-infection of the meal. It must be stressed that although high air temperatures are reached in the dryers, the fish material in the dryer may not reach a sufficiently high temperature for sufficient time to destroy Salmonella. To minimize the risk, the manufacturers should observe the following precautions:

a. the land around the factory should be well kept and regularly maintained to keep down rodents. birds. flies and all insects. Very strict control in this respect is necessary in areas where fish material is processed and fish meal stored.
b. ventilators and other openings in factory and storage buildings should be protected by insect screens and rat wire.
c. in order to keep the product dry, storage buildings should have concrete floors and leak-proof walls and roofs and, if necessary, roof insulation to avoid condensation and drip; conveyors should have covers, and
d. walkways to storage areas should be kept clean and foot bath mats charged with a disinfectant. Such as phenolic or quaternary ammonium compounds, should be available for personnel at storage entries.

In summary, it is desirable to keep the wet and dry areas of the plant separate and to reduce to a minimum the passage of personnel and equipment from one section to the other.

A proper factory cleaning scheme is necessary. Empty storage bins and unloading areas should be cleaned as soon as possible after use. Process machinery should be cleaned regularly by high pressure jets of hot water and detergent solutions.

Stickwater concentrate and decanter sludge must be heated to 93°C or more before adding to the presscake. For about three quarters of an hour after the start of operations, while the machinery is warming up to normal operating temperature, all presscake produced must be returned to the cooker intake for recooking and repressing in case contamination might have occurred.

Should Salmonella, nevertheless, be detected in fish meal, the contaminated lots must be disinfected, for example in special apparatus in which the meal is heated at about 90°C with live steam for 10 to 15 min and then redried. Alternatively, biocides such as formic and propionic acids can be used to treat infected fish meal. These are expensive processes, however, and it is far more economical to comply with the outlined precautions. Another way of ridding infected fish meal of Salmonella is to expose it to suitable doses of ionizing radiation. This will obviously depend on the availability of irradiation facilities and should, perhaps, be regarded as a method for the future.

## 10.1.4 The nutrient content of fish meal

As well as being a rich source of high quality protein, fish meals have a relatively high energy content and are rich in important minerals such as phosphorus, in B vitamins and in essential fatty acids. The nutrient analysis of the main fish meals in world trade (herring type, South American type) and white fish offal are shown in Tables 12a, 12b, 12c and 12d along with figures for the cereals, wheat and barley, and soyabean meal for comparison (IAFMM, no date). Fish meals made from offal have a higher content of ash and a lower content of protein. The amino acidcontents of fish meals are shown in Table 12b. All values are given on an "as received" basis.

The protein figures given in Table 12a represent average values; a range of ±2% to ±3% protein

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 71 of 81
PageID #: 8376

units is possible. This range can be greater for offal meals. It is recommended that the amino acid content of a fish meal be adjusted for protein content, using the figures in Tables 12a and 12b; for example, for an offal meal with only 59% protein the lysine content can be calculated as follows:

Lysine content = 4.49 × 59 ÷ 65 = 4.08%

Similarly, where protein content is higher than shown in the table, amino acid contents should be adjusted upward.

The energy content of fish meals depends upon the protein and oil content. Where these differ from those shown in Table 12a, they may be adjusted by using the regression equations as follows:

For poultry:

ME adjusted = ME tabulated + $(F_a - F_t) \div 100 \times$ ME fat + $(P_a - P_t) \div 100 \times$ ME protein

where $F_a$ and $F_t$ are the actual and tabulated fishmeal fat (oil) contents, and $P_a$ and $P_t$ are the actual and tabulated fishmeal protein contents.

