# EXHIBIT A2

# To '037 Defendants Joint Motion for Summary Judgment

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12548673 |
| **Application Number:** | 13450997 |
| **International Application Number:** | |
| **Confirmation Number:** | 6822 |
| **Title of Invention:** | METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS |
| **First Named Inventor/Applicant Name:** | DAVID FRED CANTRELL |
| **Customer Number:** | 23413 |
| **Filer:** | Peter Robert Hagerty |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | GCS0008USC4 |
| **Receipt Date:** | 19-APR-2012 |
| **Filing Date:** | |
| **Time Stamp:** | 15:39:31 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1920 |
| RAM confirmation Number | 2288 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | Oath or Declaration filed | 62A9923.PDF | 168967<br><br>8c3ef3f09f49a27f4ba623a80c7641c22991384a | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Drawings-only black and white line drawings | 62A8940.PDF | 369635<br><br>ca52f1079c7de5e39547b158d2710b4ca35eb4cf | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Foreign Reference | 4AY2399.PDF | 170104<br><br>11bcfbb27a204fe65a6ea32a584999327a405aca | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Foreign Reference | 48G4828.PDF | 7884645<br><br>6c364aceba2baa044f33f9ec10fc496abd6d0f86 | no | 55 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Foreign Reference | 4AY2386.PDF | 167122<br><br>b8c4519e47f24003eb3ae6efb35854b29af27f5a | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Foreign Reference | 4AY2369.PDF | 294271<br><br>99f8e4c5703fa7d8eae0c1a8d290ea6473e24a3d | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Foreign Reference | 4AY2431.PDF | 343960<br><br>e6cd0f46049032fec62e3772cabf7eb77487118a | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Foreign Reference | 4AY2454.PDF | 426466<br><br>48221a9487dbcc386765c81d7171aa993ea9ed9f | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Foreign Reference | 4B63426.PDF | 374154<br><br>f4882368533e905032d3507b34200294cda6a12c | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Foreign Reference | 4AY2352.PDF | 120864 | no | 2 |
| | | | 3005756f70f80881a303a75b9ff60dbd62c6b74d | | |

**Warnings:**

**Information:**

| 11 | Non Patent Literature | 2CU1770.PDF | 63105 | no | 1 |
| | | | 8651a23f7bf0249612f0ff8260e85a27d5cb098a | | |

**Warnings:**

**Information:**

| 12 | Non Patent Literature | 2BE7303.PDF | 771233 | no | 6 |
| | | | c9f0cbbb8d7260f86cd08f3c048447fd41f7cf57 | | |

**Warnings:**

**Information:**

| 13 | Non Patent Literature | 48L2758.PDF | 125623 | no | 2 |
| | | | 6b7f4e08c9de2c1a9d4acd7b662912df64b7ff24 | | |

**Warnings:**

**Information:**

| 14 | Non Patent Literature | 48L3855.PDF | 91013 | no | 1 |
| | | | a56f47e521fed4b510d70165afd3c2a6f67d7f2a | | |

**Warnings:**

**Information:**

| 15 | Non Patent Literature | 48L2829.PDF | 3795589 | no | 80 |
| | | | 98fafc5d4e122f747735cce7b1165d9c0ebde90e | | |

**Warnings:**

**Information:**

| 16 | Non Patent Literature | 48L2714.PDF | 187073 | no | 7 |
| | | | be6cc6c9d53aea787f160356c65bb69efeb4afbd | | |

**Warnings:**

**Information:**

| 17 | Non Patent Literature | 4AZ4654.PDF | 1865921 | no | 16 |
| | | | 6e70dcec9601c6606d2b753d16ea241a22607290 | | |

**Warnings:**

**Information:**

| 18 | Non Patent Literature | 48L2442.PDF | 3893120 | no | 80 |
| | | | c60b1bd281d4997dc4e1b1ae26227336a5fe9b06 | | |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| 19 | Non Patent Literature | 48L2574.PDF | 97401<br><br>592831a544c2e6c15a5c1f6ab3eaa1a9b5c8168e | no | 5 |

**Warnings:**

**Information:**

| 20 | Non Patent Literature | 48L3026.PDF | 1477511<br><br>3554c99d6292c0ca9c5b357ca4bdc324e404d3f2 | no | 20 |

**Warnings:**

**Information:**

| 21 | Non Patent Literature | 48L1921.PDF | 168040<br><br>c1a94c310623a204cb43b71ff89c10a797b7eabe | no | 6 |

