UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION | ) ) ) ) ) |
| | No. 1:10-ml-02181-LJM-DML |
| RELATED CASES:<br>1:10-cv-00180-LJM-DML<br>1:10-cv-08000-LJM-DML<br>1:10-cv-08001-LJM-DML<br>1:10-cv-08002-LJM-DML<br>1:10-cv-08003-LJM-DML<br>1:10-cv-08004-LJM-DML<br>1:10-cv-08005-LJM-DML<br>1:10-cv-08006-LJM-DML<br>1:10-cv-08007-LJM-DML<br>1:10-cv-08008-LJM-DML<br>1:10-cv-08009-LJM-DML<br>1:10-cv-08010-LJM-DML<br>1:13-cv-08012-LJM-DML<br>1:13-cv-08013-LJM-DML<br>1:13-cv-08014-LJM-DML<br>1:13-cv-08015-LJM-DML<br>1:13-cv-08016-LJM-DML<br>1:13-cv-08017-LJM-DML<br>1:13-cv-08018-LJM-DML<br>1:14-cv-08019-LJM-DML<br>1:14-cv-08020-LJM-DML | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ENTRY OF JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 58**

Through an Order dated October 23, 2014, Master Docket Number ("MDN") 1353;

and an Order dated October 28, 2014, MDN 1359; and an Order dated January 16, 2015,

MDN 1412, the Court granted partial summary judgment in favor of

Defendants/Counterclaim Plaintiffs ACE Ethanol, LLC; GEA Mechanical Equipment US,

Inc.; Al-Corn Clean Fuel; Blue Flint Ethanol, LLC; Big River Resources – Galva; Big River

Resources – West Burlington, LLC; Cardinal Ethanol; Flottweig Separation Technologies; Guardian Energy, LLC; ICM, Inc.; Lincolnway Energy, LLC; LincolnLand Agri-Energy, LLC; Little Sioux Corn Processors, LLLP; Pacific Ethanol Magic Valley, LLC; Southwest Iowa Renewable Energy, LLC; David Vander Griend; Western New York Energy, LLC; Bushmills Ethanol, Inc.; Chippewa Valley Ethanol Company, LLC; Heartland Corn Products; United Wisconsin Grain Producers; Aemetis, Inc.; Aemetis Advanced Fuels Keyes, Inc.; Pacific Ethanol Stockton; and Iroquois Bio-Energy, Co. (all Defendants, collectively, "Defendants"), and against Plaintiff/Counterclaim Defendants GS CleanTech Corporation and Greenshift Corporation (collectively, "CleanTech"), on Defendants' affirmative defenses and/or counterclaims related to invalidity based on anticipation, obviousness and the on-sale bar.  In addition, on this date, the Court entered its Corrected Memorandum Opinion & Order After Bench Trail finding in favor of Defendants and against CleanTech on Defendants' affirmative defenses and/or counterclaims that the patents-in-suit are unenforceable because the inventors and their lawyers committed inequitable conduct.  Plaintiff/Counterclaim Defendant GS CleanTech Corporation shall take nothing by way of its Amended Complaints.

      These actions are hereby **DISMISSED WITH PREJUDICE**.

      IT IS SO ORDERED this 15th day of September, 2016.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Electronically distributed to all registered attorneys of record via ECF.