UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION | ) ) ) ) ) No. 1:10-ml-2181-RLM-DML |
| RELATED CASES: | ) |
| 1:10-cv-00180-LJM-DML | ) |
| 1:10-cv-08000-LJM-DML | ) |
| 1:10-cv-08001-LJM-DML | ) |
| 1:10-cv-08002-LJM-DML | ) |
| 1:10-cv-08003-LJM-DML | ) |
| 1:10-cv-08004-LJM-DML | ) |
| 1:10-cv-08005-LJM-DML | ) |
| 1:10-cv-08006-LJM-DML | ) |
| 1:10-cv-08007-LJM-DML | ) |
| 1:10-cv-08008-LJM-DML | ) |
| 1:10-cv-08009-LJM-DML | ) |
| 1:10-cv-08010-LJM-DML | ) |
| 1:13-cv-08012-LJM-DML | ) |
| 1:13-cv-08013-LJM-DML | ) |
| 1:13-cv-08014-LJM-DML | ) |
| 1:13-cv-08015-LJM-DML | ) |
| 1:13-cv-08016-LJM-DML | ) |
| 1:13-cv-08017-LJM-DML | ) |
| 1:13-cv-08018-LJM-DML | ) |
| 1:14-cv-08019-LJM-DML | ) |
| 1:14-cv-08020-LJM-DML | ) |

## AMENDED OPINION AND ORDER

The court notes calculation errors as to the amounts awarded to Blue Flint Ethanol, LLC; Heartland Corn Products, LLC; and United Wisconsin Grain Producers, LLC. Additionally, Cleantech and Pacific Ethanol, Inc. agreed that the parties understated a reduction and asked the court to amend the amount taxed against Cleantech under Pacific Ethanol, Inc.'s bill of cost. Finally, Cleantech asks the court to amend its order as to ICM's exemplification and copying costs.

1

ICM's exhibit attached to the bill of cost identified the copying costs with varying levels of specificity, sometimes specifically listing it with entries such as "Xact Data Discovery- printing discovery responses from Cleantech" and other times with more vague entries such as "Outside Copy Charges- Xact Data Discovery". The court will tax Cleantech for the exemplification and copying charges which ICM sufficiently identified for the court to determine the content or purpose. Accordingly, the court amends Doc. No. 1925 as follows:

Blue Flint Ethanol, LLC

| Objection | Response | Ruling |
|---|---|---|
| Service of summons or subpoena | Contested | Reduce by $590 |
| No costs for depo transcripts/ reduced to $3.65 per page for original and $0.90 per page for certified | Contested | Reduce by $29,539.57 |
| Video depos | Contested | Reduce by $9,145 |
| Printing | Agreed | Award in full |
|  | Total reduction | $39,274.57 |
|  | **Total Award** | $12,884.72 |

Heartland Corn Products, LLC

| Objection | Response | Ruling |
|---|---|---|
| Service of summons or subpoena | Contested | Reduce by $60.75 |
| No costs for depo transcripts/ reduced to $3.65 per page for original and $0.90 per page for certified | Contested | Reduce by $3,217.08 |
| Video depos | Contested | Reduce by $2,573.77 |
| Printing | Partially Agreed, partially Contested | Reduce by $1,063.68 |
|  | Total reduction | $ 6,915.28 |
|  | **Total Award** | $ 8,814.77 |

United Wisconsin Grain Producers, LLC

| Objection | Response | Ruling |
|---|---|---|
| Service of summons or subpoena | Contest | Reduce by $60.75 |
| No costs for depo transcripts/ reduced to $3.65 per page for original and $0.90 per page for certified | Contest | Reduce by $8,944.29 |
| Video depos | Contest | Reduce by $3,091.27 |
| Printing | Partial agree, partial contest | Reduce by $1,378.43 |
| | Total reduction | $13,270.77 |
| | **Total Award** | $2,926.62 |

Pacific Ethanol, Inc.

| Objection | Response | Ruling |
|---|---|---|
| Deposition transcripts for Charlie O'Brien | Contest | Award in full |
| E-discovery services | Agree | Reduce to 42.50 |
| Pacer fees | Withdrawn | Reduce by $209.90 |
| Research | Withdrawn | Reduce by $5,143.90 |
| Fees to the clerk | Withdrawn | Reduce by $20 |
| Mediation | Withdrawn | Reduce by $518.64 |
| Phone conference | Withdrawn | Reduce by $379.63 |
| Travel and accommodation | Withdrawn | Reduce by $872.60 |
| | Total reduction | $51,064.67 |
| | **Total Award** | $986.56 |

ICM, Inc.

| Objection | Response | Ruling |
|---|---|---|
| Service of summons or subpoena | Contest | Reduce by $1,110 |
| Costs incidental to depositions | Contest | Award in full |
| No costs for depo transcripts/ reduced to $3.65 per page for original and $0.90 per page for certified | Contest | Reduce by $55,242.35 |
| Video depos | Contest | Reduce by $33,033.50 |
| Witness fees | Contest | Reduce by $46.44 |
| Printing | Partial agree, partial contest | Reduce by $62,687.99 |
| | Total reduction | $151,010.28 |
| | **Total Award** | $48,658.6 |

SO ORDERED

ENTERED: March 24, 2020

                                            /s/ Robert L. Miller, Jr.
                                           Judge, United States District Court

Distribution:

All Electronically Registered Counsel