ME fish fat = 27.0 MJ/kg

ME fish protein = 16.5 MJ/kg

Worked example: South American fish meal 68% protein, 10% oil

ME adjusted = 13.2 + (10 - 9)÷100 × 27.0 + (68 - 65) ÷ 100 × 16.5 = 14.0 MJ/kg

**Table 12a**

|  | Wheat | Barley | Soya 45% protein | White fish meal a/ | Herring type fish meals b/ | S. American type fish meals c/ |
|---|---|---|---|---|---|---|
| PROXIMATE ANALYSIS (%) | | | | | | |
| Moisture | 12.5 | 12.5 | 10.5 | 10.0 | 8.0 | 10.0 |
| Crude protein | 10.9 | 11.1 | 45.9 | 65.0 | 72.0 | 65.0 |
| Crude fat | 1.8 | 0.9 | 1.4 | 5.0 | 9.0 | 9.0 |
| Crude ash | 1.6 | 2.5 | 5.9 | 20.0 | 10.0 | 16.0 |
| Crude fibre | 1.8 | 4.1 | 5.7 | 0 | 0 | 0 |
| ENERGY CONTENT | | | | | | |
| Poultry | | | | | | |
| M.E. MJ/kg | 12.5 | 11.7 | 9.0 | 12.1 | 14.0 | 13.2 |
| Pigs | | | | | | |
| M.E. MJ/kg | 14.7 | 13.2 | 15.6 | 15.6 | 18.5 | 16.8 |
| Ruminants d/ | | | | | | |
| M.E. MJ/kg | 11.6 | 11.2 | 11.7 | 13.6 | 16.4 | 13.1 |

N.B. All data refer to "as received" basis

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 72 of 81
PageID #: 8377

a/ Produced from offal and whole fish

b/ Generic term including whole fish of species capelin, mackerel, sprat, sand eels, Norway pout. Herring type meals may have a protein content in the range of 68% to 74% and a fat content in the range of 7% to 12%. For fish meals of different protein content, the total content of an amino acid can be assumed to be proportional to the protein content, the amino acid make-up of fish protein being similar; e.g., herring type meal 72% protein: lysine 5.56%, methionine 2.16%; herring type meal 68% protein: lysine 5.25%, methionine 2.04%

c/ Fish meals made primarily from whole anchoveta; fish meals made from whole sardine or horse mackerel are similar in nutrient analysis

d/ Rowett Research Institute Feed Evaluation Unit, Aberdeen, UK

For pigs:

DE adjusted = DE tabulated + $(F_a - F_t) \div 100 \times$ DE fish fat + $(P_a - P_t) \div 100 \times$ DE fish protein

DE fish fat = 32.0 MJ/kg

DE fish protein = 23.0 MJ/kg

Worked example: Offal meal 47% protein, 4% oil

DE adjusted = 15.6 + (5 -4) ÷ 10 × 32.0 + (47 - 65) ÷ 100 × 23.0

= 11,2 MJ/kg

(Further details of the nutrient analysis of fish meals are available from the IAFMM, Hoval House, Mutton Lane, Potters Bar, Herts EN6 3AR, UK.) The nutrient values given above are based on fish meals of good protein and fat quality.

**Table 12b**

| | Wheat | Barley | Soya 45% protein | White fish meal | Herring type fish meals | S. American type fish meals |
|---|---|---|---|---|---|---|
| TOTAL AMINO ACIDS a/ (%) | | | | | | |
| Lysine | 0.31 | 0.43 | 2.88 | 4.49 | 5.47 | 5.07 |
| Methionine | 0.18 | 0.20 | 0.63 | 1.69 | 2.16 | 1.95 |
| Methionine a/ | | | | | | |
| Cystine | 0.34 | 0.47 | 1.31 | 2.29 | 2.88 | 2.60 |
| Tryptophan | 0.12 | 0.15 | 0.58 | 0.61 | 0.83 | 0.78 |
| Histidine | 0.24 | 0.26 | 1.12 | 1.31 | 1.74 | 1.59 |
| Leucine | 0.73 | 0.83 | 3.42 | 4.21 | 5.40 | 4.98 |
| Isoleucine | 0.41 | 0.45 | 2.20 | 2.41 | 3.23 | 3.06 |
| Arginine | 0.51 | 0.63 | 3.24 | 4.14 | 4.21 | 3.81 |
| Phenylalanine | 0.48 | 0.62 | 2.20 | 2.14 | 2.82 | 2.75 |
| Tyrosine | 0.33 | 0.40 | 1.58 | 1.69 | 2.25 | 2.22 |
| Threonine | 0.33 | 0.42 | 1.89 | 2.50 | 3.07 | 2.82 |