**Warnings:**

**Information:**

| 22 | Non Patent Literature | 48V6266.PDF | 1351356<br><br>5efcb1a60d669dcfff5db24f15d89efdcae2568d | no | 43 |

**Warnings:**

**Information:**

| 23 | Non Patent Literature | 2CW6758.PDF | 974963<br><br>d2a2aee3fae32951c467b6d371ba61d2d7ae38bf | no | 10 |

**Warnings:**

**Information:**

| 24 | Non Patent Literature | 4AZ4546.PDF | 966687<br><br>58ad82cdd5faade1797bdd74b5585f09d5c78f6c | no | 6 |

**Warnings:**

**Information:**

| 25 | Non Patent Literature | 4B63617.PDF | 2008416<br><br>0b9d79728bca2b96f1a022f47e87ba7878221811 | no | 19 |

**Warnings:**

**Information:**

| 26 | Non Patent Literature | 48L1088.PDF | 92342<br><br>cfea6a356da06204087bd59f14ea1c0248d81fb3 | no | 1 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 27 | Non Patent Literature | 4AZ4623.PDF | 2138390<br><br>4659fc6881b01f485c683ab366fb99e05503f9b2 | no | 17 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 28 | Non Patent Literature | 4AZ4574.PDF | 1026491<br>5045f0d935ab3aee8e15f6f5d3feac26fcfdc909 | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 29 | Non Patent Literature | 40B4500.PDF | 378171<br>2761e001589386f6680c40d855fb392345948517 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 30 | Non Patent Literature | 48U2657.PDF | 10047914<br>b6ee7af60743e08fae8abab61d0368307e54ea3e | no | 103 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 31 | Non Patent Literature | 2CU1741.PDF | 267004<br>61861dc94bea2814909720966a72e8a4e9296cfb | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 32 | Non Patent Literature | 2HY5929.PDF | 443406<br>fc557e97c4db79bfef64183762382c8a16314551 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 33 | Non Patent Literature | 2I05640.PDF | 310032<br>9f9bec97c73d485b11dcba9498dcdd91640fbb07 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 34 | Non Patent Literature | 2F80618.PDF | 453517<br>ea1665def516764242d8841c82caa4e140207321 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 35 | Non Patent Literature | 2F80605.PDF | 391036<br>188dfdc507f99af61c74cc8dfcb40381d9db8cc6 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 36 | Non Patent Literature | 40E1857.PDF | 329963<br>e354617ee3579bd1f021753951af574c1ed27d70 | no | 9 |

| | | | | | |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 37 | Non Patent Literature | 40E2128.PDF | 58811<br><br>89ba4f9114d469e64f5c8767df10ca12f3d8215e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 38 | Non Patent Literature | 40E1312.PDF | 20795263<br><br>3f25fae2e22d029f4ecf9c7e0a0efd8966db3e49 | no | 401 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 39 | Non Patent Literature | 40E3164.PDF | 352377<br><br>cf524e13d053fc67b1bbf3fc8e340d8f48532299 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 40 | Non Patent Literature | 40E3196.PDF | 47264<br><br>4c7186d3eada735789b2c031c35044b9461a4e81 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 41 | Non Patent Literature | 40E2162.PDF | 1060310<br><br>f831a435f170cb757f243b7f7c0f438c3fd3ebc0 | no | 25 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 42 | Non Patent Literature | 40E2974.PDF | 23113630<br><br>246a42fc0a3c55a00c46e0a22978f49c9c53aa93 | no | 456 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 43 | Non Patent Literature | 40E3278.PDF | 17891178<br><br>abe887aea4bc2e5425cbbc3f9af941d16d0d8fad | no | 306 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 44 | Non Patent Literature | 40E7631.PDF | 324333<br><br>9d278ec86097fe822116d8824fffe4310969e048 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 45 | Non Patent Literature | 40E2188.PDF | 440359<br><br>3944b2fcfff3729793b95ce1ff28044d77a23f66 | no | 11 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 46 | Non Patent Literature | 40E2235.PDF | 321802 <br><br> c72dbd7fa69616f30e929f9b988548c6590cdb4d | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 47 | Non Patent Literature | 2F80503.PDF | 950819 <br><br> 40092cb31f050c9b812924428e010975b0bd50fe | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 48 | Non Patent Literature | 40E1838.PDF | 212937 <br><br> f393f506b94b701025f07f6ff6259867e8ab53ab | no | 6 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 49 | Non Patent Literature | 2CW6237.PDF | 2671121 <br><br> 9be660e2a4ef98cfc9418b98aa6235e112e0554b | no | 53 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 50 | Non Patent Literature | 2CW6260.PDF | 2677910 <br><br> 61996a55b46322f698b5b6177ed11d95e662e2bb | no | 50 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 51 | Non Patent Literature | 2CW6342.PDF | 2645287 <br><br> 8eb42ad64bb215b23bdc3341d2fb77dd1def0a2f | no | 50 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 52 | Non Patent Literature | 2CW6366.PDF | 2476020 <br><br> 33a319fb6486f708fdfdc52320961f1add3b9d11 | no | 42 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 53 | Non Patent Literature | 69C3518.PDF | 2371830 <br><br> 01ef8b63edd94c09dfdcb27037bfe7c21b46cec1 | no | 43 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 54 | | 69F4110.PDF | 122189 <br><br> a6d708b92ad53e5ba9e32e907d2cba7e1d2cdf1b | yes | 14 |