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 73 of 81

| | | | | PageID #: 8378 | | |
|---|---|---|---|---|---|---|
| Valine | 0.50 | 0.65 | 2.25 | 2.91 | 3.90 | 3.46 |
| Glycine | 0.43 | 0.48 | 1.89 | 6.45 | 4.30 | 3.68 |
| Serine | 0.54 | 0.55 | 2.52 | 3.09 | 2.75 | 2.51 |
| Crude protein | 9.00 | 11.90 | 45.00 | 65.00 | 72.00 | 65.00 |

a/Amino acids in fish meals and soyabean meal are equally available (see Miller, 1970)

**Table 12c**

| | Wheat | Barley | Soya 45% protein | White fish meal | Herring type fish meals | S. American type fish meals |
|---|---|---|---|---|---|---|
| MINERALS | | | | | | |
| Calcium% | 0.04 | 0.06 | 0.37 | 8.00 | 2.00 | 4.00 |
| Phosphorus % (total) | 0.29 | 0.35 | 0.55 | 4.80 | 1.90 | 2.60 |
| Phosphorus % (available) | 0.12 | 0.14 | 0.22 | 4.80 | 1.90 | 2.60 |
| Sodium % | 0.01 | 0.02 | 0.05 | 1.30 | 0.70 | 0.87 |
| Chloride % | 0.01 | 0.01 | 0.03 | 2.00 | 1.03 | 1.82 |
| Magnesium % | 0.12 | 0.11 | 0.30 | 0.15 | 0.11 | 0.25 |
| Potassium % | 0.50 | 0.50 | 1.90 | 0.90 | 1.20 | 0.70 |
| Selenium ppm (mg/kg) | 0.20 | 0.40 | 0.60 | 1.50 | 2.20 | 1.40 |
| Iron ppm (mg/kg) | 33.00 | 38.00 | 36.00 | 300.00 | 150.00 | 246.00 |
| Copper ppm (mg/kg) | 5.00 | 4.00 | 41.00 | 7.00 | 5.00 | 11.00 |
| Zinc ppm (mg/kg) | 29.00 | 31.00 | 67.00 | 100.00 | 120.00 | 111.00 |
| Manganese ppm (mg/kg) | 38.00 | 19.00 | 36.00 | 10.00 | 2.00 | 10.00 |

**Table 12d**

| | Wheat | Barley | Soya 45% protein | White fish meal | Herring type fish meals | S. American type fish meals |
|---|---|---|---|---|---|---|
| VITAMINS | | | | | | |
| Choline ppm (mg/kg) | 730.00 | 110.00 | 2840.00 | 4400.00 | 4400.00 | 4400.00 |
| Panthothenic acid ppm (mg/kg) | 13.00 | 6.60 | 14.50 | 15.00 | 30.60 | 9.30 |
| Riboflavin ppm (mg/kg) | 1.10 | 1.30 | 4.00 | 6.50 | 7.30 | 6.60 |
| Nicotinic acid (Niacin) ppm (mg/kg) | 58.00 | 52.00 | 32.00 | 50.00 | 126.00 | 95.00 |
| Folic acid ppm (mg/kg) | 0.40 | 0.60 | 3.60 | 0.50 | 0.50 | 0.16 |
| B12 ppm (mg/kg) | 0.00 | 0.00 | 0.00 | 0.07 | 0.25 | 0.18 |
| Biotin ppm (mg/kg) | 0.10 | 0.14 | 0.25 | 0.08 | 0.42 | 0.26 |
| Pyridoxine ppm (mg/kg) | 4.00 | 2.90 | 8.00 | 3.30 | 3.70 | 3.50 |
| ESSENTIAL FATTY ACIDS (%) | | | | | | |

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 74 of 81
PageID #: 8379

| | 0.60 | 0.90 | 0.40 | | 4.50 | 4.50 |

## 10.1.5 Analysis and quality assessment of fish meal

Recommended sampling and methods of analysing fish meals are given in IAFMM Technical Bulletins No 16 (sampling), 8 and 15 (crude protein), 9 (moisture), 10 (ash), 11 (sand), 12 (salt), 13 (fat). Fish meal is a brown powder. The colour is affected by fish species, particle size, fat and moisture content. A very dark brown colour, especially if accompanied by an acrid "scorched" smell, may be the result of overheating. This will not affect the amount of protein in the meal, but will damage its nutritional quality. Regarding particle size, the general practice is for meals to have less than 10% that will pass through a 1-mm sieve and more than 90% passing through a 10-mm sieve.