**Multipart  Description/PDF files in .zip description**

| Document Description | | Start | End |
|---|---|---|---|
| Specification | | 1 | 9 |
| Claims | | 10 | 13 |
| Abstract | | 14 | 14 |

**Warnings:**

**Information:**

| 55 | Information Disclosure Statement (IDS) Form (SB08) | 69C3092.PDF | 620069<br>788a132dd5824e7aea72de70baf6180846d86c8d | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 56 | Application Data Sheet | 62A9012.PDF | 895771<br>de923bf0a660c8d3859846c4c1d778f954e31943 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 57 | Transmittal Letter | 69F5164.PDF | 66193<br>bf6f28ee8d4a92a819180f0052ae7bdaf895d456 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 58 | Miscellaneous Incoming Letter | 69F5106.PDF | 67339<br>ae3883557d59fbaebb785515c6d401ecc1097c3a | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 59 | Fee Worksheet (SB06) | fee-info.pdf | 38012<br>55c20efb0512e0b19ca00257245a35c5d9c2b5cb | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 124256329 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. Patent Application No. 13/107,197, filed May 13, 2011, which is a continuation of U.S. Application No. 11/241,231, filed on September 30, 2005, (now U.S. Patent No. 8,008,516) and US Patent Application No. 12/559,136 filed on September 14, 2009, (now U.S. Patent No. 8,008,517), which is a continuation of U.S. Application No. 11/122,859, filed on May 5, 2005, (now U.S. Pat. No. 7,601,858) and which claims the benefit of priority under 35 USC 119(e) to U.S. Provisional Application No. 60/602,050, filed on August 17, 2004.  The present application is also related to US Patent Application No. 12/475,781 filed on June 1, 2009, which has been abandoned and is a continuation of US Pat. No. 7,601,858; all of which are incorporated by reference in their entireties.

## COPYRIGHT STATEMENT

[0001] A portion of the disclosure of this document contains material subject to copyright protection. No objection is made to the facsimile reproduction of the patent document or this disclosure as it appears in the Patent and Trademark Office files or records, but any and all rights in the copyright(s) are otherwise reserved.

## TECHNICAL FIELD

[0002] The present invention relates generally to recovering oil and, more particularly, to recovering oil from a byproduct of the dry milling process used to form ethanol.

BACKGROUND OF THE INVENTION

[0003] Over the past thirty years, significant attention has been given to the production of ethyl alcohol, or "ethanol," for use as an alternative fuel. Ethanol not only burns cleaner than fossil fuels, but also can be produced using grains such as corn, which are of course renewable resources. At present, approximately sixty-nine "dry milling" plants in the United States produce over two billion gallons of ethanol per year. Additional plants presently under construction are expected to add over four hundred million gallons to this total in an effort to meet the current high demand.

[0004] As noted in the foregoing discussion, a popular method of producing ethanol is known as "dry milling," and in the United States is typically practiced using corn. As is well known in the industry, the dry milling process utilizes the starch in the corn or other grain to produce the ethanol through fermentation, and creates a waste stream comprised of byproducts termed "whole stillage" (which may be further separated into products known as distillers wet grains and "thin stillage"). Despite containing valuable oil, this whole stillage has for the most part been treated as waste and used primarily to supplement animal feed (mostly in the form of distillers dried grains with solubles (DDGS), which is created by evaporating the thin stillage, recombining the resulting concentrate or syrup with the distillers wet grains, and drying the product to have a low moisture content; see, e.g., U.S. Pat. Nos. 5,662,810 and 5,958,233, the disclosures of which are incorporated herein by reference).