The quality of protein in fish meal can be measured using Sanger's reaction with fluorodinitrobenzene (FDNB), as modified by Carpenter and Booth (1973). The FDNB binds with the epsilon amino group of the amino acid lysine to produce a yellow compound, the amount of which indicates the amount of "FNDB reactive" lysine. Damaging a protein will reduce the "FDNB reactive lysine", which should be over 85% of total lysine (see Table 12b) in good quality fish meal. Recently a modified dye binding method (modified dye binding lysine) has been developed using Orange G dye. Both methods are satisfactory for a laboratory wishing to compare the quality of fish meals of known history, for example within a single fishmeal factory. They are not suitable for a comparison of fish meals of unknown history by different laboratories (Barlow et al. 1984).

Occasionally, samples of fish meal are found which have been adulterated with cheap diluents. Types of adulterants which have been encountered include poor quality proteins, e.g., feather meal, dried poultry manure. non-protein nitrogenous compounds, for example urea-formaldehyde, and non-nutritive diluents such as sand. Presence of other proteins in fish meal can be detected under the feed microscope. Presence of non-protein nitrogen may be indicated by a low lysine content (total and available) in relation to the crude protein content which is usually determined as N × 6.25. Non-nutritive diluents reduce all other nutrients in the fish meal.

## 10.1.6 The role of fish meal in animal feeds

Fish meal is used in feeds for poultry, pigs, ruminants, farmed fish and fur producing animals. It increases productivity and improves the efficiency with which feed is converted to animal produce (feed conversion). It is of special value in diets for young animals, for example in broiler starter diets, diets for early weaned pigs, and for farmed fish and fur producing animals.

Fish meal is particularly beneficial in situations which are less than ideal, for example, where feed mixing and quality control of ingredients is poor, where husbandry standards are less than ideal and where disease problems are prevalent. A detailed assessment of fish meal in diets for poultry, pigs and ruminants is given in IAFMM Technical Bulletins.

In diets for very young animals such as early weaned pigs (weaned before four weeks of age), ruminants. fish and fur animals, it is recommended that special quality fish meal is used. It should be made from very fresh raw material and, for ruminants, have a low content of soluble nitrogen.

Ruminants can make better use of forage if fish meal is included in their diets, particularly if forage is a major part of their feed. Fish meal has been shown to be superior to other proteins, specially vegetable proteins. in supplying a high quality protein. a large part of which escapes breakdown in the rumen. As well as providing a high quality protein with a near ideal balance of amino acids for farmed fish. antioxidant treated fish meal provides a valuable source of n-3 long chain fatty acids which are essential for fish such as trout, salmon, carp, catfish and eels.

## 10.1.7 Commercial value of fish meal

Although often traded on a price per unit of protein. the commercial value of fish meal is

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 75 of 81
PageID #: 8380

determined not only on the basis of protein. Its value is affected by fishmeal supply, price of other proteins and, of course, demand.

The demand for fish meal and the use to which it is put reflects the special nutritional properties referred to earlier. Many feed formulators calculate a value for fish meal using linear programmes on computers which take into account all its nutrients. In some diets which have a high nutrient concentration, for example starter diets in intensive farming systems, raw materials with a high nutrient concentration are preferred; this is taken into account in computer formulated feeds. For these diets the higher protein fish meals (65% protein and above) attract a premium.

Most feed formulators throughout the world ensure that fish meal inclusion does not fall below a minimum level in certain diets. for example for young poultry, young pigs, fish and breeding stock.

The prices of fish meal (65% protein) and soyabean meal (44% protein) in Europe in the past five years are shown in Table 13. These prices reflect world prices. Although the prices of proteins vary and prediction of future protein prices is difficult, it is anticipated that the price ratio fish meal (65% protein): soyabean meal (44% protein) is likely to be in the range of 1.8 to 2.0. continuing the trend of the past two years.