[0005] Efforts to recover the valuable oil from this byproduct have not been successful in terms of efficiency or economy. For example, one approach involves attempting to separate the oil from the thin stillage before the evaporation stage, such as using a centrifuge. However, spinning the thin stillage at this stage does not produce usable oil, but rather merely creates an undesirable emulsion phase requiring further processing. Moreover, the volume of thin stillage present is generally 2 to 10 times greater than the syrup, which requires considerable capital to purchase the number of centrifuges required. Together, these obstacles make attempts to recover oil from thin stillage highly inefficient and uneconomical.

[0006] U.S. Pat. No. 5,250,182 (the disclosure of which is incorporated herein by reference) describes the use of filters for removing substantially all solids and recovering lactic acid and glycerol from the thin stillage without the need for evaporation. Despite eliminating a step in the conventional process, the proposal results in a more complicated arrangement requiring multiple filtration steps. Wholesale elimination of the evaporator in the vast majority of existing plants is also unlikely and otherwise uneconomical. Filters, and especially the microfiltration and ultrafiltration types proposed in this patent, are also susceptible to frequent plugging and thus disadvantageously increase the operating cost. For these reasons, the filtration process proposed in this patent has not gained widespread commercial acceptance.

[0007] Accordingly, a need exists for a more efficient and economical manner of recovering oil from a byproduct containing it, such as thin stillage created during the dry milling process used to produce ethanol.

SUMMARY OF THE INVENTION

[0008] In accordance with one aspect of the invention, a method of processing a concentrated byproduct of a dry milling process for producing ethanol, such as by using corn, is disclosed. In its most basic form, the method comprises recovering oil from the concentrated byproduct.

[0009] In one embodiment, the byproduct comprises thin stillage, and the method includes the step of evaporating the thin stillage to form a concentrate. The recovering step may further comprise separating the oil from the concentrate using a disk stack centrifuge. Preferably, the recovering step comprises: (1) providing the concentrated byproduct at a temperature of between about 150 and 212° F. and, most preferably, at a temperature of about 180° F.; and/or (2) providing the concentrated byproduct having a pH of between about 3 and 6 and, most preferably, between about 3.5 and 4.5. Additionally, it is preferred that the concentrated byproduct have a moisture content greater than 15% by weight, more preferably a moisture content greater than 50% and less than 90% and, most preferably, a moisture content between about 60-85%. The step of recovering the oil from the concentrated byproduct produces syrup, and the method may further include the step of recovering oil from the syrup.

[0010] In accordance with another aspect of the invention, a more specific method of processing concentrated thin stillage created by a dry milling process for producing ethanol, such as from corn, is disclosed. The method comprises recovering oil from the concentrated thin stillage having a moisture content of less than about 90% by weight.

[0011] In one embodiment, the recovering step comprises separating the oil from the concentrate using a disk stack centrifuge. The method may further include the step of drying the concentrate after the removing step.

[0012] In accordance with still another aspect of the invention, a method of recovering oil from thin stillage is disclosed. The method comprises evaporating the thin stillage to create a concentrate having a moisture content of greater than 15% by weight and less than about 90% by weight. Oil is then recovered by centrifuging the concentrate, preferably using a disk stack centrifuge.

[0013] In accordance with yet another aspect of the invention, a method of processing whole stillage is disclosed. The method comprises recovering thin stillage including oil and solids from the whole stillage, concentrating the thin stillage including the solids, and recovering oil from the concentrate.

[0014] In one embodiment, the step of recovering the thin stillage includes using a separator selected from the group consisting of a press, extruder, a decanter centrifuge, and a screen centrifuge. The concentrating step may comprise processing the thin stillage to a temperature of between about 150 and 212° F., a pH of between about 3 and 6, and a moisture content of less than 90%. The step of recovering oil comprises separating the oil from the concentrate using a centrifuge. The recovering and concentrating steps may be performed in a continuous fashion. The method may further include drying the concentrate after recovering oil.