## 10.2 Fish Oil

Fish oil, previously the main product from raw materials having high oil contents. is now of secondary value. The product, however, is versatile and finds many applications in the food and technical industries and is still of considerable economic importance to producers. Table 14 shows some statistics of production of fish oil during a number of years.

### 10.2.1 Fish oil composition

The oils contain mainly triglycerides of fatty acids (glycerol combined with three similar or different acid molecules) with variable amounts of phospholipids, glycerol ethers and wax esters. It is characteristic of the oils that they contain a wide range of long-chain fatty acids with the number of carbon atoms ranging mainly from 14 to 22, and high degree of reactivity (unsaturation) ranging up to six double bonds per molecule.

**Table 13** Prices of fish meal and soyabean meal a/ Yearly averages of weekly quotations

|  | US$/ton |  |  |
| --- | --- | --- | --- |
| Year | Fish hamb | Soya rott | Fish hamb b/ as % of soya rott c/ |
| 1980 | 504.4 | 258.6 | 197.8 |
| 1981 | 467.5 | 252.7 | 184.8 |
| 1982 | 352.9 | 219.9 | 161.9 |
| 1983 | 452.6 | 237.8 | 193.8 |
| 1984 | 410.1 | 216.3 | 189.3d/ |

a/ Oil World Weekly, Hamburg

b/ Fish meal, 64-65% any origin, CIF Hamburg (interior price after deduction of a calculated wholesale cost after conversion at current DM/US$ exchange rate)

c/ Soyabean meal, 44% US, CIF Rotterdam.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 76 of 81
PageID #: 8381

d/ Seven monthly figures

**Table 14** Production of fish body oils (in '000 t)

| Country | 1968 | 1970 | 1975 | 1980 | 1983a/ |
|---|---|---|---|---|---|
| Norway | 236 | 180 | 176 | 182 | 213 |
| Japan | 40 | 87 | 136 | 223 | 335 |
| USA | 78 | 93 | 111 | 142 | 167 |
| South Africa | 125 | 79 | 42 | 38 | 38 |
| Denmark | 70 | 51 | 107 | 123 | 81 |
| USSR | 57 | 60 | NA | 39 | 56 |
| Peru | 292 | 311 | 212 | 78 | 6 |
| Iceland | 16 | 7 | 27 | 82 | 24 |
| Canada | 34 | 27 | NA | 12 | 9 |
| Germany, Fed. Rep. | 15 | 14 | NA | 10 | 17 |
| UK | 0 | 0 | NA | 14 | 9 |
| Morocco | 11b/ | 5b/ | NA | 4 | 5 |
| Chile | 34 | 23 | 24 | 111 | 57 |
| Sweden | 4 | 3 | NA | 5 | 3 |
| Faeroe Islands | 7 | 6 | NA | 7 | 7 |
| Spain | 4 | 4 | NA | 7 | 5 |
| Mexico | 1 | 1 | NA | 17 | 12 |
| **World** | **1041** | **971** | **1021** | **1141** | **1115** |

Source: Bowman, 1984

a/ Provisional data derived from miscellaneous sources

b/ Exports

NA: Not available

## 10.2.2 Fish oil properties

The complex nature of fish oil depends upon a number of factors. The fatty acid patterns of the oils vary widely with fish species and, to some extent, with the composition of the plankton and the time of year. These influence the properties of oils both in regard to edible as well as technical applications. The oils contain variable, but small. amounts of unsaponifiable components, such as hydrocarbons, fatty alcohols, waxes and ethers, and these also influence the properties of the oils to some extent.

The condition of the fish at the time of processing affects the oil physically, chemically and nutritionally. Fish of poor quality yield a malodorous oil with high contents of free fatty acids (FFA) and sulphur. These latter undesirable properties affect both the economic value and the application of the oil. Some sulphur compounds have an inactivating effect on the nickel catalyst used for hydrogenation (called "poisoning of the catalyst"). thus the catalyst has to be replaced frequently.

In order to manufacture oil of desirable properties, one should observe the following:

a. the fish should be as fresh as possible;
b. the oil should be cooled before delivery to the storage tank and should be pumped in near the bottom of the tank (not right at the bottom) and removed from the top. The sludge and water should be regularly drained from the bottom to prevent an increase in FFA during

storage.