[0015] In accordance with a further aspect of the invention, a subsystem for use in a system for producing ethanol by dry milling and creating thin stillage as a byproduct is disclosed. The subsystem comprises an evaporator for evaporating the thin stillage to form a concentrate, and a centrifuge for receiving the concentrate and recovering oil therefrom. Preferably, the

- 4 -

concentrate has a moisture content of less than about 90% by weight, and the centrifuge is a disk stack type.

[0016] Still a further aspect of the invention is a subsystem for use in a system for producing ethanol by dry milling and creating thin stillage as a byproduct. The subsystem comprises an evaporator for evaporating the thin stillage to form a concentrate and means for recovering oil from the concentrate. In one embodiment, the recovering means comprises a centrifuge and, most preferably, a disk stack centrifuge.

[0017] Yet a further aspect of the invention is the combination of a concentrate formed from thin stillage including oil and a centrifuge for removing at least a portion of the oil from the concentrate. Preferably, the concentrate has a moisture content of greater than 15% by weight and less than about 90% by weight, and the centrifuge is a self-cleaning bowl type of disk stack centrifuge, a nozzle bowl disk stack centrifuge, or a horizontal centrifugal decanter

## BRIEF DESCRIPTION OF THE DRAWINGS

[0018] FIG. 1 is a partially schematic flow chart illustrating the processing of co-products formed during the ethanol extraction process;

[0019] FIG. 2 is a partially schematic flow chart illustrating the recovery of oil from a syrup formed by evaporating the thin stillage;

[0020] FIG. 3 is a schematic view similar to FIG. 1; and

[0021] FIG. 4 is a schematic view similar to FIG. 2.

DETAILED DESCRIPTION OF THE INVENTION

[0022] In accordance with one aspect of the invention, a method recovers oil from a byproduct resulting from the production of ethanol using a dry milling technique (which is extensively described in the above-referenced '182 patent). The byproduct, known as "thin stillage," is recovered by separating the distillers wet grain from the "whole stillage" leftover after fermentation is complete. As is known in the art, this mechanical separation may be accomplished using a press/extruder, a decanter centrifuge, or a screen centrifuge. Moisture is then removed from the unfiltered thin stillage to create a concentrate or syrup, such as through evaporation. Advantageously, usable oil is then easily recovered from this concentrated form of the byproduct through relatively simple mechanical processing, without the prior need for multiple stages of filtration or other expensive and complicated undertakings.

[0023] In one embodiment, oil is recovered from the concentrate by passing it through a centrifuge and, in particular, a disk stack centrifuge (and most preferably a self-cleaning bowl type). Preferably, the concentrate fed to the disk stack centrifuge is at a temperature of between about 150 and 212° F. (and ideally 180° F.) and a pH of between about 3 and 6 (ideally between about 3.5 and 4.5). As a result of the preceding evaporation step, the concentrate has a moisture content of greater than 15% and less than about 90%, more preferably between 30% and about 90%, and ideally about 60-85% by weight. Under these process conditions, the disk stack centrifuge is able to separate the oil in usable form from the concentrate in an efficient and effective manner, despite the relatively high level of solids present (which may be recovered from the centrifuge in a continuous or intermittent fashion, depending on the particular process conditions).

[0024] Besides creating usable oil, the concentrate or syrup recovered from the disk stack centrifuge is considered more valuable. This is because the post-evaporation processing to recover or remove the oil improves the efficiency of the drying process used on the combined concentrate syrup and distillers wet grains. A stable, flowable product for supplementing animal feed results, which thus further complements the value of the oil recovered.

[0025] Two examples are presented below to demonstrate the efficacy of the above-described method.

Example 1

[0026] Reference is made to FIGS. 1 and 2 to illustrate schematically a first example demonstrating the efficacy of the present method.

[0027] FIG. 1 represents one technique for processing whole stillage resulting from dry milling corn to create distillers dried grains with solubles. The whole stillage leftover after deriving the ethanol is mechanically separated into distillers wet grains (approx. 35% solids) and thin stillage (approx. 6.7% solids), such as by using a centrifugal decanter. The thin stillage is then introduced to an evaporator to create a syrup having a moisture content of approximately 80% by weight and about 17% solids by weight. The syrup is then recombined with the distillers wet grains, introduced to a drum dryer, and dried to reduce the overall moisture content to approximately 10% by weight. An estimated total value of the resulting distillers dried grains with solubles is $600.36 per hour.