## 10.2.3 Edible applications of fish oils

Their nutritional and physical properties have made hardened fish oils attractive constituents in diets for man. Hardened fish oil is used almost entirely in margarines and shortenings. Margarines prepared from hardened vegetable oil sometimes recrystallize on storage. This makes the margarine crumbly and hard. Because fish oils have a widely varied chain length. margarines prepared from them have an excellent plastic consistency. Shortening and bakery margarines have properties different from those of table margarines. The value of hardened fish oillies in its creaming power, particularly in cake making.

Refined fish oils are rich in polyunsaturated fatty acids of the linolenic acid family. Current medical research suggests that these fatty acids might have a unique role to play in prevention of coronary artery disease and the growth of different types of cancers. More clinical studies will have to be undertaken before positive health claims can be made.

## 10.2.4 Technical applications of fish oils

The highly unsaturated properties make the oils (and particularly their highly unsaturated fractions) suitable for a number of technical applications, particularly as drying oils and varnishes. The saturated fatty acid fraction is a disadvantage for these purposes and must be reduced. Several specialized processes for this reduction are available.

Fish oils are a significant source for the production of fatty acids with a wide spectrum of chain lengths. From these acids are produced several types of metallic soaps, some of which are used in lubricating greases while others are used as waterproofing agents. Small quantities of fatty; acids are used pharmaceutically and medicinally, and for scientific research purposes.

## 10.2.5 Commercial value of fish oils

The market value of fish oil depends on its chemical analysis. Normally, a basic sales value is established for an oil containing a certain level of free fatty acids (2% to 3%), unsaponifiable matter (.3.5%), and water and dirt (0.3%). If these levels are exceeded. the price is reduced accordingly. The price may also be reduced if the oil is dark coloured or malodorous.

## 10.2.6 Fish oil quality

A number of chemical, physical and sensory methods have been developed for the assessment of quality. Analytical work is made difficult due to the labile nature of the unsaturated fatty acids, so oil sampled should be stored at low temperatures in an inert atmosphere before analysis. Saturated oil fractions tend to precipitate during cold seasons in large storage vessels. This necessitates thorough mixing of the oil before sampling.

The test methods employed by the user of fish oil for hardening purposes are often divided into two groups, the first being applied on receipt of a consignment to check the fundamental parameters and the second, more detailed, examination as soon as possible thereafter, but in any case before the oil is used in the refinery. The purpose of this second examination is to determine refining procedures.

The initial testing involves the following:

Moisture: For contractual reasons and because moisture in the oilleads to the formation of rust in storage tanks with consequent accelerated oxidation of the oil catalysed by iron. Thus, high moisture may be a contributory cause of high oxidation levels and a high trace iron content, which can also lead to colour problems in refining. Moisture in the oil is also responsible for the increase of FFA during storage.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 78 of 81
PageID #: 8383

Dirt: Usually only visually, unless excessive.

Appearance: Lovibond colour has not been found to be useful, but a golden brown oil is usually easy to refine whereas a dull brown oil gives difficulties. A frothiness can indicate a high phosphorus content and thus a tendency to emulsification problems.

FFA: for contractual reasons and because this is still the most reliable parameter for oil quality and yield assessment.

Soap: to check that the oil is not a blend of neutralized and crude oils.

Iodine value (I.V.): for hydrogen usage and to ensure that the I.V. is in the region expected for the type of oil stated, although these limits are very wide.

The second examination normally includes:

Peroxide Value (P.V.) and Anisidine Value (A.V.): to establish primary and secondary oxidation product levels. These compounds, with others resulting from further decomposition, are responsible for the rancid flavours that develop. Of the two values the A.V. is the more indicative of quality state.

Ultra Violet (U.V.) Extinction Values at 233 nm and 269 nm: these figures quantify the conjugated dienes and trienes, respectively, and are related to oxidation levels, but increases in these values are also obtained when an oil is overheated, resulting in colour fixation.

Trace Metals. Iron and Copper: both metals are pro-oxidants, that is catalysts for fat oxidation, copper being ten times more active than iron. It is, however, unusual to find high copper levels, but high iron levels occur all too frequently. A further problem with iron is that when sulphur is also present a darkening of the oil colour frequently occurs during deodorization. The trace metal level can be reduced using acids such as phosphoric and citric in the refining.