[0028] FIG. 2 represents the inventive method and a related subsystem 10 for implementing it. Initial processing of the whole stillage is done in the same fashion, and the mechanically separated thin stillage is delivered to the evaporator 12 forming part of the subsystem 10. The resulting concentrate or syrup having a moisture content of approximately 80% by weight and a solids content of approximately 17% by weight is delivered to a disk stack centrifuge 14, and preferably a "solids ejecting" one, such as an Alfa Laval Model No. AFPX510, AFPX513, or AFPX617 or equivalent device. At an infeed rate of approximately 35 gallons per minute, this centrifuge 14 recovers usable oil at a rate of 538 pounds per hour and produces syrup having a having a moisture content of 82.5% by weight, but with far less oil in view of the preceding recovery step.

[0029] Recombining the syrup (which is substantially free of oil) from the centrifuge 14 with the distillers wet grains and drying in a drum dryer 16 to a moisture content of 10% by weight results in a product having a value of $576.46 per hour. However, the 538 pounds per

hour of oil recovered has a product value of approximately $102 per hour. Accordingly, the total product value using the inventive method is $678.46 per hour, which is approximately 12% greater than the $600.36 per hour product value resulting from use of the conventional set-up shown in FIG. 1. Moreover, removal of the majority of the oil before the drying step makes the process more efficient, and results in an estimated energy savings of approximately 10%, or $26.27 per hour. As a result, product value per hour ($678.46) less the estimated dryer operating cost ($236.46 per hour with the 10% savings) and less the estimated evaporator operating cost ($50.98 per hour) is about $391.02 per hour.

Example 2

[0030] Reference is made to FIGS. 3 and 4, which illustrate a prophetic comparison between one processing method and the inventive method. The set-up is essentially the same as shown in FIGS. 1 and 2, but a more effective centrifugal decanter is used than the one used in Example 1. As a result, the syrup introduced to the disk stack centrifuge 14 would have a moisture content estimated at 60% by weight. While this does not impact the product value figures, the syrup from the centrifuge 14 has a moisture content of only 66.6% by weight, as compared to 82.5% by weight in Example 1. As a result, the cost per hour of drying this syrup when combined with the distillers wet grains to achieve an end product having a moisture content of less than 10% is only $158.92, or approximately 40% less. Assuming a savings in dryer efficiency of 10%, the product value per hour ($678.46) less the estimated dryer operating cost ($143.03 per hour) and less the estimated evaporator operating cost ($74.96 per hour) is $460.46 per hour. This represents an approximate 15% increase over the corresponding value calculated for Example 1.

[0031] As should be appreciated, the above-described method and subsystem of the preferred embodiment essentially require the addition of a centrifuge downstream of the evaporator in the conventional system for processing thin stillage (which centrifuge may thus be considered a "means for" recovering oil from thin stillage). Accordingly, instructions on how to implement the above-described method (including the optimum process variables) may be provided along with a centrifuge for use in an ethanol plant for forming the novel subsystem 10 disclosed herein. Such instructions result in the most efficient implementation of the method, as

compared to the situation where the scientists or engineers at the plant must experiment with the centrifuge to determine the optimum process conditions required to achieve a favorable result.

[0032] The foregoing description provides illustration of the inventive concepts. The descriptions are not intended to be exhaustive or to limit the disclosed invention to the precise form disclosed. Modifications or variations are also possible in light of the above teachings. For example, the syrup recovered from the centrifuge may be evaporated and processed again in a further effort to recover oil before drying. Moreover, in addition to a self-cleaning bowl type of disk stack centrifuge, a nozzle bowl disk stack centrifuge would work as a means for recovering oil from the concentrate, as would a horizontal centrifugal decanter (which may be especially beneficial when the moisture content of the concentrate is less than 50% by weight) or other like devices for separating oil from a substance including suspended solids. Moreover, besides corn, the present invention may have utility with any other grain used in a dry milling process for producing ethanol, such as for example, milo. The embodiments described above were chosen to provide the best application to thereby enable one of ordinary skill in the art to utilize the inventions in various embodiments and with various modifications as are suited to the particular use contemplated. All such modifications and variations are within the scope of the invention.

CLAIMS

1.      A method of recovering an oil-containing portion from thin stillage, the method comprising:

evaporating the thin stillage to remove water and form a concentrated byproduct; and

recovering at least a portion of the oil-containing portion from the concentrated byproduct by mechanically processing the concentrated byproduct to separate the at least portion of the oil-containing portion from the concentrated byproduct, wherein the concentrated byproduct has a moisture content of greater than 30% and less than 90% by weight.