Sulphur: the effect of sulphur as a catalyst poison is recognized, but the poisoning effect depends on the chemical form in which the sulphur is present, and this is not as yet fully understood. All that can be said is that below 30 ppm in the crude oil (15 ppm in the neutralized oil) sulphur is not a problem, but that a significant poisoning effect is often encountered at higher levels.

Phosphorus: phosphorus is present in fish oil as phosphatides which are emulsifiers. These should be substantially removed from the oil by washing and/or phosphoric acid treatment prior to caustic soda refining so as to improve yields of neutral oil. The phosphorus content must be determined so as to calculate the required amount of phosphoric acid used to denature the phosphatides. The black residue which results from the treatment cakes the insides of solid bowl centrifuges and incomplete "degumming", as the reaction is known, can give separation difficulties when the soapstock is split with sulphuric acid.

"Standard" Hydrogenation Test: this test is the definitive test for the forecasting of plant hydrogenation performance but, as can be seen from the above, it does not give all the information needed by the refiner to produce a high quality oil at optimum cost for that oil. Other catalyst poisons exist, e.g., chlorine, bromine, iodine, which cannot easily be determined in a works laboratory and for this reason the hydrogenation test should be carried out in addition to the sulphur determination.

The determination of unsaponifiable matter in itself is of no great help apart from a high figure raising doubts about possible mineral oil contamination. Little is known about the quality effects of non-glyceride components of oils or of their degradation products and thus the content in the oil of these chemicals taken as a group is practically without value.

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 79 of 81
PageID #: 8384

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 80 of 81
PageID #: 8385



FAO CORPORATE DOCUMENT REPOSITORY

Originated by:  Fisheries and Aquaculture Department

Title:  The production of fish meal and oil...

More details

# 11. REFERENCES

Barlow, S.M., et al. 1984, Chemical and biological assay procedures for lysine in fish meals. J.Sci.Food Agric., 35:154-64. Issued also as IAFMM Tech. Bull., (20):12 p.

Bierman, H. 1966, The capital budgeting decision. London, Collier-MacMillan

Bowman, S.J. 1984, Digest of statistics of IAFMM. Potters Bar, U.K., IAFMM

Carpenter, K.J. and V.H. Booth 1973, Damage to lysine in food processing: its measurement and significance. Nutr.Abstr.Rev., 43(6):423-511

IAFMM (International Association of Fish Meal Manufacturers). 1979, Recommended method of analysis for determination of crude protein in fish meal. IAFMM Tech.Bull. (8)

IAFMM, 1979a, Recommended method of analysis for determination of moisture in fish meal. IAFMM Tech. (9)

IAFMM, 1979b, Recommended method of analysis for determination of ash in fish meal. IAFMM Tech. (10)

IAFMM, 1979c, Recommended method of analysis for determination of sand in fish meal. IAFMM Tech. (11)

IAFMM, 1980, Recommended method of analysis for determination of salt in fish meal. IAFMM Tech. (12)

IAFMM, 1980a, Recommended method of analysis for determination of diethyl ether extract in fish meal. IAFMM Tech.Bull. (13)

IAFMM, 1982, Recommended method of analysis for automatic determination of crude protein in fish meal by the Kyel-Foss procedure. IAFMM Tech.Bull. (15)

IAFMM, 1983, Recommended method of sampling fish meal for analysis. IAFMM Tech.Bull. (16)

IAFMM, n.d., Nutrient analysis tables for U.K. Potters Bar, U.K., IAFMM

Miller, E.L., 1970, Available amino acid content of fish meal. FAO Fish.Rep., (92):66 p. Issued also in French and Spanish

Petersen, T.E., 1971, The degradation and loss of protein and oil from herring stored at temperatures between 0° and 12°C. IAFMM News Summ., (31):12-36

Case 1:10-cv-08003-RLM-DML    Document 274-18    Filed 09/24/13    Page 81 of 81
PageID #: 8386

Windsor, M.L., 1971, Fish meal. Torry Advis.Note, (49):12 p.