2.      The method of claim 1, wherein the process is continuous.

3.      The method of claim 1, wherein the mechanical processing comprises separating the at least portion of the oil-containing portion from the concentrated byproduct using a separator.

4.      The method of claim 3, wherein the separator is a centrifuge.

5.      The method of claim 3, wherein the separator is a disk stack centrifuge

6.      The method of claim 3, wherein the separator is a decanter centrifuge.

7.      The method of claim 3, wherein the separator is an extruder.

8.      The method of claim 3, wherein the separator is a press.

9.      The method of claim 1, further comprising evaporating the concentrated byproduct to further reduce the moisture content.

10.     The method of claim 8, further comprising recovering an additional oil-containing portion from the evaporated concentrated byproduct.

11.    A method of recovering an oil-containing portion from thin stillage, the method comprising:

evaporating the thin stillage to remove water and form a concentrated byproduct; and recovering at least a portion of the oil-containing portion from the concentrated byproduct by centrifuge to separate the at least portion of the oil-containing portion from the concentrated byproduct, wherein the concentrated byproduct has a moisture content of greater than 30% and less than 90% by weight; and

evaporating the concentrated byproduct to remove additional water.

12.    The method of claim 11, further comprising recovering an additional oil-containing portion from the evaporated concentrated byproduct.

13.    The method of claim 11, wherein recovering the at least a portion of the oil-containing portion from the concentrated byproduct by centrifuge comprises feeding the concentrated byproduct to a disk stack centrifuge.

14.    The method of claim 11, wherein recovering the at least a portion of the oil-containing portion from the concentrated byproduct by centrifuge comprises feeding the concentrated byproduct to a decanter centrifuge.

15.    The method of claim 11, wherein recovering the at least a portion of the oil-containing portion from the concentrated byproduct by centrifuge comprises feeding the concentrated byproduct to an extruder.

16.    The method of claim 11, wherein recovering the at least a portion of the oil-containing portion from the concentrated byproduct by centrifuge comprises feeding the concentrated byproduct to a press.

17.    The method of claim 11, wherein the recovering step is performed on the concentrated byproduct at a temperature of between about 150 and 212$^\circ$F.

18.    The method of claim 11, wherein the recovering step is performed on the concentrated byproduct having a pH of between about 3 and 6.

19.    A method of recovering an oil-containing portion from thin stillage, the method comprising:

evaporating the thin stillage to create a concentrate having a moisture content of greater than 30% by weight and less than about 90% by weight;

centrifuging the concentrate to recover at least a portion of the oil-containing portion; and

further evaporating the concentrate after recovering at least a portion of the oil-containing portion.

20.    The method of claim 19, further comprising centrifuging the evaporated concentrate to recover an additional oil-containing portion.

21.    The method of claim 19, wherein the step of centrifuging the concentrate comprises using a disk stack centrifuge.

22.    The method of claim 19, wherein the step of centrifuging the concentrate comprises using a decanter centrifuge.

23.    The method of claim 19, further comprising drying the syrup product.

24.    A method of recovering an oil-containing portion from thin stillage, the method comprising:

evaporating the thin stillage to remove water and form a concentrated byproduct; and recovering at least a portion of the oil-containing portion from the concentrated byproduct by centrifuging the concentrated byproduct to separate the at least portion of the oil-containing portion from the concentrated byproduct, wherein the concentrated byproduct has a moisture content of greater than 30% and less than 90% by weight.

25.    The method of claim 24, wherein centrifuging the concentrated byproduct to separate the at least portion of the oil-containing portion from the concentrated byproduct comprises feeding the concentrated byproduct to a disk stack centrifuge.

26.    The method of claim 24, wherein centrifuging the concentrated byproduct to separate the at least portion of the oil-containing portion from the concentrated byproduct comprises feeding the concentrated byproduct to a decanter.

27.    The method of claim 24, further comprising evaporating the concentrated byproduct after recovering the at least portion of the oil-containing portion.

## ABSTRACT

In one aspect of the invention, a method recovers oil from a concentrated byproduct, such as evaporated thin stillage formed during a dry milling process used for producing ethanol. The method includes forming a concentrate from the byproduct and recovering oil from the concentrate. The step of forming the concentrate may comprise evaporating the byproduct. Further, the step of separating the oil from the concentrate may comprise using a centrifuge and, in particular, a disk stack centrifuge. Other aspects of the invention include related methods and subsystems for recovering oil from thin stillage.